**ORIGINAL**

B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br>CENTRAL **District of** CALIFORNIA | **INVOLUNTARY PETITION** |
|---|---|

| IN RE: (Name of Debtor - If Individual: Last, First, Middle)<br>NAMCO CAPITAL GROUP, INC. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): 95-4170575 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>12121 Wilshire Boulevard, Suite 1400<br>Los Angeles, California | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>LOS ANGELES COUNTY                     ZIP CODE<br>                                            90025 | ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[ ] Chapter 7        [X] Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br>Petitioners believe:<br>[ ] Debts are primarily consumer debts<br>[X] Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>[ ] Individual (Includes Joint Debtor)<br>[X] Corporation (Includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>[ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[X] Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | [X] Full Filing Fee attached<br><br>[ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | **FILED**<br>DEC 22 2008<br>CLERK U.S. BANKRUPTCY COU<br>CENTRAL DISTRICT OF CALIFO<br>BY:              Deputy C |

B5

Name of Debtor  NAMCO CAPITAL GROUP, INC.

B5 (Official Form 5) (12/07) – Page 2

Case No. _____

| TRANSFER OF CLAIM |
|---|
| [ ] Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X_____<br>Signature of Petitioner or Representative (State title)<br>[SEE ATTACHED]<br>Name of Petitioner       Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | X_____ 12/19/08<br>Signature of Attorney            Date<br>Sandford L. Frey, Esq.<br>CREIM MACIAS KOENIG & FREY LLP<br>Name of Attorney Firm (If any)<br><br>633 W. Fifth Street, 51st Floor<br>Los Angeles, CA  90071<br>Address<br>(213) 614-1944<br>Telephone No. |
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner       Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | X_____<br>Signature of Attorney            Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner       Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | X_____<br>Signature of Attorney            Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| [SEE ATTACHED] | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

  5   continuation sheets attached

Request for Relief – Attachment

In re Namco Capital Group, Inc.

X _*J. Farhad_____
Signature of Petitioner or Representative
Title:

| Iraj Farhadian | December ___, 2008 |
|---|---|
| Name of Petitioner | Date Signed |

Name & Mailng Address of Individual Signing in Representative Capacity:
Iraj Farhadian
20419 Lemarsh Street
Chatsworth, CA  91311

X _*J. Farhad_____
Signature of Petitioner or Representative
Title:   Trustee

| Farhadian Family Trust | December ___, 2008 |
|---|---|
| Name of Petitioner | Date Signed |

Name & Mailng Address of Individual Signing in Representative Capacity:
Farhadian Family Trust
c/o Houshang Farhadian
20419 Lemarsh Street
Chatsworth, CA  91311

X _____
Signature of Petitioner or Representative
Title:

| Abraham Assil | December ___, 2008 |
|---|---|
| Name of Petitioner | Date Signed |

Name & Mailng Address of Individual Signing in Representative Capacity
Abraham Assil
1000 S. Westgate, #100
Los Angeles, CA  90049

[Signatures follow on next page.]

1

Request for Relief – Attachment

In re Namco Capital Group, Inc.

X _____
Signature of Petitioner or Representative
Title:

Iraj Farhadian                    December    , 2008
Name of Petitioner                Date Signed

Name & Mailng Address of Individual Signing in Representative Capacity:
Iraj Farhadian
20419 Lemarsh Street
Chatsworth, CA  91311


X _____
Signature of Petitioner or Representative
Title:  Trustee

Farhadian Family Trust            December    , 2008
Name of Petitioner                Date Signed

Name & Mailng Address of Individual Signing in Representative Capacity:
Farhadian Family Trust
c/o Houshang Farhadian
20419 Lemarsh Street
Chatsworth, CA  91311

X _____
Signature of Petitioner or Representative
Title:

Abraham Assil                     December    , 2008
Name of Petitioner                Date Signed

Name & Mailng Address of Individual Signing in Representative Capacity
Abraham Assil
1000 S. Westgate, #100
Los Angeles, CA  90049


[Signatures follow on next page.]

1

12/19/2008  11:37    3102077023                 WESTLAND DEVELOPMENT              PAGE  13
Dec 19 2008 11:18    Marc M. Asheghian Company   3103977807                       p.3
12/19/2009  10:07    3102077023                 WESTLAND DEVELOPMENT              PAGE  03

x _____
Signature of Petitioner or Representative
Title:

Marc Ashghian                         December    , 2008
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Marc Ashghian
11900 W. Olympic Blvd., Ste. 540
Los Angeles, CA 90064

---

x _____
Signature of Petitioner or Representative
Title:  Manager

Wall Street Nevada, LLC               December    , 2008
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Wall Street Nevada, LLC
c/o The Merrill Group of Companies
5850 Canoga Ave., Ste. 650
Woodland Hills, CA 91367

---

x _____
Signature of Petitioner or Representative
Title:  Trustee

The Sunset Trust                      December    , 2008
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
The Sunset Trust
c/o Teymour Khoubian, Trustee
P.O. Box 572532
Tarzana, CA 91357

---

[Signatures follow on next page.]

2

x _____
Signature of Petitioner or Representative
Title:

| Marc Ashghian | December ___, 2008 |
|---|---|
| Name of Petitioner | Date Signed |

Name & Mailng Address of Individual Signing in Representative Capacity
Marc Ashghian
11900 W. Olympic Blvd., Ste. 540
Los Angeles, CA  90064

x _/s/_____
Signature of Petitioner or Representative
Title:   Manager

| Wall Street Nevada, LLC | December ___, 2008 |
|---|---|
| Name of Petitioner | Date Signed |

Name & Mailng Address of Individual Signing in Representative Capacity
Wall Street Nevada, LLC
c/o The Merrill Group of Companies
5850 Canoga Ave., Ste. 650
Woodland Hills, CA  91367

x _____
Signature of Petitioner or Representative
Title:   Trustee

| The Sunset Trust | December ___, 2008 |
|---|---|
| Name of Petitioner | Date Signed |

Name & Mailng Address of Individual Signing in Representative Capacity
The Sunset Trust
c/o Teymour Khouhian, Trustee
P.O. Box 572532
Tarzana, CA  91357

[Signatures follow on next page.]

2

12/19/2008  11:37   3102077023                    WESTLAND DEVELOPMENT                    PAGE   17

FROM :Khoubian
12/19/2008  08:59   3102077023       FAX NO. :3108598826         Dec. 19 2008 10:43AM P1
                                              WESTLAND DEVELOPMENT                    PAGE   02

X _____
Signature of Petitioner or Representative
Title:

Marc Ashghian                     December ___, 2008
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Marc Ashghian
11900 W. Olympic Blvd., Ste. 540
Los Angeles, CA 90064

---

X _____
Signature of Petitioner or Representative
Title:  Manager

Wall Street Nevada, LLC           December ___, 2008
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Wall Street Nevada, LLC
c/o The Merrill Group of Companies
5850 Canoga Ave., Ste. 650
Woodland Hills, CA 91367

---

X _____
Signature of Petitioner or Representative
Title:  Trustee

The Sunset Trust                  December ___, 2008
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
The Sunset Trust
c/o Teymour Khoubian, Trustee
P.O. Box 572532
Tarzana, CA 91357

---

[Signatures follow on next page.]

2

x _____/s/_____
Signature of Petitioner or Representative
Title:

<u>Mahnaz Sepehr</u>                <u>December 19, 2008</u>
Name of Petitioner            Date Signed

Name & Mailng Address of Individual Signing in Representative Capacity
Mahnaz Sepehr
5150 Chimineas Ave.
Tarzana, CA  91356

---

x _____
Signature of Petitioner or Representative
Title:

<u>Kamran Raminfard</u>              <u>December    , 2008</u>
Name of Petitioner            Date Signed

Name & Mailng Address of Individual Signing in Representative Capacity
Kamran Raminfard
606 S. Hill Street, #618
Los Angeles, CA  90014

[Signatures follow on next page.]

3

12/19/2008  11:37    3102077023                    WESTLAND DEVELOPMENT                    PAGE  14

FROM : DANITAL GEMS 213-688-0049        PHONE NO. : 213 688 9030        Dec. 19 2008 10:53AM P1

X _____
Signature of Petitioner or Representative
Title:

Mahnaz Sepehr _____    December ___ 2008
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Mahnaz Sepehr
5150 Chimineas Ave.
Tarzana, CA 91356

X _____
Signature of Petitioner or Representative
Title:

Kamran Raminfard _____    December ___ 2008
X Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Kamran Raminfard
606 S. Hill Street, #618
Los Angeles, CA 90014

[Signatures follow on next page.]

3

Case 2:08-bk-32333-BR   Doc 1   Filed 12/22/08   Entered 12/22/08 14:35:49   Desc
Main Document   Page 10 of 13
12/19/2008  12:18  3102077023          WESTLAND DEVELOPMENT          PAGE  02

Dec 19 08 01:46p      abbas Satrap          3102309175          p.1
                                      WESTLAND DEVELOPMENT       PAGE  02

_____
Signature of Petitioner or Representative
Title:  Trustee

<u>Satrap Family Trust dated 7/28/1988</u>   <u>December 19, 2008</u>
Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Satrap Family Trust dated 7/28/1988
c/o Abbas Satrap, Trustee
3908 Castlerock Road
Malibu, CA 90265

4

## PETITIONING CREDITORS - ATTACHMENT

### In re Namco Capital Group, Inc.

| NAME AND ADDRESS OF PETITIONER | NATURE OF CLAIM | AMOUNT OF CLAIM |
|---|---|---|
| Iraj Farhadian<br>20419 Lemarsh Street<br>Chatsworth, CA 91311 | Loan | $250,000.00 |
| Farhadian Family Trust<br>c/o Houshang Farhadian<br>20419 Lemarsh Street<br>Chatsworth, CA 91311 | Loan | $57,512.32 |
| Abraham Assil<br>1000 S. Westgate, #100<br>Los Angeles, CA 90049 | Loan | $5,011,506.28 |
| Marc Ashghian<br>11900 W. Olympic Blvd., Ste. 540<br>Los Angeles, CA 90064 | Loan | $400,000.00 |
| Wall Street Nevada, LLC<br>c/o The Merrill Group of Companies<br>5850 Canoga Ave., Ste. 650<br>Woodland Hills, CA 91367 | Loan | $300,000.00 |
| The Sunset Trust<br>c/o Teymour Khouhian, Trustee<br>P.O. Box 572532<br>Tarzana, CA 91357 | Loan | $750,000.00 |
| Mahnaz Sepehr<br>5150 Chimineas Ave.<br>Tarzana, CA 91356 | Loan | $177,000.00 |
| Kamran Raminfard<br>606 S. Hill St., #618<br>Los Angeles, CA 90014 | Loan | $450,000.00 |
| Satrap Family Trust dated 7/28/1988<br>c/o Abbas Satrap, Trustee<br>3908 Castlerock Road<br>Malibu, CA 90265 | Loan | $300,000.00 |
| **Total Amount of Petitioners' Claims** | | **$7,696,018.60** |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Sandford L. Frey (State Bar No. 117058)<br>CREIM MACIAS KOENIG & FREY, LLP<br>633 W. Fifth Street, 51st Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 614-1944<br>FAX: (213) 614-1961<br>Sfrey@cmkllp.com<br><br>*Attorney for Plaintiff* | RECEIVED<br>DEC 22 2008 |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: NAMCO CAPITAL GROUP, INC.,<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER<br><br>ADVERSARY NUMBER |
| Plaintiff(s),<br><br>vs.<br><br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: | Time: | Courtroom: | Floor: |
|---|---|---|---|
| ☒ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
*Deputy Clerk*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised December 1998 (COA-SA)

F 7004-1

| Summons and Notice of Status Conference - *Page 2* | F 7004-1 |
|---|---|
| In re NAMCO CAPITAL GROUP, INC., | CHAPTER 11 |
| Debtor. | CASE NUMBER |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:
   633 W. Fifth Street, 51st Floor, Los Angeles, California 90071

2. ☐ **Regular Mail Service:** On _____, I served the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, on the Defendant(s) at the following address(es) by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at _____, California, addressed as set forth below.

3. ☐ **Personal Service:** On _____, personal service of the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, was made on the Defendant(s) at the address(es) set forth below.

4. Defendant(s) and address(es) upon which service was made:

☐ Names and Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

| Kelli Nielsen | |
|---|---|
| Type Name | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised December 1998 (COA-SA)*

F 7004-1