LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
BETH ANN R. YOUNG (State Bar No. 143945)
KRIKOR J. MESHEFEJIAN (State Bar No. 255030)
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Defendants Eskander Hakakian
and Artech Properties, LLC

# UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>NAMCO CAPITAL GROUP INC.,<br><br>                Alleged Debtor. | Bankruptcy Case No. 2:08-bk-32333-BR<br><br>Chapter 11<br><br>(Case in which Notice of Removal Filed) |
| In re:<br><br>EZRI NAMVAR,<br><br>                Alleged Debtor. | Bankruptcy Case No. 2:08-bk-32349-ER<br><br>Chapter 11<br><br>(Related Case) |
| FARID AFRA, administrator of the FARID AFRA PROFIT SHARING PLAN,<br><br>                Plaintiff,<br><br>vs.<br><br>NAMCO CAPITAL GROUP, INC., a California corporation; ARTECH PROPERTIES, LLC, a California Limited Liability Company; PARK GENERAL, INC., A California corporation; DANIEL ISSAK, an individual; ESKANDER HAKAKIAN, an individual, EZRI NAMVAR, an individual; and DOES 1 through 100, inclusive,<br>                Defendants. | Adversary Case No. _____<br><br>[State Court Case No. SC 100292]<br><br>**NOTICE OF REMOVAL OF STATE COURT ACTION PURSUANT TO RULE 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br>[No Hearing Required] |

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9027 of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. § § 157(a), 157(b)(1) and (2), 1334 and 1452, Eskander Hakakian ("Hakakian") and Artech Properties, LLC ("Artech"), defendants in the state court action (the "State Court Action") titled <u>Farid Afra, administrator of the Farid Afra Profit Sharing Plan v. Namco Capital Group, Inc; Artech Properties, LLC et al.</u>, filed in the Superior Court of the State of California for the County of Los Angeles, bearing Case No. SC 100292, hereby remove the State Court Action on the following grounds:

**A.    Grounds for Removal.**

1.    On October 22, 2008, Hakakian and Artech, along with Namco Capital Group Inc. ("Namco") and Ezri Namvar ("Namvar"), were named as defendants, among other parties, in the State Court Action.

2.    On December 22, 2008, Iraj Farhadian, the Fahadian Family Trust c/o Housing Farhadian, Abraham Assil, Marc Ashghian, Wall Street Nevada, LLC c/o The Merrill Group of Companies, The Sunset Trust c/o Teymour Khouhian as Trustee, Mahnaz Sepehr, Kamran Raminfard, and the Satrap Family Trust c/o Abbas Satrap as Trustee (collectively, the "Namco Petitioning Creditors"), filed an involuntary bankruptcy petition against Namvar under chapter 11 of the United States Bankruptcy Code, bearing Case No. 2:08-bk-32333-BR.

3.    Also on December 22, 2008, Iraj Farhadian, Abraham Assil, Marc Ashghian, Wall Street Nevada, LLC, The Sunset Trust c/o Teymour Khouhian as Trustee, and the Satrap Family Trust c/o Abbas Satrap as Trustee (collectively, the "Namvar Petitioning Creditors"), filed an involuntary bankruptcy petition against Namvar under chapter 11 of the United States Bankruptcy Code, bearing Case No. 2:08-bk-32349-ER.

4.    By the State Court Action, Farid Afra, administrator of the Afra Profit Sharing Plan ("Afra"), seeks to foreclose on Namco's alleged security interest in a deed of trust purportedly assigned by Namco to Afra as to real property located at 11727 South Street, Artesia, California (the "Property") as well as enforce a personal guaranty purportedly made

by Namvar in favor of Afra, and has alleged fraud against, inter alia, Namco and Namvar, in addition to other causes of action. Additionally, Afra filed and recorded a *lis pendens* against the Property, and Artech has filed a motion to expunge the *lis pendens*.

5. The State Court Action is a civil action and is not a proceeding before the United States Tax Code or a civil action by a governmental unit to enforce such governmental unit's police or regulatory power.

6. The State Court Action is a "core proceeding" under 28 U.S.C. §§ 157(b)(2)(A), (B), (O) and (K), because the State Court Action seeks, among other things, a determination of claims against the estate.

7. This Court has jurisdiction pursuant to 28 U.S.C. § 1334(b).

8. Hakakian and Artech, by this Notice of Removal, seek to remove the State Court Action approximately fourteen (14) days after the involuntary bankruptcy petition was filed against Namvar. Therefore, removal of the State Court Action is timely pursuant to Federal Rule of Bankruptcy Procedure 9027(a)(2).

9. Hakakian and Artech may remove the State Court Action prior to the entry of an order for relief in the bankruptcy case. See, In re Eyecare of So. California, 258 B.R. 765, 769 (Bankr. C.D. Cal. 2001) ("The removal of this adversary proceeding to this court was proper, even though the court had not yet entered an order for relief in this involuntary bankruptcy case. The filing of the [bankruptcy] case, whether voluntary or involuntary, is a sufficient basis for bankruptcy jurisdiction over the state court action.")

10. Attached hereto are the following documents:

Exhibit "A": Complaint for (1) Collection of Promissory Note and Judicial Foreclosure of Security Interest in Artech Note, Artech Deed of Trust, and Artech Lease Assignment and Hakakian Guaranty; (2) Judicial Foreclosure of Artech Deed of Trust; (3) Enforcement of Artech Assignment of Rents; (4) Enforcement of Personal Guaranty (Eskander Hakakian); (5) Enforcement of Personal Guaranty (Ezri Namvar); (6) Fraud;

Exhibit "B": Proof of Service/Summons;

Exhibit "C": Notice of Pendency;

| | |
|---|---|
| 1 | Exhibit "D": Artech's Motion to Expunge Lis Pendens; |
| 2 | Exhibit "E": Request for Judicial Notice in Support of Artech's Motion to |
| 3 | Expunge Lis Pendens; |
| 4 | Exhibit "F": Notice of Filing of Chapter 11 Involuntary Petition and |
| 5 | Imposition of Automatic Stay. |

**PLEASE TAKE FURTHER NOTICE** that removal of the State Court Action and all claims and causes of action therein was effected upon the filing of a copy of this Notice of Removal with the Clerk of the State Court pursuant to Federal Rule of Bankruptcy Procedure 9027(c). The State Court Action is hereby removed to the United States Bankruptcy Court for the Central District of California, Los Angeles Division, and the parties to the State Court Action shall proceed no further in State Court unless otherwise ordered by the Bankruptcy Court.

DATE: January 5th, 2009

LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.

By: /s/ Beth Ann R. Young
Beth Ann R. Young
Krikor Meshefejian
Attorneys for Defendants Eskander Hakakian and Artech Properties, LLC

4