Howard J. Weg (State Bar No. 91057)
hweg@pwkllp.com
David B. Shemano (State Bar No. 176020)
dshemano@pwkllp.com
Monsi Morales (State Bar No. 235520)
mmorales@pwkllp.com
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA  90067
Telephone: (310) 552-3100
Facsimile:  (310) 552-3101

and

Ali M.M. Mojdehi (State Bar No. 123846)
ali.m.m.mojdehi@bakernet.com
Christine E. Baur (State Bar No. 207811)
christine.e.baur@bakernet.com
BAKER & McKENZIE LLP
12544 High Bluff Drive, Third Floor
San Diego, CA  92130-3051
Telephone:  (858) 523-6200
Facsimile:   (858) 259-8290

Proposed Co-Counsel for Debtor Namco Capital Group, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.: 2:08-32333-BR |
| NAMCO CAPITAL GROUP, INC., | Chapter 11 |
| Debtor. | |
| | **LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(d); DECLARATION OF EZRI NAMVAR** |

1

The above-captioned debtor (the "Debtor") hereby submits the attached List of Creditors Holding 40 Largest Unsecured Claims Pursuant to Federal Rule of Bankruptcy Procedure 1007(d) (the "List"). The List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31), or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims.

Many of the Debtor's creditors hold an unsecured claim against the Debtor based on a guarantee issued by the Debtor, but also hold a secured claim against a non-debtor co-obligor. The List includes an identification of which creditors hold secured claims against non-debtor co-obligors.

The List was prepared by the Debtor based upon the ongoing review of its books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the listed claims have been completed and the List is subject to amendment if additional information becomes known as a result of the ongoing review of the books and records. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim, or offset to the listed claims; (2) an acknowledgment of the allowability of any of the listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

Dated: January 30, 2009					PEITZMAN, WEG & KEMPINSKY LLP


							By:   /s/ David B. Shemano
							       Howard J. Weg
							       David B. Shemano
							       Monsi Morales

							and

							BAKER & McKENZIE LLP
							       Ali M.M. Mojdehi
							       Christine E. Baur

							Proposed Co-Counsel for Debtor Namco Capital Group, Inc.

2

## DECLARATION OF EZRI NAMVAR

I, Ezri Namvar, declare as follows:

1. I am the President and Chief Financial Officer for the Debtor in the above-captioned matter. The attached List of Creditors Holding 40 Largest Unsecured Claims (the "List") is true and correct to the best of my information and belief. If additional information becomes known as a result of the ongoing review of my books and records, the List will be promptly amended.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of January, 2009, at Los Angeles, California.



Ezri Namvar

3

# LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS

| Name Of Creditor | Telephone, Facsimile & Address Of Contact | Nature Of Claim | Secured Claim Against Non-Debtor Co-Obligor? | Contingent, Unliquidated, Or Disputed? | Amount Of Claim |
|---|---|---|---|---|---|
| Roxana Rastegar, The Rastegar Family Trust, Shabnam Kimiabakshs, Michelle Kimiabakhsh, and Jessica Kimiabakhsh | Telephone: 310-892-9010<br>Telephone: 310-613-3301<br>Email:<br>roxanarastegar@sbcglobal.net<br>solomonrastegar@aol.com<br><br>Attn: Solomon Rastegar<br>1005 Schuyler Rd.<br>Beverly Hills, CA 90210 | Noteholder | Yes | | 18,178,598 |
| RPM Investment, Haroon Hanasab, and M & Y Management Inc. | Telephone: 213-683-8000 and 213-683-8000<br>Facsimile: 310-362-8927<br>Email:<br>hhanasab@sbcglobal.net and rhanasab@yahoo.com<br><br>Attn: Robert Hanasab<br>606 S. Olive St. # 600<br>Los Angeles, CA 90014<br><br>1073 Linda Flora Dr.<br>Los Angeles, CA 90049 | Noteholder | No | | 17,210,949 |
| Roya Boucherian | Telephone: 310-208-1840<br>Email: dnorouzi@yahoo.com<br><br>Attn: David Norouzi<br>17881 Puerto Vallarta<br>Encino, CA 91316 | Noteholder | Yes | | 16,932,473 |
| The Abulafia Trust | Telephone: 310-433-8101<br>Email:<br>hayimabulafia@yahoo.com<br><br>Attn: Hayim Abulafia<br>315 S. Beverly Dr., Ste 301<br>Beverly Hills, CA 90212 | Noteholder | Yes | | 10,308,333 |
| 4M Investments | Telephone: 213-624-4040<br><br>1400 E. Olympic Blvd.<br>Los Angeles, CA 90021 | Noteholder | No | | 7,433,090 |
| Elliott Sharaby | Telephone: 410-336-2211<br>Email:<br>elliott@thefallstaffgroup.com<br><br>4481 N. 41st Ct.<br>Hollywood, FL 33021 | Noteholder | No | | 7,139,438 |

# LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS

| Name Of Creditor | Telephone, Facsimile & Address Of Contact | Nature Of Claim | Secured Claim Against Non-Debtor Co-Obligor? | Contingent, Unliquidated, Or Disputed? | Amount Of Claim |
|---|---|---|---|---|---|
| Epsilon Electronics | Telephone: 323-722-3333<br><br>1550 S. Maple Ave.<br>Montebello, CA 90640 | Noteholder | No | | 6,837,441 |
| Canyon Spring Shopping Center LLC | Telephone: 310-247-0755<br>Email: imoradi@aol.com<br><br>Attn: Issac Moradi<br>9301 Wilshire Blvd., #315<br>Beverly Hills, CA 90210 | Noteholder | Yes | | 6,310,079 |
| Abraham Assil | Telephone: 310-309-1421<br>Email: Abraham_assil@yahoo.com<br><br>1000 S. Westgate Ave. #10<br>Los Angeles, CA 90049 | Noteholder | No | | 5,944,738 |
| Eliaho Cohanim | Telephone: 818-652-7400<br>Facsimile: 818-225-2228<br>Email: emrk26@sbcglobal.net<br><br>Attn: Kambiz Kohanim<br>4609 Dunman Avenue<br>Woodland Hills, CA 91367 | Noteholder | No | | 5,832,737 |
| David Haghnazarzadeh and Blackhawk Properties | Telephone: 310-722-1924 and 310-247-0550<br>Email: davidvadeh1@yahoo.com<br><br>18210 Hatteras St.<br>Tarzana, CA 91356<br><br>450 N. Roxbury Dr.<br>Beverly Hills, CA 90210 | Noteholder | Yes (with respect to Blackhawk only) | | 4,727,210 |
| David Golkar | Telephone: 949-394-3224<br><br>575 Anton Blvd. # 820<br>Costa Mesa, CA 92626 | Noteholder | No | Disputed | 4,439,000 |
| David Zarabi | Telephone: 949-350-8383<br><br>523 N. Rodeo Dr.<br>Beverly Hills, CA 90210 | Noteholder | No | | 3,933,095 |

# LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS

| Name Of Creditor | Telephone, Facsimile & Address Of Contact | Nature Of Claim | Secured Claim Against Non-Debtor Co-Obligor? | Contingent, Unliquidated, Or Disputed? | Amount Of Claim |
|---|---|---|---|---|---|
| All Century Inc. | Telephone: 818-789-9000<br><br>15910 Ventura Blvd. #1505, Encino, CA 91436 | Noteholder | No | | 3,828,226 |
| Kamran Benji | Telephone: 310-472-8392<br>Facsimile:  213-749-3300<br>Email: kamranb@benji-26.com<br><br>506 Gretna Green Way<br>Los Angeles, CA 90049 | Noteholder | Yes | | 3,097,825 |
| David Taban | Telephone: 213-745-5191<br>Email: david@jadeent.com<br><br>888 S. Figueroa St. # 1900<br>Los Angeles, CA 90017 | Noteholder | Yes | | 3,097,125 |
| David York | Telephone: 310-614-2279<br>Email: david@yorkenterprisesinc.com<br><br>11611 San Vicente Blvd. # 520<br>Los Angeles, CA 90049 | Noteholder | Yes | | 3,064,750 |
| 1826 Nikoo Investments Ltd | Telephone: 818-788-6100<br>Email: jac1234@aol.com<br><br>Attn: Jacob Kohanzadeh<br>P.O. Box  260104<br>Encino, CA 91426 | Noteholder | No | | 2,913,271 |
| SRF Investment | Telephone: 310-889-9600<br>Telephone: 310-899-3200<br>Facsimile:  310-277-3944<br>Email: faye@gametronics.com<br><br>Attn: Ramin Javahery<br>5526 S. Soto<br>Vernon, CA 90058 | Noteholder | No | | 2,846,930 |
| Ramin Gabayan | Telephone: 310-966-0646<br><br>16351 Sloan Dr.<br>Los Angeles, CA 90049 | Noteholder | No | | 2,804,255 |
| Behzad Khavarani | Telephone: 310-486-0820<br><br>8642 Gregory Way # 206<br>Los Angeles, CA 90035 | Noteholder | No | | 2,644,778 |

# LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS

| Name Of Creditor | Telephone, Facsimile & Address Of Contact | Nature Of Claim | Secured Claim Against Non-Debtor Co-Obligor? | Contingent, Unliquidated, Or Disputed? | Amount Of Claim |
|---|---|---|---|---|---|
| LTLR Inc. | Telephone: 310-285-0936<br>Facsimile: 310-285-0938<br><br>Attn: Louis Kastenbaum<br>121 N. Oakhurst Dr.<br>Beverly Hills, CA 90210 | Noteholder | No | | 2,565,520 |
| Safco Holdings | Telephone: 310-666-0063<br><br>1850 S. Sepulveda Blvd. # 200<br>Los Angeles, CA 90025 | Noteholder | No | | 2,479,778 |
| Esko LLC | Telephone: 310-351-2005<br><br>11950 San Vicente Blvd, #200<br>Los Angeles, CA 90049 | Noteholder | No | | 2,356,012 |
| Hertsel Babajooni | Telephone: 213-840-3646<br>Email: bacg07@gmail.com<br><br>P.O. Box 491335<br>Los Angeles, CA 90049 | Noteholder | No | | 2,249,109 |
| Kamran Gharibian | Telephone: 310-927-1618<br>Email: kgharibian@yahoo.com<br><br>1110 Shadow Hillway<br>Beverly Hills, CA 90210 | Noteholder | No | | 2,105,723 |
| Sohrab Shakib | Telephone: 818-262-7575<br>Facsimile: 818-609-9617<br>Email: sam@canyon-center.com<br><br>16861 Ventura Blvd.# 303<br>Encino, CA 91436 | Noteholder | Yes | | 2,099,755 |
| Joseph Haghnazarzadeh | Telephone: 909-982-3337<br><br>521 N. Mountain Ave. # E,<br>Upland, CA 91786 | Noteholder | No | | 2,049,333 |
| Ruben Melamed | Telephone: 323-735-1717<br>Email: ruben.melamed@rjsinger.com<br><br>4801 W. Jefferson Blvd.<br>Los Angeles, CA 90016 | Noteholder | No | | 2,049,333 |

# LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS

| Name Of Creditor | Telephone, Facsimile & Address Of Contact | Nature Of Claim | Secured Claim Against Non-Debtor Co-Obligor? | Contingent, Unliquidated, Or Disputed? | Amount Of Claim |
|---|---|---|---|---|---|
| Shayfar Financial Services | Telephone: 818-986-2274 x314<br>Email: shayfar@sfsfunds.com<br><br>Attn: Joseph Shayfar<br>14250 Ventura Blvd. 2nd Floor<br>Sherman Oaks, CA 91423 | Noteholder | No | | 2,049,333 |
| Anthony Mirzaie | Telephone: 405-366-0000<br>Telephone: 405-417-1696<br>Email: anthony@westpointgroup.com<br><br>2601 Venture Dr.<br>Norman, OK 73069 | Noteholder | No | | 2,047,791 |
| Henry Shahery | Telephone: 310-889-4133<br><br>1014 Pamera Dr.,<br>Beverly Hills, CA 90210 | Noteholder | No | | 2,046,250 |
| LA Top Convenient Stores | Telephone: 213-624-7224<br><br>441 S. Los Angeles St.<br>Los Angeles, CA 90013 | Noteholder | No | | 2,041,416 |
| Said Pakravan | Telephone: 213-272-7900<br><br>3131 Antelo Rd.<br>Los Angeles, CA 90077 | Noteholder | No | | 2,015,798 |
| Ozora Trading | Telephone: 310-940-8677<br><br>Attn: Herzl Rahmanizadeh<br>P.O. Box 67657<br>Los Angeles, CA 90067 | Noteholder | No | | 1,945,402 |
| Mehrnaz Hekmatravan | Telephone: 310-289-9191<br>Email: nhravan@sbcglobal.net<br><br>130 N. Swall<br>Beverly Hills, CA 90211 | Noteholder | Yes | | 1,945,402 |
| David Haghani | Telephone: 310-490-5651<br><br>1855 Lincoln Blvd.<br>Santa Monica, CA 90404 | Noteholder | Yes | | 1,729,643 |
| Mayer Separzadeh | Telephone: 213-387-2974<br><br>807 E. 12th St. # 401<br>Los Angeles, CA 90021 | Noteholder | Yes | | 1,671,896 |

# LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS

| Name Of Creditor | Telephone, Facsimile & Address Of Contact | Nature Of Claim | Secured Claim Against Non-Debtor Co-Obligor? | Contingent, Unliquidated, Or Disputed? | Amount Of Claim |
|---|---|---|---|---|---|
| Mansour Issakharian | Telephone: 310-441-0104<br><br>10790 Wilshire Blvd. # 1102<br>Los Angeles, CA 90024 | Noteholder | Yes | | 1,638,233 |
| Yamin Family Trust | Telephone: 310-429-8426 and 310-273-4246<br>Email: mansouryamin@yahoo.com<br><br>Attn: Mansour Yamin<br>640 Clinton Place<br>Beverly Hills, CA 90210 | Noteholder | No | | 1,637,000 |