```
 1  PETER C. ANDERSON
    United States Trustee
 2  RUSSELL CLEMENTSON (State Bar No. 143284)
    Trial Attorney
 3  JILL M. STURTEVANT
    Assistant United States Trustee
 4  OFFICE OF THE UNITED STATES TRUSTEE
    725 S. Figueroa Street, Suite 2600
 5  Los Angeles, CA 90017
    Phone (213) 894-4505
 6  Fax (213) 894-2603
 7
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>NAMCO CAPITAL GROUP, INC., a California corporation and EZRI NAMVAR, an individual,<br><br>           Debotors.<br><br>X Affects Namco Captial Group, Inc. Only | Case No. 2:08-32333-BR<br>(Jointly administered with case no. 2:08-bk-32349-BR)<br><br>APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS<br><br>Date:<br>Time: [NO HEARING REQUIRED]<br>Place: |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following five (5) Creditors to serve on the Committee of Creditors holding unsecured claims:

SEE EXHIBIT "A"

Dated: 2/13/09        OFFICE OF THE UNITED STATES TRUSTEE

By: _____
JILL M. STURTEVANT
Assistant United States Trustee

# Exhibit "A"

Exhibit "A"

1 | Namco Capital Group, Inc. (2:08-bk-32333-BR)

2 | ABRAHAM B. ASSIL TRUST
1000 Westgate Avenue, #100
3 | Los Angeles, CA 90049
Attn. Abraham Assil
4 | tel. (310) 309-1421
abraham_assil@yahoo.com
5
ARTECH PROPERTIES, L.L.C.
6 | Alex Hakakian, President
15478 Duomo Via
7 | Los Angeles, CA 90077
C/O Ron Bender, Esq.
8 | Levene, Neale, Bender, Rankin & Brill
tel. (213) 229-1234
9
BENJAMIN B. EFRAIM
10 | 1323 Lincoln Blvd., Suite 200
Santa Monica, CA 90401
11 | tel. (310) 394-3622, ext. 10
beptal@aol.com
12
FARHADIAN FAMILY TRUST
13 | P.O. Box 7333
Newport Beach, CA
14 | Attn. F. Jason Far-hadian, Esq.
Tel. (310) 789-2100
15 | jfarhadian@i-p-law.us

16 | JOSEPH GHADIR
3001 Beverly Glen Circle
17 | Los Angeles, CA 90077
tel. (310) 470-1486
18 | josephghadir@gmail.com

| In re:<br>Namco Capital Group Inc.<br>Debtor(s) | CHAPTER | 11 |
|---|---|---|
| | CASE NUMBER | 2:08-bk-32333-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574

The foregoing document described as:
Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims (Namco)
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 13, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒   Service information continued on attached page

**II.** **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **February 13, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒   Service information continued on attached page

**III.** **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 13, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 13, 2009 | Tina Simmons | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                       F 9013-3.1

| In re: Namco Capital Group Inc. | CHAPTER | 11 |
|---|---|---|
| Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

## ADDITIONAL SERVICE INFORMATION

**SERVED VIA E-MAIL**

| Name | Capacity | Email Address |
|---|---|---|
| Howard Weg | Attorney for debtors | hweg@pwkllp.com |
| David Shemano | Attorney for debtors | dshemano@pwkllp.com |
| Sandford Frey | Attorney for petitioning creditors | sfrey@cmkllp.com |
| Beth Ann Young | Attorney for Eskander Hakakian | bry@lnbrb.com |
| Benjamin Seigel | Attorney for Abraham Assil | bseigel@buchalter.com |
| Michael Fletcher | Attorney for Cathay Bank | mfletcher@frandzel.com |

**SERVED BY OVERNIGHT MAIL:**

**Debtor:**
Namco Capital Group Inc
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

**Debtor:**
Ezri Namvar
12855 Parkyns St
Los Angeles, CA 90049

**Attorney for Ezri Namvar**
Stephen F. Biegenzahn, Esq.
Law Office of Stephen F. Biegenzahn
4300 Via Marisol Unit 764
Los Angeles, CA 90042

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                         F 9013-3.1