1  PETER C. ANDERSON
   United States Trustee
2  RUSSELL CLEMENTSON (State Bar No. 143284)
   Trial Attorney
3  JILL M. STURTEVANT
   Assistant United States Trustee
4  OFFICE OF THE UNITED STATES TRUSTEE
   725 S. Figueroa Street, Suite 2600
5  Los Angeles, CA 90017
   Phone (213) 894-4505
6  Fax (213) 894-2603

7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                          LOS ANGELES DIVISION

11 | In re:                                  ) | Case No. 2:08-32333-BR
                                              ) | (Jointly administered with case no. 2:08-
12 | NAMCO CAPITAL GROUP, INC., a            ) | bk-32349-BR)
     California corporation and EZRI NAMVAR, )
13 | an individual,                          ) | APPOINTMENT AND NOTICE OF
                                              ) | APPOINTMENT OF COMMITTEE OF
14 |              Debotors.                  ) | CREDITORS HOLDING UNSECURED
                                              ) | CLAIMS
15                                            )
16                                            )
                X Affects Ezri Namvar Only   ) | Date:
17                                            ) | Time:  [NO HEARING REQUIRED]
                                              ) | Place:
18                                            )
19                                            )

20     Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following

21 seven (7) Creditors to serve on the Committee of Creditors holding unsecured claims:

22                              SEE EXHIBIT "A"

23

24 Dated: 2/13/09         OFFICE OF THE UNITED STATES TRUSTEE

25

26                        By: /s/ Jill M. Sturtevant
                              JILL M. STURTEVANT
27                            Assistant United States Trustee

28

# Exhibit "A"

# Exhibit "A"

1  In re Namvar  (2:08-bk-32333-BR)

2  MANSOUR ALYESHMERNI
   9454 Wilshire Blvd.,
3  Beverly Hills, CA 90212
   tel. (310) 275-6132
4  fax (310) 275-7261
   alyesh@aol.com
5
   MARC ASHEGIAN
6  3430 Alana Drive
   Sherman Oaks, CA 91403
7  tel. (323) 855-1882
   marcasheghian@taxconsultgroup.com
8
   HERSEL BABAJONI
9  P.O. Box 491335
   Los Angeles, CA 90049
10 tel. (310) 907-5296
   tel. (410) 336-2211
11
   CATHAY BANK
12 800 West 6th Street
   Los Angeles, CA 90017
13 Attn. Gary Cook, Senior Vice President
   tel. (213) 972-4236
14 fax (213) 624-9069
   gary_cook@cathaybank.com
15 Donna Lew, Vice President
   tel. (213) 972-4218
16 donna_lew@cathaybank.com

17 MIDFIRST BANK
   501 NW Grand Blvd.
18 Oklahoma City, OK 93118
   Attn. Glen Shipley, Senior Vice President
19 tel. (405) 767-7530
   fax (405) 767-5453
20 glen.shipley@midfirst.com

21 ELLIOT SHARABY
   3409 Falstaff Road
22 Baltimore, MD 21215
   tel. (410) 336-2211
23 tel. (310) 775-6132

24  TOWN AND COUNTRY BANK
   c/o Philip M. Burns, CEO
25 8620 West Tropicana
   Las Vegas, NV 89147
26 tel (702) 252-8777
   fax (702) 951-3128
27 Pburns@TCbankNV.com
   fax (310) 275-7261
28 alyesh@ADL.com

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| Namco Capital Group Inc. | | | |
| | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

The foregoing document described as:
Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims (Ezri Namvar)
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 13, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒   Service information continued on attached page

**II.** **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **February 13, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒   Service information continued on attached page

**III.** **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 13, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 13, 2009 | Tina Simmons | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                     F 9013-3.1

| In re: Namco Capital Group Inc. | CHAPTER | 11 |
|---|---|---|
| Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

## ADDITIONAL SERVICE INFORMATION

**SERVED VIA E-MAIL**

| Name | Capacity | Email Address |
|---|---|---|
| Howard Weg | Attorney for debtors | hweg@pwkllp.com |
| David Shemano | Attorney for debtors | dshemano@pwkllp.com |
| Sandford Frey | Attorney for petitioning creditors | sfrey@cmkllp.com |
| Beth Ann Young | Attorney for Eskander Hakakian | bry@lnbrb.com |
| Benjamin Seigel | Attorney for Abraham Assil | bseigel@buchalter.com |
| Michael Fletcher | Attorney for Cathay Bank | mfletcher@frandzel.com |

**SERVED BY OVERNIGHT MAIL:**

**Debtor:**
Namco Capital Group Inc
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

**Debtor:**
Ezri Namvar
12855 Parkyns St
Los Angeles, CA 90049

**Attorney for Ezri Namvar**
Stephen F. Biegenzahn, Esq.
Law Office of Stephen F. Biegenzahn
4300 Via Marisol Unit 764
Los Angeles, CA 90042

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                              F 9013-3.1