FILED & ENTERED

MAR 04 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY quintana  DEPUTY CLERK

1  Howard J. Weg (State Bar No. 91057)
   hweg@pwkllp.com
2  David B. Shemano (State Bar No. 176020)
   dshemano@pwkllp.com
3  Monsi Morales (State Bar No. 235520)
   mmorales@pwkllp.com
4  PEITZMAN, WEG & KEMPINSKY LLP
   10100 Santa Monica Boulevard, Suite 1450
5  Los Angeles, CA  90067
   Telephone: (310) 552-3100
6  Facsimile:  (310) 552-3101

7  and

8  Ali M.M. Mojdehi (State Bar No. 123846)
   ali.m.m.mojdehi@bakernet.com
9  Christine E. Baur (State Bar No. 207811)
   christine.e.baur@bakernet.com
10 BAKER & McKENZIE LLP
   12544 High Bluff Drive, Third Floor
11 San Diego, CA  92130-3051
   Telephone:  (858) 523-6200
12 Facsimile:   (858) 259-8290

13 Co-Counsel for Debtor Namco Capital Group, Inc.

14            UNITED STATES BANKRUPTCY COURT

15            CENTRAL DISTRICT OF CALIFORNIA

16                 LOS ANGELES DIVISION

17 In re:                                  | Case No.: 2:-08-32333-BR

                                           | Chapter 11

18 NAMCO CAPITAL GROUP, INC., a California  | (Jointly Administered with Case No. 2:08-32349-BR)
19 corporation; and EZRI NAMVAR, an individual,

                                           | **ORDER GRANTING APPLICATION FOR
20                                         | ORDER AUTHORIZING NAMCO CAPITAL
                Debtors.                   | GROUP, INC. TO EMPLOY BAKER &
21                                         | MCKENZIE LLP AS BANKRUPTCY CO-
                                           | COUNSEL PURSUANT TO 11 U.S.C. §§ 327
22                                         | AND 328**

23                                         | Hearing:
                                           | Date:   February 26, 2009
24                                         | Time:  10:00 a.m.
                                           | Place:  Courtroom 1668
25                                         |            255 East Temple Street
                                           |            Los Angeles, CA
26 Check One or More as Appropriate:
27 Affects Both Debtors:
   Affects Namco Capital Group, Inc. only:  ☒
28 Affects Ezri Namvar only:                ☐

                              1

1　　　　The Application For Order Authorizing Debtor To Employ Baker & McKenzie LLP As

2　Bankruptcy Co-Counsel Pursuant To 11 U.S.C. §§ 327 And 328 (the "Application"), filed by Namco

3　Capital Group, Inc. ("Namco"), came on for hearing before the Honorable Barry Russell, United States

4　Bankruptcy Judge, on February 26, 2009, at 10:00 a.m. (the "Hearing").  Appearances were made as

5　reflected in the Bankruptcy Court's record. Capitalized terms used herein shall have the meaning

6　ascribed to them in the Application, unless otherwise defined.

7　　　　After consideration of the Application and supporting papers, all responses thereto, the

8　arguments of counsel in papers and at the Hearing and the files and records in this chapter 11 case, and

9　finding the notice of the Application and the Hearing was appropriate under the circumstances, it

10　appears that (a) Baker & McKenzie LLP ("Baker") is a "disinterested person" within the meaning of

11　section 101(14) of the Bankruptcy Code, (b) Baker does not hold or represent an interest adverse to the

12　estate, and (c) Baker's employment by Namco is in the best interest of Namco's estate.  Accordingly, it

13　is hereby

14　　　　**ORDERED THAT**:

15　　　　A.　　Pursuant to sections 327(a) and 328(a) of the Bankruptcy Code and Rule 2014 of the

16　Federal Rules of Bankruptcy Procedure, the employment of Baker as bankruptcy co-counsel for Namco

17　in this chapter 11 case hereby is approved on the terms set forth in the Application.

18　　　　B.　　Upon application and further order of the Court, Baker shall be compensated for its

19　services on an hourly basis and reimbursed for any related costs and expenses pursuant to the terms of

20　the Application and in accordance with applicable provisions of the Bankruptcy Code, the Federal Rules

21　of Bankruptcy Procedure and the Local Bankruptcy Rules.

22

23

24

25

26　DATED: March 4, 2009

　　　　United States Bankruptcy Judge

27

28

2

| In re NAMCO CAPITAL GROUP, INC., a California corporation; and EZRI NAMVAR, an individual, | Chapter 11 |
|---|---|
| Debtors. | Case Number 2:08-32333-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:A true and correct copy of the foregoing document described as **ORDER GRANTING APPLICATION FOR ORDER AUTHORIZING NAMCO CAPITAL GROUP, INC. TO EMPLOY BAKER & MCKENZIE LLP AS BANKRUPTCY CO-COUNSEL PURSUANT TO 11 U.S.C. §§ 327 AND 328** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 27, 2009**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Michael Jay Berger     michael.berger@bankruptcypower.com

- Russell Clementson     russell.clementson@usdoj.gov

- Yona Conzevoy     yconzevoy@dwclaw.com

- Brian L Davidoff     bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com

- Daniel Denny     ddenny@gibsondunn.com

- Michael G Fletcher     mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com

- Sandford Frey     Sfrey@cmkllp.com

- Philip A Gasteier     pgasteier@rdwlawcorp.com

- Steven Glaser     sglaser@wwllp.com

- Robert P Goe     kmurphy@goeforlaw.com

- M Jonathan Hayes     jhayes@polarisnet.net

- Seymone Javaherian     sj@javlaw.com

- Ira Benjamin Katz     Ikatz@katzlaw.net

    Stuart I Koenig     Skoenig@cmkllp.com          **(Electronic service list continued on next page.)**

| In re NAMCO CAPITAL GROUP, INC., a California corporation; and EZRI NAMVAR, an individual,<br><br>Debtors. | Chapter 11<br><br>Case Number 2:08-32333-BR |
|---|---|

**(Electronic service list continued.)**

- John P Kreis    jkreis@attglobal.net

- Jeffrey A Krieger    jkrieger@ggfirm.com

- Pamela Labruyere    pamela@sgsslaw.com

- Dare Law    dare.law@usdoj.gov

- Jennifer Leland    jwaldner@pwkllp.com

- Elmer D Martin    elmermartin@msn.com

- Hal M Mersel    mark.mersel@bryancave.com

- Elissa Miller    emiller@sulmeyerlaw.com

- Ali M Mojdehi    ali.m.m.mojdehi@bakernet.com, christine.e.baur@bakernet.com;andrew.mcdermott@bakernet.com;anne.w.hamann@bakernet.com;jane.b.mackie @bakernet.com

- Monserrat Morales    mmorales@pwkllp.com

- Sam S Oh    sam.oh@limruger.com, alisia.dunbar@limruger.com

- Jenny Y Park Garner    jpark@sheppardmullin.com

- Penelope Parmes    pparmes@rutan.com

- Lawrence Peitzman    lpeitzman@pwkllp.com

- Leo D Plotkin    lplotkin@lsl-la.com

- Jeremy E Rosenthal    jrosenthal@sidley.com

- Bruce S Schildkraut    bruce.schildkraut@usdoj.gov

- Benjamin Seigel    bseigel@buchalter.com

- David B Shemano    dshemano@pwkllp.com

- Nico N Tabibi    nico@tabibilaw.com

- Sam Tabibian    sam.tabibian@gmail.com

- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov    **(CONTINUED ON NEXT PAGE)**

| In re NAMCO CAPITAL GROUP, INC., a California corporation; and EZRI NAMVAR, an individual,<br><br>Debtors. | Chapter 11<br><br>Case Number 2:08-32333-BR |
|---|---|

**(Electronic service list continued.)**

- Howard J Weg    hweg@pwkllp.com

- Beth Ann R Young    bry@lnbrb.com

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   **February 27, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via Overnight Mail**
The Hon. Barry Russell,
Judge of the United States Bankruptcy Court
For the Central District of California
255 E. Temple Street, Suite 1660
Los Angeles, CA  90012

**Via U.S. Mail**
Stephen F. Biegenzahn, Esq.
Law Offices of Stephen F. Biegenzahn
417 S. Hill Street, Suite 842
Los Angeles, CA  90013

**Via U.S. Mail**
Afshin Youssefyeh
1875 Century Park East
Ste 1490
Los Angeles, CA 90067

☐ Service information continued on attached page

1

2

| In re NAMCO CAPITAL GROUP, INC., a California corporation; and EZRI NAMVAR, an individual,<br><br>Debtors. | Chapter 11<br><br>Case Number 2:08-32333-BR |
| --- | --- |

3

4

5

6

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____

7

___  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

8

9

10

☐  Service information continued on attached page

11

12

13

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

14

15

16

| **February 27, 2009** | **Marta C. Wade** | **/s/Marta C. Wade** |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

17

18

19

20

21

22

23

24

25

26

27

28

6

| In re NAMCO CAPITAL GROUP, INC., a California corporation; and EZRI NAMVAR, an individual, Debtors. | Chapter 11 Case Number 2:08-32333-BR |
|---|---|

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  **ORDER GRANTING APPLICATION FOR ORDER AUTHORIZING NAMCO CAPITAL GROUP, INC. TO EMPLOY BAKER & MCKENZIE LLP AS BANKRUPTCY CO-COUNSEL PURSUANT TO 11 U.S.C. §§ 327 AND 328**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **February 27, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Michael Jay Berger    michael.berger@bankruptcypower.com

- Russell Clementson    russell.clementson@usdoj.gov

- Yona Conzevoy    yconzevoy@dwclaw.com

- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com

- Daniel Denny    ddenny@gibsondunn.com

- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com

- Sandford Frey    Sfrey@cmkllp.com

- Philip A Gasteier    pgasteier@rdwlawcorp.com

- Steven Glaser    sglaser@wwllp.com

- Robert P Goe    kmurphy@goeforlaw.com

- M Jonathan Hayes    jhayes@polarisnet.net

- Seymone Javaherian    sj@javlaw.com        **(ELECTRONIC NOTICE LIST CONTINUED ON NEXT PAGE.)**

| In re NAMCO CAPITAL GROUP, INC., a California corporation; and EZRI NAMVAR, an individual,<br><br>Debtors. | Chapter 11<br><br>Case Number 2:08-32333-BR |
|---|---|

**ELECTRONIC NOTICE LIST CONTINUED.**

- Ira Benjamin Katz    Ikatz@katzlaw.net

- Stuart I Koenig    Skoenig@cmkllp.com

- John P Kreis    jkreis@attglobal.net

- Jeffrey A Krieger    jkrieger@ggfirm.com

- Pamela Labruyere    pamela@sgsslaw.com

- Dare Law    dare.law@usdoj.gov

- Jennifer Leland    jwaldner@pwkllp.com

- Elmer D Martin    elmermartin@msn.com

- Hal M Mersel    mark.mersel@bryancave.com

- Elissa Miller    emiller@sulmeyerlaw.com

- Ali M Mojdehi    ali.m.m.mojdehi@bakernet.com, christine.e.baur@bakernet.com;andrew.mcdermott@bakernet.com;anne.w.hamann@bakernet.com;jane.b.mackie@bakernet.com

- Monserrat Morales    mmorales@pwkllp.com

- Sam S Oh    sam.oh@limruger.com, alisia.dunbar@limruger.com

- Jenny Y Park Garner    jpark@sheppardmullin.com

- Penelope Parmes    pparmes@rutan.com

- Lawrence Peitzman    lpeitzman@pwkllp.com

- Leo D Plotkin    lplotkin@lsl-la.com

- Jeremy E Rosenthal    jrosenthal@sidley.com

- Bruce S Schildkraut    bruce.schildkraut@usdoj.gov

- Benjamin Seigel    bseigel@buchalter.com

- David B Shemano    dshemano@pwkllp.com

- Nico N Tabibi    nico@tabibilaw.com

- Sam Tabibian    sam.tabibian@gmail.com

- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

| In re NAMCO CAPITAL GROUP, INC., a California corporation; and EZRI NAMVAR, an individual, Debtors. | Chapter 11 Case Number 2:08-32333-BR |
|---|---|

**ELECTRONIC NOTICE LIST CONTINUED.**

- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

- Howard J Weg    hweg@pwkllp.com

- Beth Ann R Young    bry@lnbrb.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Stephen F. Biegenzahn, Esq.
Law Offices of Stephen F. Biegenzahn
417 S. Hill Street, Suite 842
Los Angeles, CA  90013

Afshin Youssefyeh
1875 Century Park East
Ste 1490
Los Angeles, CA 90067

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐    Service information continued on attached page