FILED & ENTERED

MAR 19 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

1  SANDFORD L. FREY (State Bar No. 117058)
   STUART I. KOENIG (State Bar No. 102764)
2  CREIM MACIAS KOENIG & FREY LLP
   633 West Fifth Street, 51st Floor
3  Los Angeles, California 90071
   Telephone: (213) 614-1944
4  Facsimile:  (213) 614-1961
   Sfrey@cmkllp.com
5  Skoenig@cmkllp.com

6  [Proposed] Attorneys for Official
   Unsecured Creditors' Committee of
7  NAMCO CAPITAL GROUP, INC.

8               UNITED STATES BANKRUPTCY COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                  [LOS ANGELES DIVISION ]

| | |
|---|---|
| 11  In re | CASE NO.:  2:08-bk-32333-BR |
| 12  NAMCO CAPITAL GROUP, INC., a California corporation; and EZRI NAMVAR, an individual, | Chapter 11 |
| 13   | (Jointly Administered with Case No.: 2:08-bk-32349-BR) |
| 14  Debtor(s) | |
| **Check One or More as Appropriate:** Affects Both Debtors: ☐ Affects Namco Capital Group, Inc. only: ☒ Affects Ezri Namvar only: ☐ | **ORDER AUTHORIZING APPOINTMENT OF CREIM MACIAS KOENIG & FREY LLP AS COUNSEL FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE OF NAMCO CAPITAL GROUP, INC.** |

21      Upon the Application of Creim Macias Koenig & Frey LLP ("CMKF") to be employed as

22  counsel for the Official Unsecured Creditors' Committee of Namco Capital Group, Inc. (the

23  "Committee"), and the Declaration of Sandford L. Frey filed in support thereof (the "Application");

24      It appearing to the Court that CMKF does not hold or represent any interest adverse to the

25  estate in the matters upon which it is to be engaged;

26      That it has no connection with the Debtor, its respective attorney's, accountants, creditors or

27  any other party in interest;

28      That its employment is in the best interest of the estate; and

1    More than 15 days have passed since the "NOTICE OF SUBMISSION OF APPLICATION FOR APPOINTMENT OF COUNSEL TO OFFICIAL UNSECURED CREDITORS' COMMITTEE" was served on the interested parties and no objections having been filed:

    IT IS ORDERED that CMKF is hereby approved as bankruptcy counsel for the Committee, with compensation to be at the expense of the estate in such amount as the Court may hereafter allow, consistent with Sections 330 and 331 of the Bankruptcy Code, or pursuant to any order of the Court pertaining to the payment of professionals in this case.

DATED: March 19, 2009

_____
United States Bankruptcy Judge

| | |
|---|---|
| In re:  NAMCO CAPITAL GROUP, INC., | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 2:08-bk-32333-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Creim Macias Koenig & Frey, LLP
633 W. Fifth Street, 51st Floor
Los Angeles, CA  90071

The foregoing document described

**ORDER AUTHORIZING APPOINTMENT OF CREIM MACIAS KOENIG & FREY LLP AS COUNSEL FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE OF NAMCO CAPITAL GROUP, INC.**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On March 19, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Hon. Barry Russell (Overnight Mail)
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple St. Bin outside of Suite 1660
Los Angeles, CA  90012-3332

Official Unsecured Creditors' Committee

Abraham B. Assil Trust (U.S. Mail)
Attn:  Abraham Assil
1000 S. Westgate, #100
Los Angeles, CA  90049

Artech Properties, LLC (U.S. Mail)
Alex Hakakian, President
15478 Duomo Via
Los Angeles, CA  90077

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                    **F 9021-1.1**

| | |
|---|---|
| In re:  NAMCO CAPITAL GROUP, INC., | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 2:08-bk-32333-BR |

Benjamin B. Efraim (U.S. Mail)
1323 Lincoln Blvd., Ste. 200
Santa Monica, CA  90401

Farhadian Family Trust (U.S. Mail)
Attn:  F. Jason Far-hadian, Esq.
P.O. Box 7333
Newport Beach, CA  92658

Joseph Ghadir (U.S. Mail)
3001 Beverly Glen Circle
Los Angeles, CA  90077

Attorney for Petitioning Creditors

A. David Youssefyeh, Esq. (U.S. Mail)
A.D.Y. Law Group
1875 Century Park East, Ste. 1490
Los Angeles, CA  90067

Request for Special Notice

Ronald E. Michelman, Esq. (U.S. Mail)
Michelman & Michelman, LLP
20265 Ventura Blvd., Suite D
Woodland Hills, CA  91364

Rochelle A. Herzog (U.S. Mail)
15821 Ventura Blvd., Ste. 515
Encino, CA  91436

David M. Morrow (U.S. Mail)
c/o Stephen H. Marcus, Esq.
Gittler & Bradford
10537 Santa Monica Blvd., 3rd Fl.
Los Angeles, CA  90025

Ronald L. Leibow, Esq. (U.S. Mail)
Alicia Clough, Esq.
Kaye Scholer LLP
1999 Ave of the Stars, Ste. 1700
Los Angeles, CA  90067-6048

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 19, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                       **F 9021-1.1**

| | |
|---|---|
| In re:  NAMCO CAPITAL GROUP, INC., | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 2:08-bk-32333-BR |

**Served Via Email**

| | |
|---|---|
| Michael Jay Berger | michael.berger@bankruptcypower.com |
| Russell Clementson | russell.clementson@usdoj.gov |
| Yona Conzevoy | yconzevoy@dwclaw.com |
| Brian L. Davidoff | bdavidoff@rutterhobbs.com; calendar@rutterhobbs.com; jreinglass@rutterhobbs.com |
| Daniel B. Denny | ddenny@gibsondunn.com |
| Michael G. Fletcher | mfletcher@frandzel.com; efiling@frandzel.com; shom@frandzel.com |
| Sandford L. Frey | sfrey@cmkllp.com |
| Philip A. Gasteier | pgasteier@rdwlawcorp.com |
| Steven Glaser | sglaser@wwllp.com |
| Robert P. Goe | kmurphy@goeforlaw.com |
| M. Jonathan Hayes | jhayes@polarisnet.com |
| Seymone Javaherian | sj@javlaw.com |
| Ira Benjamin Katz | Ikatz@katzlaw.net |
| Stuart I. Koenig | skoenig@cmkllp.com |
| John P. Kreis | jkreis@attglobal.net |
| Jeffrey A. Krieger | jkrieger@greenbergglusker.com |
| Pamela Labruyere | Pamela@sgsslaw.com |
| Dare Law | dare.law@usdoj.gov |
| Jennifer Leland | jwaldner@pwkllp.com |
| Elmer D. Martin | elmermartin@msn.com |
| Hal M. Mersel | mark.mersel@bryancave.com |
| Elissa Miller | emiller@sulmeyerlaw.com |
| Ali M. Mojdehi | ali.m.m.mojdehi@bakernet.com; Christine.e.baur@bakernet.com; Andrew.mcdermott@bakernet.com; anne.w.hamann@bakernet.com; jane.b.mackie@bakernet.com |
| Monserrat Morales | mmorales@pwkllp.com |
| R. Todd Neilson | tneilson@ecf.eqiqsystems.com; vdoran@lecg.com; sgreenan@lecg.com |
| William Novotny | William.novotny@mwmf.com |
| Samuel S. Oh | sam.oh@limruger.com |
| Jenny Y. Park Gardner | jpark@sheppardmullin.com |
| Penelope Parmes | pparmes@rutan.com |
| Lawrence Peitzman | lpeitzman@pwkllp.com |
| Leo D. Plotkin | lplotkin@lsl-la.com |
| Jeremy E. Rosenthal | jrosenthal@sidley.com |
| Bruce S. Schildkraut | bruce.schildkraut@usdoj.gov |
| Benjamin Seigel | bseigel@buchalter.com |
| David B. Shemano | dshemano@pwkllp.com |
| Nico N. Tabibi | nico@tabiblaw.com |
| Sam Tabibian | sam.tabibian@gmail.com |
| Derrick Talerico | dtalerico@loeb.com; kpresson@loeb.com; ljurich@loeb.com |
| Alan G. Tippie | atippie@sulmeyer.com; jbartlett@sulmeyer.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Howard J Weg | hweg@pwkllp.com |
| Beth Ann R. Young | bry@lnbrb.com |

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re:  NAMCO CAPITAL GROUP, INC., | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER:  2:08-bk-32333-BR |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 19, 2009 | Kelli Nielsen | /s/ Kelli Nielsen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

| | |
|---|---|
| In re:  NAMCO CAPITAL GROUP, INC., | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER:  2:08-bk-32333-BR |

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER AUTHORIZING APPOINTMENT OF CREIM MACIAS KOENIG & FREY LLP AS COUNSEL FOR THE OFFICIAL UNSECURED CREDITORS' COMMITTEE OF NAMCO CAPITAL GROUP, INC. was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| | |
|---|---|
| Michael Jay Berger | michael.berger@bankruptcypower.com |
| Russell Clementson | russell.clementson@usdoj.gov |
| Yona Conzevoy | yconzevoy@dwclaw.com |
| Brian L. Davidoff | bdavidoff@rutterhobbs.com; calendar@rutterhobbs.com; jreinglass@rutterhobbs.com |
| Daniel B. Denny | ddenny@gibsondunn.com |
| Michael G. Fletcher | mfletcher@frandzel.com; efiling@frandzel.com; shom@frandzel.com |
| Sandford L. Frey | sfrey@cmkllp.com |
| Philip A. Gasteier | pgasteier@rdwlawcorp.com |
| Steven Glaser | sglaser@wwllp.com |
| Robert P. Goe | kmurphy@goeforlaw.com |
| M. Jonathan Hayes | jhayes@polarisnet.com |
| Seymone Javaherian | sj@javlaw.com |
| Ira Benjamin Katz | Ikatz@katzlaw.net |
| Stuart I. Koenig | skoenig@cmkllp.com |
| John P. Kreis | jkreis@attglobal.net |
| Jeffrey A. Krieger | jkrieger@greenbergglusker.com |
| Pamela Labruyere | Pamela@sgsslaw.com |
| Dare Law | dare.law@usdoj.gov |
| Jennifer Leland | jwaldner@pwkllp.com |
| Elmer D. Martin | elmermartin@msn.com |
| Hal M. Mersel | mark.mersel@bryancave.com |
| Elissa Miller | emiller@sulmeyerlaw.com |
| Ali M. Mojdehi | ali.m.m.mojdehi@bakernet.com; Christine.e.baur@bakernet.com; Andrew.mcdermott@bakernet.com; anne.w.hamann@bakernet.com; jane.b.mackie@bakernet.com |
| Monserrat Morales | mmorales@pwkllp.com |
| R. Todd Neilson | tneilson@ecf.eqiqsystems.com; vdoran@lecg.com; sgreenan@lecg.com |
| William Novotny | William.novotny@mwmf.com |
| Samuel S. Oh | sam.oh@limruger.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re:  NAMCO CAPITAL GROUP, INC., | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:08-bk-32333-BR |

Jenny Y. Park Gardner   jpark@sheppardmullin.com
Penelope Parmes         pparmes@rutan.com
Lawrence Peitzman       lpeitzman@pwkllp.com
Leo D. Plotkin          lplotkin@lsl-la.com
Jeremy E. Rosenthal     jrosenthal@sidley.com
Bruce S. Schildkraut    bruce.schildkraut@usdoj.gov
Benjamin Seigel         bseigel@buchalter.com
David B. Shemano        dshemano@pwkllp.com
Nico N. Tabibi          nico@tabiblaw.com
Sam Tabibian            sam.tabibian@gmail.com
Derrick Talerico        dtalerico@loeb.com; kpresson@loeb.com; ljurich@loeb.com
Alan G. Tippie          atippie@sulmeyer.com; jbartlett@sulmeyer.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Howard J Weg            hweg@pwkllp.com
Beth Ann R. Young       bry@lnbrb.com

☐   Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐   Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒   Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9021-1.1**

| | |
|---|---|
| In re: NAMCO CAPITAL GROUP, INC.,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:08-bk-32333-BR |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Abraham B. Assil Trust (U.S. Mail)
Attn: Abraham Assil
1000 S. Westgate, #100
Los Angeles, CA  90049

Artech Properties, LLC (U.S. Mail)
Alex Hakakian, President
15478 Duomo Via
Los Angeles, CA  90077

Benjamin B. Efraim (U.S. Mail)
1323 Lincoln Blvd., Ste. 200
Santa Monica, CA  90401

Farhadian Family Trust (U.S. Mail)
Attn: F. Jason Far-hadian, Esq.
P.O. Box 7333
Newport Beach, CA  92658

Joseph Ghadir (U.S. Mail)
3001 Beverly Glen Circle
Los Angeles, CA  90077

A. David Youssefyeh, Esq. (U.S. Mail)
A.D.Y. Law Group
1875 Century Park East, Ste. 1490
Los Angeles, CA  90067

Ronald E. Michelman, Esq. (U.S. Mail)
Michelman & Michelman, LLP
20265 Ventura Blvd., Suite D
Woodland Hills, CA  91364

Rochelle A. Herzog (U.S. Mail)
15821 Ventura Blvd., Ste. 515
Encino, CA  91436

David M. Morrow (U.S. Mail)
c/o Stephen H. Marcus, Esq.
Gittler & Bradford
10537 Santa Monica Blvd., 3rd Fl.
Los Angeles, CA  90025

Ronald L. Leibow, Esq. (U.S. Mail)
Alicia Clough, Esq.
Kaye Scholer LLP
1999 Ave of the Stars, Ste. 1700
Los Angeles, CA  90067-6048

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                              **F 9021-1.1**