PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT (SBN 089395)
ASSISTANT UNITED STATES TRUSTEE
RUSSELL CLEMENTSON (SBN 143284)
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017-5418
(213) 894-4505 telephone
(213) 894-2603 facsimile
russell.clementson@usdoj.gov

**FILED & ENTERED**

MAY 01 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:08-bk-32333-BR |
| | (Jointly administered with Case. No. 2:08-bk-32349-BR) |
| NAMCO CAPITAL GROUP, INC. a California corporation; and EZRI NAMVAR, an individual, | |
| | Chapter 11 |
| | ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE |
| Debtors. | |
| X Affects Namco Capital only. | |
| | Date: April 29, 2009 |
| | Time: 10:00 a.m. |
| | Ctrm: 1639— 1668 |

The United States Trustee's Motion For The Appointment Of A Chapter 11 Trustee Or, In The Alternative, For Appointment Of An Examiner and the Motion By came on for hearing on the above date and time. Appearances were made as reflected on the record. The Court having considered the record herein, the arguments of counsel and interested parties, and for good cause appearing,

1

1  IT IS HEREBY ORDERED that the United States Trustee is ordered to appoint a Chapter
2  11 Trustee in the Namco Capital Inc. bankruptcy case.
3  ###
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  DATED: May 1, 2009
   _____
   United States Bankruptcy Judge
26
27
28

2

| In re:   Namco Capital Corporation, Inc. and Ezri Namvar<br>X Affects Namco Capital only | CHAPTER 11 |
|---|---|
| Debtor(s) | CASE NUMBER<br>2:08-bk-32333-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

The foregoing document described as:   **ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __n/a__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒    Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 4/29/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
The Honorable Barry Russell
255 E. Temple Street, Courtroom 1639
Los Angeles, CA  90012

☒    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 4/29/09 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

Bernard R. Given  bgiven@frandzel.com

Michael G Fletcher  mfletcher@frandzel.com

Sandford Frey  Sfrey@cmkllp.com

Stuart I Koenig  Skoenig@cmkllp.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

| In re: Namco Capital Corporation, Inc. and Ezri Namvar<br>X Affects Namco Capital only | CHAPTER 11 |
|---|---|
| Debtor(s) | CASE NUMBER<br>2:08-bk-32333-BR |

David B Shemano  dshemano@pwkllp.com

Howard J Weg  hweg@pwkllp.com

Joel Samuels  jsamuels@Sidley.com

Richard Pachulski rpachulski@pszyjw.com

Dean Ziehl dziehl@pszjlaw.com

Leonard M. Shulman LShulman@shbllp.com

Richard Diamond  RDiamond@dgdk.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/29/09 | Russell Clementson | s/Russell Clementson |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 9021-1.1

4

| In re: | Namco Capital Corporation, Inc. and Ezri Namvar<br>X Affects Namco Capital only | | CHAPTER 11 |
|---|---|---|---|
| | | Debtor(s) | CASE NUMBER<br>2:08-bk-32333-BR |

## NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*):

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.     SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 4/29/09, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**SEE ATTACHED SERVICE LIST**

☒     Service information continued on attached page

**II.     SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

☒     Service information continued on attached page

**III.     TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

☒     Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 9021-1.1

| In re: Namco Capital Corporation, Inc. and Ezri Namvar<br>X Affects Namco Capital only | CHAPTER 11 |
|---|---|
| Debtor(s) | CASE NUMBER<br>2:08-bk-32333-BR |

## ADDITIONAL SERVICE INFORMATION

### SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"))

- Michael Jay Berger    michael.berger@bankruptcypower.com
- Russell Clementson    russell.clementson@usdoj.gov
- Alicia Clough    alicia.clough@kayescholer.com
- Yona Conzevoy    yconzevoy@dwclaw.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Jon H Freis    jon@jhflaw.net
- Sandford Frey    Sfrey@cmkllp.com
- Philip A Gasteier    pgasteier@rdwlawcorp.com
- Barry S Glaser    bglaser@swjlaw.com
- Steven Glaser    sglaser@wwllp.com
- Robert P Goe    kmurphy@goeforlaw.com
- M Jonathan Hayes    jhayes@polarisnet.net
- Seymone Javaherian    sj@javlaw.com
- Ira Benjamin Katz    Ikatz@katzlaw.net
- Stuart I Koenig    Skoenig@cmkllp.com
- John P Kreis    jkreis@attglobal.net
- Jeffrey A Krieger    jkrieger@ggfirm.com
- Pamela Labruyere    pamela@sgsslaw.com
- Dare Law    dare.law@usdoj.gov
- Jennifer Leland    jwaldner@pwkllp.com
- Elmer D Martin    elmermartin@msn.com
- Hal M Mersel    mark.mersel@bryancave.com
- Elissa Miller    emiller@sulmeyerlaw.com
- Ali M Mojdehi    ali.m.m.mojdehi@bakernet.com, christine.e.baur@bakernet.com;andrew.mcdermott@bakernet.com;anne.w.hamann@bakernet.com;jane.b.mackie@bakernet.com
- Monserrat Morales    mmorales@pwkllp.com
- Randall P Mroczynski    randym@cookseylaw.com
- Vicente Matias Murrell    murrell.vicente@pbgc.gov
- R. Todd Neilson    tneilson@ecf.epiqsystems.com, vdoran@lecg.com;sgreenan@lecg.com
- Scott H Noskin    snoskin@mirmanbubman.com
- William Novotny    william.novotny@mwmf.com
- Sam S Oh    sam.oh@limruger.com, alisia.dunbar@limruger.com
- Jenny Y Park Garner    jpark@sheppardmullin.com
- Penelope Parmes    pparmes@rutan.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Leo D Plotkin    lplotkin@lsl-la.com
- Christopher S Reeder    creeder@reederlugreen.com
- Jeremy E Rosenthal    jrosenthal@sidley.com
- Gregory M Salvato    gsalvato@pmcos.com
- Bruce S Schildkraut    bruce.schildkraut@usdoj.gov
- Benjamin Seigel    bseigel@buchalter.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

6

| In re: | Namco Capital Corporation, Inc. and Ezri Namvar<br>X Affects Namco Capital only | | CHAPTER 11 |
|---|---|---|---|
| | | Debtor(s) | CASE NUMBER<br>2:08-bk-32333-BR |

- David B Shemano    dshemano@pwkllp.com
- Nico N Tabibi    nico@tabibilaw.com
- Sam Tabibian    sam.tabibian@gmail.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Howard J Weg    hweg@pwkllp.com
- Beth Ann R Young    bry@lnbrb.com

**SERVED BY THE COURT VIA U.S. MAIL:**

**Debtor**
Namco Capital Group Inc
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025
Attn. Howard Grobstein, CRO


**TO BE SERVED BY THE LODGING PARTY:**
n/a

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

7