Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
Hamid R. Rafatjoo (CA Bar No. 181564)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310-201-0760

E-mail:  rpachulski@pszjlaw.com
         dziehl@pszjlaw.com
         hrafatjoo@pszjlaw.com
         scho@pszjlaw.com

[Proposed] Special Counsel for R. Todd Neilson, Chapter 11 Trustee for Ezri Namvar

**FILED & ENTERED**

**MAY 12 2009**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>NAMCO CAPITAL GROUP, INC., a California corporation; and EZRI NAMVAR, an individual,<br><br>Debtors.<br><br>**Check One or More as Appropriate:**<br>Affects Both Debtors:                 ☐<br>Affects Namco Capital Group, Inc. only:     ☐<br><br>Affects Ezri Namvar only:            ☒ | Case No.: 2:08-BK-32333-BR<br><br>(Jointly Administered with Case No. 2:08-32349-BR)<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION OF THE CHAPTER 11 TRUSTEE FOR EZRI NAMVAR FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS SPECIAL COUNSEL TO THE TRUSTEE *NUNC PRO TUNC* TO MARCH 11, 2009**<br><br>(No Hearing Required) |

This Court has considered the *Application of the Chapter 11 Trustee for Ezri Namvar for an Order Approving Employment of Pachulski Stang Ziehl & Jones LLP* ("PSZJ") *as Special Counsel to the Trustee nunc pro tunc to March 11, 2009* ("Application") and the Declaration of Richard M. Pachulski ("Declaration"), filed in support thereof and, based upon the record before the Court, it appears that PSZJ does not hold or represent any interest adverse to the Estate, that PSZJ is a

1 disinterested person, that its employment is in the best interest of the Estate, and that no hearing on

2 the Application is required pursuant to the Local Bankruptcy Rules.

3     Accordingly, it is hereby

4     ORDERED that the Application is granted effective, *nunc pro tunc*, as of March 11, 2009;

5 and it is further

6     ORDERED that, in accordance with Bankruptcy Code §§ 1104, 1106, 327, 328 and 504 and

7 Bankruptcy Rules 2014, 2016 and 5002, the Trustee is authorized to employ PSZJ on the terms set

8 forth in the Application; and it is further

9     ORDERED that PSZJ shall be entitled to allowance of compensation and reimbursement of

10 expenses, upon the filing and approval of interim and final applications pursuant to the Federal Rules

11 of Bankruptcy Procedure, the Local Rules of this Court and such other procedures as may be fixed

12 by order of this Court.

13                                    XXX

DATED: May 12, 2009

United States Bankruptcy Judge

| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation, and EZRI NAMVAR, an individual,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:09-BK-32333-BR<br>Jointly Administered with Case No. 2:08-32349-BR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 11th Fl., Los Angeles, CA 90067.

The foregoing document described: **[PROPOSED] ORDER APPROVING APPLICATION OF THE CHAPTER 11 TRUSTEE FOR EZRI NAMVAR FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS SPECIAL COUNSEL TO THE TRUSTEE *NUNC PRO TUNC* TO MARCH 11, 2009** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On *April 29, 2009* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***April 28, 2009*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

VIA HAND DELIVERY
The Honorable Barry Russell
U.S. Bankruptcy Court – Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 29, 2009 | Sophia L. Lee | */s/Sophia L. Lee* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                             **F 9013-3.1**

| | |
|---|---|
| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation, and EZRI NAMVAR, an individual,<br>                                                                        Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:09-BK-32333-BR<br>Jointly Administered with Case No. 2:08-32349-BR |

**II. SERVED BY U.S. MAIL**

(20 largest creditors)

Abraham Assil
1000 S. Westgate, #100
Los Angeles, CA 90049

American Express Bank FSB
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Express Centurion Bank
PO Box 3001
Malvern, PA 19355-0701

BK Section MS A340
Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952

Daimler Trust(No Known Address)
Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952

Iraq Farhadian
20419 Lemarsh St.
Chatsworth, CA 91311

Jonathan Baharvar
4508 Valdez Pl
Tarzana, CA 91356

Marc Ashghian
11900 W. Olympic Blvd., Ste. 540
Los Angeles, CA 90064

Mariscal Weeks McIntyre
& Frielander PA
c/o William Novotay
2901 N. Central Ave., Ste. 200
Phoenix, AZ 85012

MidFirst Bank
3030 E. Camelback Rd.
Phoenix, AZ 95016

| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation, and EZRI NAMVAR, an individual,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:09-BK-32333-BR<br>Jointly Administered with Case No. 2:08-32349-BR |
|---|---|

Ruben Melamed
4801 W. Jefferson Blvd.
Los Angeles, CA 90016-3920

Satrap Family Trust dated 7/28/1988
c/o Abbas Satrap Trustee
3908 Castlerock Rd.
Malibu, CA 90265

The Sunset Trust
c/o Teymour Khouhian Trustee
PO Box 572532
Tarzana, CA 91357

Wall Street Nevada LLE
c/o The Merrill Group of Companies
5850 Canoga Ave., Ste. 650
Woodland Hills, CA 91367

William K. Swank
Jonathan G. Fetterly
Holme Roberts & Owned LLP
800 W. Olympic Blvd., 4th Fl.
Los Angeles, CA 90015

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9013-3.1**

| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation, and EZRI NAMVAR, an individual,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:09-BK-32333-BR<br>Jointly Administered with Case No. 2:08-32349-BR |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING APPLICATION OF THE CHAPTER 11 TRUSTEE FOR EZRI NAMVAR FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS SPECIAL COUNSEL TO THE TRUSTEE *NUNC PRO TUNC* TO MARCH 11, 2009** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of *April 28, 2009*, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                              **F 9021-1.1**

| | |
|---|---|
| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation, and EZRI NAMVAR, an individual,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:09-BK-32333-BR<br>Jointly Administered with Case No. 2:08-32349-BR |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

*William Bates on behalf of Interested Party Courtesy NEF*
bill.bates@bingham.com

*Richard T Baum on behalf of Creditor BH Commercial Capital, Inc.*
rickbaum@hotmail.com, rickbaum@hotmail.com

*Michael Jay Berger on behalf of Interested Party Courtesy NEF*
michael.berger@bankruptcypower.com, michael.berger@bankruptcypower.com

*Stephen F Biegenzahn on behalf of Debtor Ezri Namvar*
efile@sfblaw.com

*Gillian N Brown on behalf of Trustee R. Todd Neilson*
gbrown@pszjlaw.com, gbrown@pszjlaw.com

*Candace Carlyon on behalf of Interested Party Courtesy NEF*
ccarlyon@sheacarlyon.com

*Jeffrey D Cawdrey on behalf of Interested Party Garrison Credit Investments I, LLC*
jcawdrey@gordonrees.com

*Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)*
russell.clementson@usdoj.gov

*Yona Conzevoy on behalf of Interested Party Informal Credit Group of Namco and Namvar*
yconzevoy@dwclaw.com

*Dawn M Coulson on behalf of Interested Party Courtesy NEF*
dcoulson@swjlaw.com

*Ashleigh A Danker on behalf of Creditor Solomon Rastegar*
adanker@kayescholer.com

*Brian L Davidoff on behalf of Creditor Mousa Namvar*
bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com

*Melissa Davis on behalf of Creditor Committee Official Unsecured Creditors' Committee of Namco Capital Group, Inc.*
mdavis@shbllp.com

*Jonathan G Fetterly on behalf of Creditor MidFirst Bank*
jon.fetterly@hro.com

*Michael G Fletcher on behalf of Creditor Carhay Bank*
mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com

*Alan W Forsley on behalf of Creditor David Zadeh*
awf@fredmanlieberman.com

| | |
|---|---|
| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation, and EZRI NAMVAR, an individual,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:09-BK-32333-BR<br>Jointly Administered with Case No. 2:08-32349-BR |

*Jon H Freis on behalf of Interested Party Courtesy NEF*
jon@jhflaw.net

*Sandford Frey on behalf of Creditor Committee Official Unsecured Creditors' Committee of Namco Capital Group, Inc.*
Sfrey@cmkllp.com

*Philip A Gasteier on behalf of Interested Party Courtesy NEF*
pgasteier@rdwlawcorp.com

*Barry S Glaser on behalf of Interested Party Courtesy NEF*
bglaser@swjlaw.com

*Robert P Goe on behalf of Interested Party Robert Goe*
kmurphy@goeforlaw.com

*Eric P Israel on behalf of Trustee R. Todd Neilson*
eisrael@dgdk.com

*Seymone Javaherian on behalf of Interested Party Courtesy NEF*
sj@javlaw.com

*Ira Benjamin Katz on behalf of Interested Party Courtesy NEF*
Ikatz@katzlaw.net

*Stuart I Koenig on behalf of Petitioning Creditor Satrap Family Trust dated 7/28/1988 C/O Abbas Satrap Trustee*
Skoenig@cmkllp.com

*John P Kreis on behalf of Creditor JOHN KREIS*
jkreis@attglobal.net

*Jeffrey A Krieger on behalf of Interested Party Courtesy NEF*
jkrieger@ggfirm.com

*Pamela Labruyere on behalf of Interested Party Courtesy NEF*
pamela@sgsslaw.com

*Jennifer Leland on behalf of Debtor Ezri Namvar*
jleland@pwkllp.com

*Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)*
ron.maroko@usdoj.gov

*Elmer D Martin on behalf of Interested Party Courtesy NEF*
elmermartin@msn.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**

| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation, and EZRI NAMVAR, an individual,<br><br>Debtor(s). | CHAPTER  11<br><br>CASE NUMBER: 2:09-BK-32333-BR<br>Jointly Administered with Case No. 2:08-32349-BR |
|---|---|

*Elissa Miller on behalf of Interested Party Courtesy NEF*
emiller@sulmeyerlaw.com

*Susan I Montgomery on behalf of Interested Party Susan Montgomery*
susan@simontgomerylaw.com

*Monserrat Morales on behalf of Debtor Ezri Namvar*
mmorales@pwkllp.com

*Randall P Mroczynski on behalf of Creditor Daimler Trust*
randym@cookseylaw.com

*R. Todd Neilson*
tneilson@ecf.epiqsystems.com, vdoran@lecg.com;sgreenan@lecg.com

*Scott H Noskin on behalf of Creditor John Shayefar*
snoskin@mirmanbubman.com

*William Novotny on behalf of Creditor MARISCAL WEEKS McINTYRE & FRIEDLANDER PA*
william.novotny@mwmf.com

*Sam S Oh on behalf of Interested Party Courtesy NEF*
sam.oh@limruger.com, alisia.dunbar@limruger.com

*Jenny Y Park Garner on behalf of Interested Party Courtesy NEF*
jpark@sheppardmullin.com

*Lawrence Peitzman on behalf of Interested Party Courtesy NEF*
lpeitzman@pwkllp.com

*Leo D Plotkin on behalf of Creditor Dr. David and York*
lplotkin@lsl-la.com

*Uzzi O Raanan on behalf of Trustee R. Todd Neilson*
uor@dgdk.com

*Jeremy E Rosenthal on behalf of Creditor REB Malibu, LLC*
jrosenthal@sidley.com

*Benjamin Seigel on behalf of Petitioning Creditor Abraham Assil*
bseigel@buchalter.com, IFS_filing@buchalter.com

*David B Shemano on behalf of Debtor Ezri Namvar*
dshemano@pwkllp.com

*Nico N Tabibi on behalf of Interested Party Courtesy NEF*
nico@tabibilaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                            **F 9021-1.1**

| | |
|---|---|
| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation, and EZRI NAMVAR, an individual,<br><br>Debtor(s). | CHAPTER  11<br><br>CASE NUMBER: 2:09-BK-32333-BR<br>Jointly Administered with Case No. 2:08-32349-BR |

*Sam Tabibian on behalf of Interested Party Courtesy NEF*
sam.tabibian@gmail.com

*Derrick Talerico on behalf of Interested Party Derrick Talerico*
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

*Alan G Tippie on behalf of Interested Party Courtesy NEF*
atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

*United States Trustee (LA)*
ustpregion16.la.ecf@usdoj.gov

*Howard J Weg on behalf of Debtor Ezri Namvar*
hweg@pwkllp.com

*David M Wiseblood on behalf of Creditor BankFirst*
dwiseblood@seyfarth.com

*Beth Ann R Young on behalf of Creditor Artech Properties, LLC*
bry@lnbrb.com

*Afshin Youssefyeh on behalf of Creditor Jack & Gitta Nagel Foundation*
ady@adylaw.com


**III.  TO BE SERVED BY THE LODGING PARTY BY U.S. MAIL**

*U.S. Trustee*
**United States Trustee (LA)**
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

**(20 largest creditors)**

Abraham Assil
1000 S. Westgate, #100
Los Angeles, CA 90049

American Express Bank FSB
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA  19355-0701

American Express Centurion Bank
PO Box 3001
Malvern, PA  19355-0701

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                           **F 9021-1.1**

| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation, and EZRI NAMVAR, an individual,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:09-BK-32333-BR<br>Jointly Administered with Case No. 2:08-32349-BR |
|---|---|

BK Section MS A340
Franchise Tax Board
PO Box 2952
Sacramento, CA  95812-2952

Daimler Trust(No Known Address)
Franchise Tax Board
PO Box 2952
Sacramento, CA  95812-2952

Iraq Farhadian
20419 Lemarsh St.
Chatsworth, CA  91311

Jonathan Baharvar
4508 Valdez Pl
Tarzana, CA  91356

Marc Ashghian
11900 W. Olympic Blvd., Ste. 540
Los Angeles, CA  90064

Mariscal Weeks McIntyre
& Frielander PA
c/o William Novotay
2901 N. Central Ave., Ste. 200
Phoenix, AZ  85012

MidFirst Bank
3030 E. Camelback Rd.
Phoenix, AZ  95016

Ruben Melamed
4801 W. Jefferson Blvd.
Los Angeles, CA  90016-3920

Satrap Family Trust dated 7/28/1988
c/o Abbas Satrap Trustee
3908 Castlerock Rd.
Malibu, CA  90265

The Sunset Trust
c/o Teymour Khouhian Trustee
PO Box 572532
Tarzana, CA  91357

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                                      **F 9021-1.1**

| | |
|---|---|
| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation, and EZRI NAMVAR, an individual,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:09-BK-32333-BR<br>Jointly Administered with Case No. 2:08-32349-BR |

Wall Street Nevada LLE
c/o The Merrill Group of Companies
5850 Canoga Ave., Ste. 650
Woodland Hills, CA  91367

William K. Swank
Jonathan G. Fetterly
Holme Roberts & Owned LLP
800 W. Olympic Blvd., 4th Fl.
Los Angeles, CA  90015

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                              **F 9021-1.1**