JOSEPH A. EISENBERG P.C. (BAR NO. 52346)
DAVID M. POITRAS P.C. (Bar No. 141309)
CAROLINE R. DJANG (Bar No. 216313)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:    (310) 203-0567
Email: dpoitras@jmbm.com

Counsel for Bradley D. Sharp, Chapter 11 Trustee
for Namco Capital Group, Inc.

FILED & ENTERED

JUN 16 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In Re<br><br>NAMCO CAPITAL GROUP, INC.,<br>a California corporation;<br>EZRI NAMVAR, an individual,<br><br>Debtors.<br><br><br>Affects Both Debtors: ☐<br>Affects Namco Capital Group, Inc. only: ☒<br>Affects Ezri Namvar only ☐ | CASE NO.    2:08-bk-32333-BR<br><br>Chapter 11<br><br>(Jointly Administered with<br>Case No. 2:08-bk-32349-BR)<br><br>**ORDER GRANTING APPLICATION OF BRADLEY D. SHARP, CHAPTER 11 TRUSTEE FOR ORDER AUTHORIZING THE EMPLOYMENT OF JEFFER, MANGELS, BUTLER & MARMARO LLP AS COUNSEL FOR THE CHAPTER 11 TRUSTEE**<br><br>**Hearing**:<br>Date:    June 3, 2009<br>Time:    10:00 a.m.<br>Place:    1668<br>    255 East Temple Street<br>    Los Angeles, CA 90012 |

Having reviewed the Application (the "Application") of Bradley D. Sharp, Chapter 11 Trustee of the herein referenced bankruptcy estate ("Trustee"), to Employ Jeffer, Mangels, Butler & Marmaro LLP ("JMBM") as Counsel for the Chapter 11 Trustee and notice of the Application having been properly given pursuant to Local Bankruptcy Rule 2014-1, that JMBM's employment is in the best interest of the estate, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Application is granted.

2. The Trustee is authorized, to retain and compensate JMBM as Counsel on the terms and conditions set forth in the Application, effective as of May 5, 2009.

# # #

DATED: June 16, 2009

United States Bankruptcy Judge

| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation; and<br>EZRI NAMVAR, an individual,<br><br>　　　　　　　　　　　　　　　　　　　　　Debtor(s).<br><br>Check One or More as Appropriate:<br>Affects Both Debtors:　　　　　　　　　　　☐<br>Affects Namco Capital Group, Inc. only:　　☒<br>Affects Ezri Namvar only:　　　　　　　　　☐ | CHAPTER 11<br><br>CASE NUMBER 2:08-bk-32333-BR<br>(Jointly Administered with<br>Case No. 2:08-bk-32349-BR) |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

The foregoing document described **ORDER GRANTING APPLICATION OF BRADLEY D. SHARP, CHAPTER 11 TRUSTEE FOR ORDER AUTHORIZING THE EMPLOYMENT OF JEFFER, MANGELS, BUTLER & MARMARO LLP AS COUNSEL FOR THE CHAPTER 11 TRUSTEE);** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>June 16, 2009</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

　　　　　　　　　　　　　　　　　　　　　　　☒　　Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>June 16, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

　　　　　　　　　　　　　　　　　　　　　　　☒　　Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____
I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

　　　　　　　　　　　　　　　　　　　　　　　☐　　Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 16, 2009 | Billie Terry | */s/Billie Terry* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**II. SERVED BY OVERNIGHT MAIL**

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 East Temple St., Suite 1660
Los Angeles, CA 90012-3332

**II. SERVED BY U.S. MAIL**

| | |
|---|---|
| Debtor<br>NAMCO Capital Group, Inc.<br>12121 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90025 | Debtor<br>Ezri Namvar<br>12855 Parkyns Street<br>Los Angeles, CA 90049 |
| Trustee for the Estate of Ezri Namvar<br>R. Todd Neilson, Chapter 11 Trustee<br>LECG, LLP<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067 | Attnys for the Chapter 11 Trustee R. Todd Neilson re Ezri Namvar<br>Hamid R. Rafatjoo, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd, #1100<br>Los Angeles, CA 90067-4100 |
| Attnys for Ezri Namvar<br>Stephen F. Biegenzahn<br>Law Offices of Stephen F. Biegenzahn<br>4300 Via Marisol, Suite 764<br>Los Angeles, CA 90042 | Attnys for the Chapter 11 Trustee R. Todd Neilson re Ezri Namvar<br>Eric P Israel<br>Danning, Gill, Diamond & Kollitz LLP<br>2029 Century Park East 3rd Fl<br>Los Angeles, CA 90067 |
| Attnys for Official Committee of Unsecured Creditors of Namco Capital Group, Inc.<br>Sandford L. Frey<br>Stuart I. Koenig<br>Creim Macias Koenig & Frey LLP<br>633 West Fifth Street, 51st Floor<br>Los Angeles, CA 90071 | Attnys for Official Committee of Unsecured Creditors of Ezri Namvar<br>Leonard M. Shulman<br>Melissa R. Davis<br>26632 Towne Center Drive Suite 300<br>Foothill Ranch, CA 92610 |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify)* **ORDER GRANTING APPLICATION OF BRADLEY D. SHARP, CHAPTER 11 TRUSTEE FOR ORDER AUTHORIZING THE EMPLOYMENT OF JEFFER, MANGELS, BUTLER & MARMARO LLP AS COUNSEL FOR THE CHAPTER 11 TRUSTEE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 16, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

| Debtor<br>NAMCO Capital Group, Inc.<br>12121 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90025 | Debtor<br>Ezri Namvar<br>12855 Parkyns Street<br>Los Angeles, CA 90049 |
|---|---|
| Trustee for the Estate of Ezri Namvar<br>R. Todd Neilson, Chapter 11 Trustee<br>LECG, LLP<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067 | Attnys for the Chapter 11 Trustee R. Todd Neilson re Ezri Namvar<br>Hamid R. Rafatjoo, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd, #1100<br>Los Angeles, CA 90067-4100 |
| Attnys for Ezri Namvar<br>Stephen F. Biegenzahn<br>Law Offices of Stephen F. Biegenzahn<br>4300 Via Marisol, Suite 764<br>Los Angeles, CA 90042 | Attnys for Official Committee of Unsecured Creditors of Ezri Namvar<br>Leonard M. Shulman<br>Melissa R. Davis<br>26632 Towne Center Drive Suite 300<br>Foothill Ranch, CA 92610 |

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Robert D Bass    rbass@greenbass.com
- Christine E Baur    christine.e.baur@bakernet.com, tracey.l.angelopoulos@bakernet.com;anne.w.hamann@bakernet.com;ali.m.m.mojdehi@bakernet.com;jane.b.mackie@bakernet.com
- Michael Jay Berger    michael.berger@bankruptcypower.com, michael.berger@bankruptcypower.com
- Gillian N Brown    gbrown@pszjlaw.com, gbrown@pszjlaw.com
- Shirley Cho    scho@pszjlaw.com
- Russell Clementson    russell.clementson@usdoj.gov
- Alicia Clough    alicia.clough@kayescholer.com
- Yona Conzevoy    yconzevoy@dwclaw.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Joseph A Eisenberg    jae@jmbm.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Heather Fowler    heather.fowler@lw.com, colleen.rico@lw.com
- Jon H Freis    jon@jhflaw.net
- Sandford Frey    Sfrey@cmkllp.com
- Vanessa B Fung    vfung@sobini.com
- Philip A Gasteier    pgasteier@rdwlawcorp.com
- Barry S Glaser    bglaser@swjlaw.com
- Steven Glaser    sglaser@wwllp.com
- Robert P Goe    kmurphy@goeforlaw.com
- M Jonathan Hayes    jhayes@polarisnet.net
- Eric P Israel    eisrael@dgdk.com
- Seymone Javaherian    sj@javlaw.com
- Ira Benjamin Katz    Ikatz@katzlaw.net
- Stuart I Koenig    Skoenig@cmkllp.com
- John P Kreis    jkreis@attglobal.net
- Jeffrey A Krieger    jkrieger@ggfirm.com
- Pamela Labruyere    pamela@sgsslaw.com
- Dare Law    dare.law@usdoj.gov
- Jennifer Leland    jleland@pwkllp.com
- William Malcolm    bill@mclaw.org
- Elmer D Martin    elmermartin@msn.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com
- Hal M Mersel    mark.mersel@bryancave.com
- Elissa Miller    emiller@sulmeyerlaw.com
- Ali M Mojdehi    ali.m.m.mojdehi@bakernet.com, christine.e.baur@bakernet.com;andrew.mcdermott@bakernet.com;anne.w.hamann@bakernet.com;jane.b.mackie@bakernet.com
- Susan I Montgomery    susan@simontgomerylaw.com
- Monserrat Morales    mmorales@pwkllp.com
- Randall P Mroczynski    randym@cookseylaw.com
- Vicente Matias Murrell    murrell.vicente@pbgc.gov
- David Norouzi    david@norouzi.us
- Scott H Noskin    snoskin@mirmanbubman.com
- William Novotny    william.novotny@mwmf.com
- Sam S Oh    sam.oh@limruger.com, alisia.dunbar@limruger.com
- Jenny Y Park Garner    jpark@sheppardmullin.com
- Penelope Parmes    pparmes@rutan.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Leo D Plotkin    lplotkin@lsl-la.com
- David M Poitras    dpoitras@jmbm.com
- Uzzi O Raanan    uor@dgdk.com
- Christopher S Reeder    creeder@reederlugreen.com
- Jeremy E Rosenthal    jrosenthal@sidley.com
- Gregory M Salvato    gsalvato@pmcos.com
- Bruce S Schildkraut    bruce.schildkraut@usdoj.gov
- Benjamin Seigel    bseigel@buchalter.com, IFS_filing@buchalter.com
- David B Shemano    dshemano@pwkllp.com
- Nico N Tabibi    nico@tabibilaw.com
- Sam Tabibian    sam.tabibian@gmail.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Howard J Weg    hweg@pwkllp.com
- Kimberly S Winick    kwinick@clarktrev.com
- Beth Ann R Young    bry@lnbrb.com
- Afshin Youssefyeh    ady@adylaw.com