**Vernon L. Calder, CPA**
**2049 Century Park East**
**Suite 2300**
**Los Angeles, CA  90067**
**Telephone: (310) 556-0709**
**Facsimile: (310) 556-0766**

FILED & ENTERED

JUL 10 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

**Proposed Accountants to Chapter 11 Trustee**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:08-bk-32333 BR |
| NAMCO CAPITAL GROUP INC., a California Corporation | Chapter 11 |
| Debtor. | **ORDER ON APPLICATION BY CHAPTER 11 TRUSTEE FOR AUTHORITY TO EMPLOY LECG LLC, AS ACCOUNTANTS AND CONSULTANTS**<br><br>**[No Hearing Required]** |

The Court, having considered the Application of Bradley Sharp, the Chapter 11 Trustee ("Trustee"), for authority to employ the accounting firm of LECG LLC ("LECG"), as accountants and consultants, ("Application"), the declaration and exhibits in support thereof, and it appearing LECG is disinterested within the meaning of 11 U.S.C. Section 101(14), and good cause appearing, hereby

**Orders that:**

1.  The application is granted.

2.  The Chapter 11 Trustee is authorized to employ LECG to act as accountants and consultants for the estate on the terms and for the purposes described in the application, effective May 9, 2009.

3.  The employment of LECG shall be at the expense of the estate with the compensation and reimbursement of LECG to be allowed and awarded by the Court upon application after notice and hearing, as required by the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy for the Central District of California, the Guidelines of the Office of the United States Trustee and other applicable rules, laws or guidelines, or pursuant to such interim procedure as the Court may subsequently authorize after notice and hearing.

///
///
///

DATED: July 10, 2009

United States Bankruptcy Judge

| In re:<br>**Namco Capital Group Inc., a California Corporation**                Debtor(s). | **Chapter 7**<br>**Case No: 2:08-bk-32333 BR** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2049 Century Park East, Suite 2300, Los Angeles, California 90067

A true and correct copy of the foregoing document described ORDER ON APPLICATION BY CHAPTER 11 TRUSTEE TO EMPLOY LECG LLC AS ACCOUNTANTS AND CONSULTANTS, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 29, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| William Bates | bill.bates@bingham.com |
| Richard T. Baum | rickbaum@hotmail.com |
| Stephen F. Biegenzahn | efile@sfblaw.com |
| Candace Carlyon | ccarlyon@sheacarylon.com |
| Russell Clementson | Russell.clementson@usdoj.gov |
| Yona Conzevoy | yconzevoy@dwclaw.com |
| Ashleigh A. Danker | adanker@kayescholer.com |
| Brian L. Davidoff | bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com, jreinglass@rutterhobbs.com |
| Michael G. Fletcher | mfletcher@frandzel.com, efiling@frandzel.com, shom@frandzel.com |
| Sanford Frey | Sfrey@cmkllp.com |
| Philip A. Gasteler | pgasteier@rdwlawcorp.com |
| Robert P Goe | kmurphy@goeforlaw.com |
| Seymone Javaherian | sj@javlaw.com |
| Ira Benjamin Katz | lkatz@katzlaw.net |
| Stuart I Koenig | Skoenig@cmkllp.com |
| John Kreis | jkreis@attglobal.net |
| Jeffrey A. Krieger | jkrieger@ggfirm.com |
| Pamela Labruyere | Pamela@sgsslaw.com |
| Ron Maroko | ron.maroko@usdoj.gov |
| Elmer D. Martin | elmermartin@msn.com |
| Elissa Miller | emiller@sulmeyerlaw.com |
| Monserrat Morales | mmorales@pwkllp.com |
| William Novotny | William.novotny@mwmf.com |
| Sam Oh | sam.oh@limruger.com, alisia.dunbar@limruger.com |
| Jenny Y Park Garner | jpark@sheppardmullin.com |
| Lawrence Peitzman | lpeitzman@pwkllp.com |
| Leo D. Plotkin | lplotkin@lsl-la.com |
| Jeremy Rosenthal | jrosenthal@sidley.com |
| Benjamin Seigel | bseigel@buchalter.com, IFS_filing@buchalter.com |
| David Shemano | dshemano@pwkllp.com |
| Nico N. Tabibi | nico@tabibilaw.com |
| Sam Tabibian | sam.tabibian@gmail.com |
| Derrick Talerico | dtalerico@loeb.com, kpresson@loeb.com, ljurich@loeb.com |
| Alan G. Tippie | atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Howard Weg | hweg@pwkllp.com |
| David M. Wiseblood | dwiseblood@seyfarth.com |
| Beth Ann R. Young | bry@lnbreb.com |

| | |
|---|---|
| Dawn M. Coulson | dcoulson@swjlaw.com |
| Eric Israel | eisrael@dgdk.com |
| Susan Montgomery | simontgomery@sbcglobal.net |
| Barry Glaser | bglaser@swjlaw.com |
| Scott Noskin | snoskin@mirmanbubman.com |
| Alan Mirman | alan@mirmanbubman.com |
| William K. Swank | William.swank@hro.com |
| Jonathan Fetterly | jon.fetterly@hro.com |
| Jon H. Freis | jon@jhflaw.net |
| Michael J. Berger | Michael.berger@bankruptcypower.com |
| Gregory M. Salvato | gsalvato@pmcos.com |
| Theresa W. Bangert | tbangert@sheppardmullin.com |
| Gillian N. Brown | gbrown@pszjlaw.com |
| Jeffrey D. Cawdrey | jcawdrey@gordonrees.com |
| Melissa Davis | mdavis@shbllp.com |
| Joseph Eisenberg | jae@jmbm.com |
| Alan W. Forsley | awf@fredmanlieberman.com |
| Heather Fowler | heather.fowler@lw.com, colleen.rico@lw.com |
| Jennifer Leland | jleland@pwkllp.com |
| Randall P.Mroczynski | randym@cookseylaw.com |
| R. Todd Neilson | tneilson@ecf.epiqsystems.com, vdoran@lecg.com, sgreenan@lecg.com |
| David M. Poitras | dpoitras@jmbm.com |
| Uzzi Raanan | uor@dgdk.com |
| Stephanie M. Seidl | sseidl@sheppardmulliin.com |
| David A. Tilem | davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com, marcycarman@tilemlaw.com |
| Kimberly S. Winick | kwinick@clarktrev.com |
| Afshin Youssefyeh | ady@adylaw.com |
| Dean Ziehl | dziehl@psqjlaw.com |
| Bradley Sharp | BSharp@dsi.com |

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On June 29, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____
I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 6/16/09 | Victoria Doran | s/s |
| *Date* | *Type Name* | *Signature* |

**VIA U.S. MAIL**

Honorable Sheri Bluebond
United States Bankruptcy Court
255 East Temple Street, Room 1482
Los Angeles, CA 90012