FILED & ENTERED

AUG 10 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier      DEPUTY CLERK

1  JOSEPH A. EISENBERG P.C. (Bar No. 52346)
   DAVID M. POITRAS P.C. (Bar No. 141309)
2  THOMAS M. GEHER (Bar No. 130588)
   CAROLINE R. DJANG (Bar No. 216313)
3  JEFFER, MANGELS, BUTLER & MARMARO LLP
   1900 Avenue of the Stars, Seventh Floor
4  Los Angeles, California 90067-4308
5  Telephone:    (310) 203-8080
   Facsimile:    (310) 203-0567
6  Email:    dpoitras@jmbm.com

7  Counsel for Bradley D. Sharp, Chapter 11 Trustee
8  For Namco Capital Group, Inc

9              UNITED STATES BANKRUPTCY COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11             LOS ANGELES DIVISION

12  In re                          CASE NO.      2:08-bk-32333-BR

13  NAMCO CAPITAL GROUP, INC.,      Chapter 11
14  a California corporation,

15                 Debtor.         **ORDER GRANTING APPLICATION OF**
                                   **BRADLEY D. SHARP, CHAPTER 11**
16                                 **TRUSTEE FOR THE BANKRUPTCY**
                                   **ESTATE OF NAMCO CAPITAL GROUP,**
17                                 **INC., TO EMPLOY PEITZMAN, WEG &**
                                   **KEMPINSKY LLP AS SPECIAL**
18                                 **COUNSEL, EFFECTIVE AS OF MAY 8,**
                                   **2009**
19
20                                 [No Hearing Set Per LBR 9013-1]

21

22        Having reviewed the Application (the "Application") of Bradley D. Sharp, Chapter 11

23  Trustee of the herein referenced bankruptcy estate ("Trustee"), to employ PEITZMAN, WEG &

24  KEMPINSKY LLP ("PW&K") as Special Counsel, effective as of May 8, 2009, and notice of the

25  Application having been properly given pursuant to Local Bankruptcy Rule 2014-1, that PW&K's

26  employment is in the best interest of the estate, and good cause appearing therefor,

27

28

PRINTED ON

RECYCLED PAPER

6320179v1

**IT IS HEREBY ORDERED** that:

1.      The Application is granted.

2.      The Trustee is authorized, to retain and compensate PW&K as special counsel on the terms and conditions set forth in the Application, effective as of May 8, 2009.

# # #

DATED: August 10, 2009

_____
United States Bankruptcy Judge

PRINTED ON

RECYCLED PAPER

6320179v1

- 2 -

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067

The foregoing document described **ORDER GRANTING APPLICATION OF BRADLEY D. SHARP, CHAPTER 11 TRUSTEE FOR THE BANKRUPTCY ESTATE OF NAMCO CAPITAL GROUP, INC., TO EMPLOY PEITZMAN, WEG & KEMPINSKY LLP AS SPECIAL COUNSEL, EFFECTIVE AS OF MAY 8, 2009**; will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐    Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On July 23, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SERVED BY US MAIL**
Honorable Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐    Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 23, 2009 | Billie Terry | /s/ Billie Terry |
|---|---|---|
| Date | Type Name | Signature |

6320179v1

PRINTED ON
RECYCLED PAPER

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (specify) **ORDER GRANTING APPLICATION OF BRADLEY D. SHARP, CHAPTER 11 TRUSTEE FOR THE BANKRUPTCY ESTATE OF NAMCO CAPITAL GROUP, INC., TO EMPLOY PEITZMAN, WEG & KEMPINSKY LLP AS SPECIAL COUNSEL, EFFECTIVE AS OF MAY 8, 2009**, was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 23, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

1

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Raymond H Aver   ray@averlaw.com
- Robert D Bass   rbass@greenbass.com
- Christine E Baur   christine.e.baur@bakernet.com, tracey.l.angelopoulos@bakernet.com;anne.w.hamann @bakernet.com;ali.m.m.mojdehi@bakernet.com;jane.b.mackie@bakernet.com
- Michael Jay Berger   michael.berger@bankruptcypower.com, michael.berger@bankruptcypower.com
- Stephen F Biegenzahn   efile@sfblaw.com
- J Scott Bovitz   bovitz@bovitz-spitzer.com
- Gillian N Brown   gbrown@pszjlaw.com, gbrown@pszjlaw.com
- Shirley Cho   scho@pszjlaw.com
- Russell Clementson   russell.clementson@usdoj.gov
- Alicia Clough   alicia.clough@kayescholer.com
- Yona Conzevoy   yconzevoy@dwclaw.com
- Brian L Davidoff   bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com; jreinglass@rutterhobbs.com
- Melissa Davis   mdavis@shbllp.com
- Daniel Denny   ddenny@gibsondunn.com
- Richard K Diamond   rdiamond@dgdk.com
- Caroline Djang   crd@jmbm.com
- Joseph A Eisenberg   jae@jmbm.com
- Michael G Fletcher   mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Alan W Forsley   awf@fredmanlieberman.com
- Heather Fowler   heather.fowler@lw.com, colleen.rico@lw.com
- Jon H Freis   jon@jhflaw.net
- Sandford Frey   sfrey@cmkllp.com
- Vanessa B Fung   vfung@sobini.com
- Philip A Gasteier   pgasteier@rdwlawcorp.com
- Thomas M Geher   tmg@jmbm.com
- Barry S Glaser   bglaser@swjlaw.com
- Steven Glaser   sglaser@wwllp.com
- Robert P Goe   kmurphy@goeforlaw.com
- Steven T Gubner   sgubner@ebg-law.com, ecf@ebg-law.com
- M Jonathan Hayes   jhayes@polarisnet.net
- Eric P Israel   eisrael@dgdk.com
- Seymone Javaherian   sj@javlaw.com
- Ira Benjamin Katz   Ikatz@katzlaw.net
- Alexandra Kazhokin   akazhokin@sulmeyerlaw.com
- Stuart I Koenig   Skoenig@cmkllp.com
- John P Kreis   jkreis@attglobal.net
- Jeffrey A Krieger   jkrieger@ggfirm.com
- Pamela Labruyere   pamela@sgsslaw.com
- Dare Law   dare.law@usdoj.gov
- Jennifer Leland   jleland@pwkllp.com
- John T Madden   jmadden@wgllp.com
- William Malcolm   bill@mclaw.org
- Elmer D Martin   elmermartin@msn.com

- Daniel J McCarthy   dmccarthy@hillfarrer.com
- David W. Meadows   david@davidwmeadowslaw.com
- Hal M Mersel   mark.mersel@bryancave.com
- Elissa Miller   emiller@sulmeyerlaw.com
- Ali M Mojdehi   ali.m.m.mojdehi@bakernet.com, andrew.mcdermott@bakernet.com;anne.w.hamann@ bakernet.com
- Susan I Montgomery   susan@simontgomerylaw.com
- Monserrat Morales   mmorales@pwkllp.com
- Randall P Mroczynski   randym@cookseylaw.com
- Vicente Matias Murrell   murrell.vicente@pbgc.gov
- R. Todd Neilson   tneilson@ecf.epiqsystems.com, vdoran@lecg.com;sgreenan@lecg.com
- David Norouzi   david@norouzi.us
- Scott H Noskin   snoskin@mirmanbubman.com
- William Novotny   william.novotny@mwmf.com
- Walter K Oetzell   woetzell@dgdk.com
- Sam S Oh   sam.oh@limruger.com, alisia.dunbar@limruger.com
- Jenny Y Park Garner   jpark@sheppardmullin.com
- Penelope Parmes   pparmes@rutan.com
- Lawrence Peitzman   lpeitzman@pwkllp.com
- Leo D Plotkin   lplotkin@lsl-la.com, dsmall@lsl-la.com
- David M Poitras   dpoitras@jmbm.com
- Uzzi O Raanan   uor@dgdk.com
- Christopher S Reeder   creeder@reederlugreen.com
- Jeremy E Rosenthal   jrosenthal@sidley.com
- Gregory M Salvato   gsalvato@pmcos.com
- Bruce S Schildkraut   bruce.schildkraut@usdoj.gov
- Benjamin Seigel   bseigel@buchalter.com, IFS_filing@buchalter.com
- David B Shemano   dshemano@pwkllp.com
- Robyn B Sokol   ecf@ebg-law.com, rsokol@ebg-law.com
- Nico N Tabibi   nico@tabibilaw.com
- Sam Tabibian   sam.tabibian@gmail.com
- Derrick Talerico   dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- David A Tilem   davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com
- Alan G Tippie   atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Howard J Weg   hweg@pwkllp.com
- Kimberly S Winick   kwinick@clarktrev.com
- Beth Ann R Young   bry@lnbrb.com
- Afshin Youssefyeh   ady@adylaw.com

JMBM

Jeffer Mangels
Butler & Marmaro LLP

PRINTED ON

RECYCLED PAPER

6320179v1