PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
Hamid R. Rafatjoo (CA Bar No. 181564)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California  90067
Telephone: 310-277-6910
Facsimile:  310-201-0760

E-mail:   rpachulski@pszjlaw.com
          dziehl@pszjlaw.com
          hrafatjoo@pszjlaw.com
          gbrown@pszjlaw.com

Special Counsel for R. Todd Neilson, Chapter 11 Trustee
for Ezri Namvar and [Proposed] Special Counsel for
Bradley D. Sharp, Chapter 11 Trustee for Namco Capital
Group, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>NAMCO CAPITAL GROUP, INC., a<br>California corporation,<br><br>              Debtor. | Case No.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>**APPLICATION OF THE CHAPTER 11 TRUSTEE FOR NAMCO CAPITAL GROUP, INC., FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS SPECIAL COUNSEL TO TRUSTEE NUNC PRO TUNC TO NOVEMBER 10, 2009**<br><br>[No Hearing Required] |

Bradley D. Sharp, duly appointed chapter 11 trustee in the Namco Capital Group, Inc.,

bankruptcy case (the "Trustee"), hereby applies to the Court (the "Application") for entry of an order

pursuant to section 327(e) of title 11 of the United States Code (the "Bankruptcy Code") and Rule

2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the

Trustee's retention and employment of Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"),
as his special counsel, *nunc pro tunc* to November 10, 2009.

## JURISDICTION

1.      The Court has jurisdiction over the Application pursuant to 28 U.S.C. §§157 and
1334.  This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2).  Venue of this
proceeding and this Application is properly in this District pursuant to 28 U.S.C. §§1408 and 1409.

2.      The statutory bases for the relief sought herein are section 327(e) of the Bankruptcy
Code and Rule 2014(a) of the Bankruptcy Rules.

## BACKGROUND

3.      On December 22, 2008, involuntary petitions were filed in this Court against the
Debtor Ezri Namvar ("Namvar") (*see* Case No. 08-32349-BR) and his company, Namco Capital
Group, Inc. ("Namco").  On January 29, 2009, an order for relief was entered in the Namvar and
Namco bankruptcy cases.

4.      On May 8, 2009, the Court entered the Order appointing the Trustee as Chapter 11
Trustee of the Namco bankruptcy case.

## RELIEF REQUESTED

5.      By this Application, the Trustee seeks to employ and retain PSZJ as his special
counsel effective *nunc pro tunc* to November 10, 2009, the date upon which the Trustee asked PSZJ
to be his special counsel.

*Services to be Provided*

6.      The professional services that PSZJ will render to the Trustee may include, without
limitation, the following:

a)      to assist, advise, and represent the Trustee in the evaluation and prosecution
(if necessary) of specific claims and litigation matters that are not in the nature of general bankruptcy
representation and not duplicative of services provided by the Trustee's general bankruptcy counsel,
Jeffer Mangels Butler & Marmaro LLP;

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1          b)     to assist, advise, and represent the Trustee in corporate, real estate, or other

2 transactional work as directed by the Trustee or his professionals; and

3          c)     to assist, advise, and represent the Trustee in any other matters as the Trustee

4 may direct that are not in the nature of general bankruptcy representation and not duplicative of

5 services provided by the Trustee's general bankruptcy counsel.

6     *PSZJ's Qualifications*

7     7.     PSZJ has served as counsel to chapter 11 trustees in numerous chapter 11 cases. The

8 Court approved the application for PSZJ to serve as special counsel to the Chapter 11 Trustee in the

9 Namvar bankruptcy case (08-32349-BR). Due to the nature of the Namco and Namvar bankruptcy

10 cases, there is an overlap in many areas between the cases.

11     8.     The Trustee has selected PSZJ to serve as its special counsel both because of PSZJ's

12 early and continued involvement as special counsel to the Namvar Trustee (and thus, its familiarity

13 with the issues in this bankruptcy case), and because of its extensive expertise and knowledge in the

14 area of insolvency-related litigation and transactional matters in the chapter 11 context. A copy of

15 the resumes of the attorneys at PSZJ primarily responsible for handling the representation of the

16 special counsel matters for the Trustee are attached hereto as **Exhibit A**. PSZJ's depth of experience

17 makes it highly qualified to represent the Trustee as special counsel. Therefore, the Trustee believes

18 that PSZJ's retention is in the best interest of the Debtor's estate and creditors.

19     *Terms of Retention*

20     9.     PSZJ intends to apply for compensation for professional services rendered in

21 connection with this chapter 11 case, subject to the Court's approval and in compliance with the

22 applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of the United

23 States Bankruptcy Court for the Central District of California, and this Court's Orders. PSZJ will

24 charge the Trustee hourly rates consistent with the rates it charges in other clients and in other

25 bankruptcy and non-bankruptcy cases, including the Namvar case.

26     10.     PSZJ's hourly rates vary with the experience and seniority of the individuals assigned

27 to do the work. The normal hourly rates currently in effect for PSZJ personnel who are likely to

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

APPLICATION TO EMPLOY PSZJ
AS TRUSTEE'S SPECIAL COUNSEL

1  work on this matter are attached hereto as **Exhibit B.** PSZJ adjusts its hourly rates from time to

2  time.

3       11.    All services provided by PSZJ will be provided by PSZJ partners, associates, of

4  counsel, paraprofessionals, and staff working under the direct supervision of Richard M. Pachulski

5  and Dean A. Ziehl.  Various levels of professionals and paraprofessionals will be utilized to ensure

6  that billing rates are in line with the level of responsibility and specialization of tasks.

7       12.    PSZJ charges its clients for all expenses incurred in connection with a client's case.

8  The expenses charged to clients include, among other things, photocopying, witness fees, online

9  legal research, travel expenses, postage, express mail and messenger charges, expenses for working

10  meals, and telecopier charges.  PSZJ does not charge for telephone or long-distance telephone

11  service, except for conference call charges from third party providers.  PSZJ will charge the estate

12  for these expenses in a manner and at rates consistent with those it generally charges its other clients,

13  including the Namvar Trustee.  PSZJ will comply with the guidelines for charging bankruptcy

14  estates for such expenses that are applicable in this District.

15       13.    PSZJ has not received or requested a retainer in the case, although it reserves the right

16  to do so upon further application to the Court.

17     *PSZJ's Disinterestedness*

18       14.    The Trustee submits that the retention of PSZJ under the terms described herein is

19  appropriate under sections 327(e) and 1107 of the Bankruptcy Code.  Section 327(e) provides for the

20  appointment of special counsel for a specific purpose where the proposed counsel does not possess

21  any interest adverse to the debtors with regard to the matter(s) that it will handle.  Section 327(e)

22  states as follows:

24          The trustee, with the court's approval, may employ, for a specified
special purpose, other than to represent the trustee in conducting the
case, an attorney that has represented the debtor, if in the best interest
25          of the estate, and if such attorney does not represent or hold any
interest adverse to the debtor or to the estate with respect to the matter
26          on which such attorney is to be employed.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

APPLICATION TO EMPLOY PSZJ
AS TRUSTEE'S SPECIAL COUNSEL

1    11 U.S.C. § 327(e).  Moreover, section 1107(b) provides that "a person is not disqualified for

2    employment under section 327 of this title by a debtor in possession solely because of such person's

3    employment by or representation of the debtor before the commencement of the case." 11 U.S.C. §

4    1107(b).

5        15.    To the best of the Trustee's knowledge and as described in the Pachulski Declaration,

6    PSZJ is "disinterested" on the matters for which the Trustee seeks to retain PSZJ in that it has no

7    connection with the Debtor, its creditors, any other party in interest herein, their respective attorneys

8    or professionals, the United States Trustee, or any person employed in the Office of the United

9    States Trustee, except as disclosed in the Pachulski Declaration.  In addition, PSZJ does not hold, or

10    represent any entity having, an adverse interest in connection with the Debtor or its bankruptcy case.

11    PSZJ does not employ any person who is related to a judge of this Court.  Accordingly, PSZJ is

12    qualified to represent the Trustee.

13        WHEREFORE, the Trustee prays for an order authorizing him to retain the firm of Pachulski

14    Stang Ziehl & Jones LLP as special counsel to the chapter 11 Trustee with respect to the matters

15    referred to in this Application, upon the terms and conditions set forth herein, *nunc pro tunc* to

16    November 10, 2009.

17    Dated:    November 20, 2009

18

19                    By    */s/ Bradley D. Sharp*
                            Bradley D. Sharp, Chapter 11 Trustee for
20                          Namco Capital Group, Inc.

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**Exhibit A**



# PACHULSKI
# STANG
# ZIEHL
# JONES



### Education
- University of California at Los Angeles (B.A., *summa cum laude*, 1976).
- Stanford University (J.D. 1979).
- Phi Beta Kappa; Pi Gamma Mu.

### Bar & Court Admissions
- 1979, California.

### Clerkships
- Judicial extern, Robert M. Takasugi (C.D. Cal. 1978-79).

## Richard M. Pachulski

Los Angeles Office
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100

Mr. Pachulski has extensive experience in business reorganizations as well as debtor/creditor litigation, and during the 1980s was a well-known chapter 7 and chapter 11 trustee. He has represented numerous debtors and creditors' committees in both out-of-court workouts and in-court proceedings.

A representative sampling of Mr. Pachulski's professional achievements include the successful chapter 11 reorganization in mid-1999-2000 of Breed Technologies (more than $1.6 billion of debt restructured); the 1996-97 chapter 11 reorganization of Sizzler International (over $200 million in debt); the 2001 chapter 11 reorganization of Covad Communications, one of the largest independent DSL providers in the United States (approximately $2 billion of debt restructured); and the successful chapter 11 reorganization in 2002-2003 of the software company Peregrine Systems (over $600 million in debt), which sold to Hewlett-Packard for $425 million. In 2006, Mr. Pachulski spent his primary time representing an ad hoc bondholders' committee in the Adelphia Corporation matter in which he represented bondholders owed in excess of $1.5 billion. Most of those bondholders received in excess of 100 cents on the dollar on their claims. Mr. Pachulski was lead counsel in the restructuring of the debts of Toni Braxton, the internationally acclaimed artist, and lead counsel for the creditors' committee of First Executive Corporation, resulting in the resolution of billions of dollars of alleged debt.

During 2007 and 2008, Mr. Pachulski represented debtors and creditors' committees in numerous industries, though primarily in the real estate business and retail industry. A representative sampling of such matters include the current representation of WL Homes, Inc. (aka John Laing Homes; debt in excess of $1 billion) and the creditors' committee of Circuit City and affiliates (debt in excess of $2 billion).

# EXHIBIT A

PACHULSKI
STANG
ZIEHL
JONES



Mr. Pachulski has been cited by several publications as a leader in the legal
community. Mr. Pachulski has been cited annually by K&R Restructuring Register as
one of America's top 100 restructuring professionals; by the publication *Turnaround
& Workouts* as one of the top national bankruptcy attorneys for 2001 (13 lawyers in
total were identified); *California Law Business* as one of California's 100 Most
Influential Attorneys for the years 2001, 2002 and 2003; and by the *Los Angeles
Business Journal* as one of 15 of the top banking & finance - turnaround artists.

Mr. Pachulski is a graduate of UCLA and received his J.D. from Stanford University.
He holds an AV Peer Rating, Martindale-Hubbell's highest peer recognition for
ethical standards and legal ability, and has been listed among bankruptcy attorneys
in *Best Lawyers in America* for more than ten years. Mr. Pachulski is admitted to
practice in California, and is a resident in our Los Angeles office.

### Professional Affiliations

- Fellow, American College of Bankruptcy.
- Member, Financial Lawyers Conference Board of Governors (1989-92).

### Publications

- Co-Author, "Chapter 11 - The Bank of Last Resort," 45 *Business Lawyer* 261
  (1989).
- Co-Author, "Plan Wars - The Use of Chapter 11 to Coax Continued Financing
  From a Reluctant Lender," 738 PLI/Comm. 7 (1996).

### Representations

- Chapter 11 debtors in Peregrine Systems; Breed Technologies; Covad
  Communications Group, Commonwealth Equity Trust; Sizzler International; Toni
  Braxton.
- Creditors' committees in First Executive Corporation; Northpoint
  Communications; ad hoc bondholders' committee in Adelphia Corporation; Circuit
  City and affiliates.
- Trustee in Triad America Corporation.

## PACHULSKI STANG ZIEHL JONES

### Education
- University of California at Berkeley (B.A., *magna cum laude*, 1975).
- Loyola Law School, Los Angeles (J.D. 1978).

### Bar & Court Admissions
- California.
- New York.
- District of Columbia.

### Clerkships
- Law clerk, Chief Judge Albert Lee Stephens, Jr. (US Dist. Ct., C.D. Cal. 1978-1980).



## Dean A. Ziehl

Los Angeles Office
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100

Mr. Ziehl is experienced in bankruptcy litigation, complex business litigation, and representing debtors and creditors in both out-of-court workouts and bankruptcy cases. He has a nationwide practice handling a wide variety of business litigation matters and trials in both state and federal courts. Most recently, Mr. Ziehl began serving as chair of the trustees overseeing the liquidation of Adelphia Communications Corp. and its litigation trust. He is a graduate of the UC Berkeley and received his J.D. from Loyola University of Los Angeles, where he was a member of the *Loyola Law Review* editorial staff. Mr. Ziehl is admitted to practice in California, New York, and the District of Columbia, and is a resident in our Los Angeles office. Mr. Ziehl has long held an AV Peer Rating, Martindale-Hubbell's highest peer recognition for ethical standards and legal ability. He has also been recognized by peer voting among business litigators as a "Super Lawyer" (Los Angeles Magazine, 2004 - 2008).

### Professional Affiliations
- Chair, Los Angeles County Bar Association Litigation Section (2001-02).
- Chair, 1995-96, and current member, Ninth Circuit Judicial Conference Central District Lawyer Representatives.
- Member, American Bar Association Business Law Section Task Force on Insurance Insolvency Steering Committee (1992-95).
- Member of court-appointed committees, United States District Court, Central District of California.
- Board member, PlanMember Services Corporation (1992-present).

### Publications
- "Grand Juries— Administrative Agency Access to Secret Materials— Requirements and Safeguards," 12 *Beverly Hills Bar Association Journal* 257 (1978).
- "Developments in Criminal Law and Procedure in the Ninth Circuit," 10 *Loyola Law Review* 885 (1977).

PACHULSKI
STANG
ZIEHL
JONES



**Representations**

- Debtors' conflicts counsel in Dana Corporation.
- Ad hoc bondholders' committee in Adelphia Communications Corp.
- Co-lead class counsel for structured settlement payees in connection with systematic looting of irrevocable bond trust established to fund settlements.
- Represented investors and trustees against independent auditors in various accountant liability cases, including PricewaterhouseCoopers and Arthur Andersen.

## PACHULSKI STANG ＆ ZIEHL JONES

**Practices**
- Asset Purchasers and Investors

**Education**
- University of California at Los Angeles (B.A., *summa cum laude*, 1978).
- Leningrad State University, USSR (Certificate of Participation, 1977).
- Harvard University (J.D. 1981).
- Phi Beta Kappa; Pi Gamma Mu; Mu Alpha Gamma; Regents Scholar.

**Bar & Court Admissions**
- 1981, California.



# David J. Barton

Los Angeles Office
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100

Mr. Barton practices business law, representing both public and private clients in a variety of transactions, including start-ups, financings, acquisitions, and SEC compliance and specializing in middle market company M&A, reorganizations, and work-outs. Mr. Barton has extensive experience in both domestic and international transactions, including Australia, Canada, and Mexico. Before joining the firm, Mr. Barton worked on the initial public offering of American Healthcare Management, one of the largest IPOs of 1984, and was primarily responsible for a $135 million debt offering by Public Storage Management, Inc. Mr. Barton practiced in the legal department of Sizzler International, the NYSE international chain restaurant company, where he was involved in franchising, intellectual property protection, executive benefits, international joint ventures, and government affairs. In 1994, Mr. Barton was appointed vice president, general counsel, and secretary of Sizzler and remained in charge of the company's legal affairs throughout its chapter 11 reorganization. Mr. Barton is admitted to practice in California and holds an AV Peer Rating, Martindale-Hubbell's highest peer recognition for ethical standards and legal ability. He holds a bachelor's degree in Political Science from UCLA and received his J.D. from Harvard Law School in 1981. He is a resident of our Los Angeles office.

## Professional Affiliations
- Member, American Corporate Counsel Association Corporate and Securities Committee (1995-1997).
- Co-Chair, Corporate and Securities Law Committee Insider Trading Procedures Practice Area Group (1997).
- Representative of Sizzler International, Inc., California Business Roundtable (1992-1993).
- Member, State Bar of California Business Law Section Corporations Committee (1989-1992).



PACHULSKI
STANG
ZIEHL
JONES

- Member, State Bar of California Business Law Section Partnership Committee (1986-1989).

**Publications**

- "SEC Disclosure,Filing Requirements for Public Companies in Chapter 11," *Journal of Corporate Renewal* (Jan. 2009).
- "Tougher SEC Standards Are Clogging the PIPEline," *Journal of Corporate Renewal* (May 2007).
- "Rule 144A: Why Foreign Companies Are 'Taking the Plunge' into the U.S. Private Placement Market," *Int'l Executive*  9 (Nov./Dec.1990).
- "California's Real Estate License Requirement: Obstacles and Risks for Real Estate Syndicators," 5 *California Business Law Practitioner* 145 (Fall 1990).
- "Recent Development, Taxation of Foreign Income —Decree of the Supreme Soviet of U.S.S.R. of May 12, 1978," 20 *Harvard International Law Journal* 213 (1979).
- Consultant, *Advising California Partnerships* ch. 2(CEB 2d ed.).

**Programs And Lectures**

- Speaker, "Assessing, Building and Preserving and Transferring Value in California LLCs," Lorman Education Services (November 2007).
- Lecturer, Export Marketing Seminars, Los Angeles District Office of U.S. Department of Commerce (June-July 1990).
- Moderator, "Organizing and Advising California Partnerships," Continuing Education of the Bar and California State Bar Business Law Section (May 1989).





## PACHULSKI STANG ZIEHL JONES

**Education**
- Brandeis University (B.A., *magna cum laude*, 1977).
- University of California School of Law, Los Angeles (J.D. 1982).

**Bar & Court Admissions**
- 1982, California.



### Richard J. Gruber

Los Angeles Office
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100

Mr. Gruber is a transactional lawyer who specializes in representing clients in connection with real estate and general business matters (both in bankruptcy and non-bankruptcy contexts). His expertise includes handling asset purchases and sales and other personal-property transactions, the organization and sale of businesses, and all aspects of real-estate purchase and sale transactions, drafting and negotiating commercial leases, and real estate and personal-property financing documentation. He also negotiates and prepares partnership and limited liability company formation agreements, and provides general counseling in the corporate partnership and limited liability company areas. He is a graduate of Brandeis University and received his J.D. from UCLA. He holds an AV Peer Rating, Martindale-Hubbell's highest peer recognition for ethical standards and legal ability. Mr. Gruber is admitted to practice in California and is a resident in our Los Angeles office.



## PACHULSKI
## STANG
## ZIEHL
## JONES

### Education
- Stanford University (B.A., with distinction, 1966).
- Stanford Law School (J.D. 1969).
- Phi Beta Kappa.

### Bar & Court Admissions
- 1970, California.



# Daryl G. Parker

Los Angeles Office
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100
Tel: 310/277-6910

Mr. Parker practices in the area of complex commercial, business, and real estate litigation and transactions, including business-entity formation. He also has extensive experience in all aspects of maritime law, including litigation and transactions involving international cargo shipment and sales, bills of lading and letters of credit, ship mortgages, and ship sales. Mr. Parker is a graduate of Stanford University (A.B. with distinction; JD) and a member of Phi Beta Kappa. He is admitted to practice in California, and holds an AV Peer Rating, Martindale-Hubbell's highest peer recognition for ethical standards and legal ability. Mr. Parker is a member of the American Association for the Advancement of Science and the Maritime Law Association of the United States and is a resident of our Los Angeles office.

### Professional Affiliations
- Member, American Association for the Advancement of Science.
- Member, Maritime Law Association of the United States.

PACHULSKI
STANG
ZIEHL
JONES



### Education

- University of California at Irvine (B.A., *cum laude*, 1992).
- Loyola Marymount University (J.D. 1995).
- Phi Kappa Psi; Phi Alpha Delta.

### Bar & Court Admissions

- 1995, California.

### Clerkships

- Judicial law clerk, John E. Ryan (Bankr. C.D. Cal. 1995-96).
- Law clerk, James N. Barr, Lynne Riddle, John J. Wilson (Bankr. C.D. Cal. 1996).



# Hamid R. Rafatjoo

Los Angeles Office
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100

Mr. Rafatjoo specializes in insolvency and corporate restructurings, either through an out-of-court workout process or through a bankruptcy filing.

In every year since 2007, Mr. Rafatjoo has been named a "Super Lawyer" in a region-wide peer survey, a honor bestowed on only 5% of Southern California attorneys, and he holds an AV Peer Rating, Martindale-Hubbell's highest peer recognition for ethical standards and legal ability. He is a graduate of the UC Irvine and received his J.D. from Loyola University School of Law.

### Professional Affiliations

- Member, Orange County Bankruptcy Forum Board of Directors
- National board member, Iranian American Bar Association.
- Alternate Lawyer Representative to the Ninth Circuit Judicial Conference.
- Member, U.S. Bankruptcy Court, Central District of California Long Range Planning Committee (2005-06).

### Publications

- Assistant editor, *Norton Bankruptcy Law and Practice*.
- Contributing author, *Wiley Bankruptcy Law Update* (2002).

### Representations

- Roman Catholic diocese cases: Since 2004, Mr. Rafatjoo has been involved nationally in representing official creditors' committees representing the survivors of childhood sexual abuse, in the bankruptcy cases filed by Roman Catholic Dioceses of Spokane, Washington; Davenport, Iowa; San Diego, California; and Fairbanks, Alaska as well as the Society of Jesus, Oregon Province. Mr. Rafatjoo has also represented such victims in cases where the parties were able to reach a resolution out of court.

PACHULSKI
STANG
ZIEHL
JONES



- Chapter 11 debtors: Mr. Rafatjoo represented Baldwin Builders/Baldwin Building Contractors, Medieval Times Entertainment, Homelife Furniture, and Crown Simplimatic Inc. in their chapter 11 cases. He has also represented hotel owners, real estate developers, retailers and manufacturers.
- Creditors' committees: Landsource Communities Development, Powerplant Maintenance Specialists, SeraCare Life Sciences, and National R.V. Inc.
- Convenience store cases: Mr. Rafatjoo represented the creditors' committee in Caribbean Petroleum, the leading distributor of gasoline and petroleum products in Puerto Rico, with an interest in 211 retail service stations, 1,500 employees, and approximately $412 million in sales. Mr. Rafatjoo also represented the creditors' committee in the Duke & Long Convenience Holdings and Convenience USA bankruptcy cases, which collectively owned an operated over 500 locations across ten states.

## PACHULSKI
## STANG
## ZIEHL
## JONES



**Education**
- Columbia College (B.A., *summa cum laude*, 1993).
- Columbia University School of Law (J.D. 1996).
- Phi Beta Kappa; Omicron Delta Epsilon; Harlan Fiske Stone Scholar.

**Bar & Court Admissions**
- 1996, California.



# Nina L. Hong

Los Angeles Office
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100

Ms. Hong specializes in a variety of business transactions and corporate governance matters, including formation and governance of business entities, debt and equity financings, mergers and acquisitions, venture capital investments, corporate restructurings, and compliance with federal and state securities laws. She has also advised clients in acquisitions of assets from distressed companies. She represents private and public companies in both domestic and international business transactions, including cross-border transactions involving Chinese companies. Ms. Hong is an author and speaker on a variety of legal issues, including developments in California and Delaware corporate law. She is a graduate of Columbia University, where she also received her J.D. She is fluent in Mandarin. Ms. Hong is admitted to practice in California and is a resident in our Los Angeles office.

**Professional Affiliations**
- Vice chair, State Bar of California Business Law Section Corporations Committee (2007-2008; member, 2004-2008).
- Member, Southern California Chinese Lawyers Association.
- Member, Inter-Pacific Bar Association.

**Publications**
- Contributing editor, *Handbook for Incorporating a Business in California* (State Bar of California 2006).
- Co-author, "Selected Developments in Corporate Law," *Business Law News* 3 (State Bar of California Annual Review 2007).

**Programs And Lectures**
- "Recent Corporate Law Developments," State Bar of California 80th Annual Meeting (Sept. 2007).

## PACHULSKI STANG ZIEHL JONES

### Education

- University of California at Berkeley (B.A., with honors, 1994).
- Boalt Hall School of Law, University of California (J.D. 1999).
- Phi Beta Kappa; Alumni Scholar.

### Bar & Court Admissions

- 1999, California.
- 2008, Washington, D.C.

### Clerkships

- Law clerk, the Hon. William M. Hoeveler (S.D. Fla. 1999-2000).



# Gillian N. Brown

Los Angeles Office
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100

Ms. Brown has experience in litigation matters in California state courts, federal district courts, and federal bankruptcy courts. She is a graduate of U.C. Berkeley and attended the Centro Studi della Boston University in Padova, Italy. At Boalt Hall School of Law, she was a notes & comments editor for the *California Law Review* and book review editor for the *Berkeley Women's Law Review*.

Ms. Brown's practice includes representing clients in general business litigation, including contract disputes, business tort litigation, and unfair competition actions. She has also prosecuted and defended class actions and complex litigation, defended employers in employment discrimination matters, and represented debtors and creditors' committees in bankruptcy litigation. Since 2004, Ms. Brown has represented sex abuse survivors in Catholic diocese bankruptcy cases. Ms. Brown has been named a "Southern California Super Lawyers Rising Star" every year from 2004 - 2008. She is fluent in Italian.

Ms. Brown is admitted to practice in California and Washington, D.C. and is a resident in our Los Angeles office.

### Professional Affiliations

- Advisory Board, Western Center on Law & Poverty (2007 – ).

### Publications

- Co-author with J. Scharf, "E-Discovery Issues," *Business Credit* 10 (October 2008).

### Representations

- Business litigation: Mortgage Lenders Network USA; FUJIFILM Holdings America Corporation; Hilton Hotels Corporation; El Dorado Hills Joint Venture.

PACHULSKI
STANG
ZIEHL
JONES



- Class actions/complex litigation: plaintiff class in *In re Structured Settlement Litigation*; defense of FUJIFILM Holdings America Corporation.
- Bankruptcy litigation: chapter 11 debtors Gencor Industries and InaCom Corp.; tort litigants' committee in *In re Catholic Diocese of Spokane*; creditors' committees in *In re Diocese of Davenport* ; *In re Roman Catholic Bishop of San Diego*; and *In re Catholic Bishop of Northern Alaska*.

1

## Exhibit B

2

| **Attorneys** | **Hourly Billing Rate** |
|---|---|
| Richard M. Pachulski | $895.00 |
| Dean A. Ziehl | $825.00 |
| David J. Barton | $725.00 |
| Richard J. Gruber | $725.00 |
| Daryl G. Parker | $675.00 |
| Hamid R. Rafatjoo | $595.00 |
| Nina L. Hong | $525.00 |
| Gillian N. Brown | $495.00 |

3

4

5

6

7

8

9

10

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08-bk-32333-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described ___**APPLICATION OF THE CHAPTER 11 TRUSTEE FOR NAMCO CAPITAL GROUP, INC., FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS SPECIAL COUNSEL TO TRUSTEE NUNC PRO TUNC TO NOVEMBER 10, 2009**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 20, 2009**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____**November 20, 2009**_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

VIA HAND DELIVERY
The Honorable Barry Russell
U. S. Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 20, 2009  Mary de Leon | | /s/ Mary de Leon |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                           **F 9013-3.1**

| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 2:08-bk-32333-BR |

**2:08-bk-32333-BR Notice will be electronically mailed to:**

Simon Aron on behalf of Plaintiff Khalil Varastehpour
saron@wrslawyers.com

Raymond H Aver on behalf of Creditor Ashland Properties LLC
ray@averlaw.com

Robert D Bass on behalf of Interested Party Courtesy NEF
rbass@greenbass.com

Christine E Baur on behalf of Creditor Feizollah Efraim
christine.e.baur@bakernet.com,
tracey.l.angelopoulos@bakernet.com;anne.w.hamann@bakernet.com;ali.m.m.mojdehi@bakernet.com;jane.b.m
ackie@bakernet.com

Michael Jay Berger on behalf of Interested Party Courtesy NEF
michael.berger@bankruptcypower.com, michael.berger@bankruptcypower.com

Stephen F Biegenzahn on behalf of Defendant Ezri Namvar
efile@sfblaw.com

J Scott Bovitz on behalf of Creditor Arnel Investments, LLC
bovitz@bovitz-spitzer.com

Gillian N Brown on behalf of Debtor Namco Capital Group Inc
gbrown@pszjlaw.com, gbrown@pszjlaw.com

Shirley Cho on behalf of Trustee R. Todd Neilson
scho@pszjlaw.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

Alicia Clough on behalf of Creditor Solomon Rastegar
alicia.clough@kayescholer.com

Yona Conzevoy on behalf of Interested Party Informal Credit Group of Namco and Namvar
yconzevoy@dwclaw.com

Brian L Davidoff on behalf of Creditor Mousa Namvar
bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                      **F 9013-3.1**

| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08-bk-32333-BR |

Melissa Davis on behalf of Creditor Committee Committee of Unsecured Creditors (Estate of Ezri Namvar)
mdavis@shbllp.com

Daniel Denny on behalf of Interested Party Courtesy NEF
ddenny@gibsondunn.com

Richard K Diamond on behalf of Trustee R. Todd Neilson
rdiamond@dgdk.com

Richard K Diamond on behalf of Trustee R. Todd Neilson
jlv@dgdk.com, rdiamond@ecf.epiqsystems.com

Caroline Djang on behalf of Trustee Bradley Sharp
crd@jmbm.com

Joseph A Eisenberg on behalf of Creditor Faramarz Massachi
jae@jmbm.com

Michael G Fletcher on behalf of Creditor Cathay Bank
mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com

Alan W Forsley on behalf of Creditor Fereshteh Kohanim
awf@fredmanlieberman.com

Heather Fowler on behalf of Interested Party Courtesy NEF
heather.fowler@lw.com, colleen.rico@lw.com

Jon H Freis on behalf of Interested Party Courtesy NEF
jon@jhflaw.net

Sandford Frey on behalf of Creditor Committee Abraham B. Assil Trust
Sfrey@cmkllp.com

Vanessa B Fung on behalf of Interested Party Courtesy NEF
vfung@sobini.com

Philip A Gasteier on behalf of Interested Party Courtesy NEF
pgasteier@rdwlawcorp.com

Thomas M Geher on behalf of Trustee Bradley Sharp
tmg@jmbm.com

Steven Glaser on behalf of Creditor Ashland Properties LLC
sglaser@wwllp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          **F 9013-3.1**

| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:08-bk-32333-BR |
|---|---|

Barry S Glaser on behalf of Interested Party Courtesy NEF
bglaser@swjlaw.com

Robert P Goe on behalf of Interested Party Robert Goe
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com

Jeffrey I Golden on behalf of Creditor Roya Boucherian
jgolden@wgllp.com

David Gould on behalf of Interested Party Courtesy NEF
dgould@davidgouldlaw.com

Steven T Gubner on behalf of Trustee Bradley Sharp
sgubner@ebg-law.com, ecf@ebg-law.com

M Jonathan Hayes on behalf of Creditor David Haghani
jhayes@polarisnet.net

Michael J Heyman on behalf of Interested Party Delson Brown Properties, LLC
michael.heyman@klgates.com

Eric P Israel on behalf of Trustee R. Todd Neilson
eisrael@dgdk.com

Seymone Javaherian on behalf of Interested Party Courtesy NEF
sj@javlaw.com

Ira Benjamin Katz on behalf of Interested Party Courtesy NEF
Ikatz@katzlaw.net

Alexandra Kazhokin on behalf of Interested Party Courtesy NEF
akazhokin@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com

Stuart I Koenig on behalf of Creditor Committee Abraham B. Assil Trust
Skoenig@cmkllp.com

Michael S Kogan on behalf of Creditor Epsilon Electronics, Inc.
mkogan@ecjlaw.com

John P Kreis on behalf of Creditor JOHN KREIS
jkreis@attglobal.net

Jeffrey A Krieger on behalf of Defendant 450 Roxbury Properties II, LLC
jkrieger@ggfirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:08-bk-32333-BR |

Pamela Labruyere on behalf of Interested Party Courtesy NEF
pamela@sgsslaw.com

Jennifer Leland on behalf of Debtor Namco Capital Group Inc
jleland@pwkllp.com

John T Madden on behalf of Creditor Roya Boucherian
jmadden@wgllp.com

Harris M Madnick on behalf of Creditor Hino-8, LLC
hmmadnick@reederlugreen.com

William Malcolm on behalf of Creditor Deutsche Trustee Co.
bill@mclaw.org

Elmer D Martin on behalf of Interested Party Courtesy NEF
elmermartin@msn.com

Daniel J McCarthy on behalf of Attorney Daniel McCarthy
dmccarthy@hillfarrer.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Hal M Mersel on behalf of Interested Party Courtesy NEF
mark.mersel@bryancave.com

Elissa Miller on behalf of Creditor Bijan Kianmahd
emiller@sulmeyerlaw.com

Ali M Mojdehi on behalf of Attorney Baker & McKenzie LLP
ali.m.m.mojdehi@bakernet.com, andrew.mcdermott@bakernet.com;cindy.zhou@bakernet.com

Susan I Montgomery on behalf of Creditor Foothill and East, LLC
susan@simontgomerylaw.com

Monserrat Morales on behalf of Debtor Namco Capital Group Inc
mmorales@pwkllp.com

Randall P Mroczynski on behalf of Creditor Daimler Trust
randym@cookseylaw.com

Vicente Matias Murrell on behalf of Creditor Pension Benefit Guaranty Corporation
murrell.vicente@pbgc.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                        F 9013-3.1

| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08-bk-32333-BR |

R. Todd Neilson on behalf of Accountant LECG LLC
tneilson@ecf.epiqsystems.com, vdoran@lecg.com;sgreenan@lecg.com

David Norouzi on behalf of Interested Party Courtesy NEF
david@norouzi.us

Scott H Noskin on behalf of Creditor John Shayefar
snoskin@mirmanbubman.com

William Novotny on behalf of Interested Party Mariscal, Weeks, McIntyre & Friedlander, P.A.
william.novotny@mwmf.com

Walter K Oetzell on behalf of Plaintiff R. Neilson
woetzell@dgdk.com

Sam S Oh on behalf of Interested Party Courtesy NEF
sam.oh@limruger.com, alisia.dunbar@limruger.com;julie.yu@limruger.com;amy.lee@limruger.com

Jenny Y Park Garner on behalf of Interested Party Courtesy NEF
jpark@sheppardmullin.com

Penelope Parmes on behalf of Creditor Physicians Reciprocal Insurers
pparmes@rutan.com

Lawrence Peitzman on behalf of Interested Party Courtesy NEF
lpeitzman@pwkllp.com

Leo D Plotkin on behalf of Creditor Dr. David and York
lplotkin@lsl-la.com, dsmall@lsl-la.com

David M Poitras on behalf of Interested Party Courtesy NEF
dpoitras@jmbm.com

Samuel Price on behalf of Creditor Arizona Tempe Town Lake, LLC
sprice@donahoeyoung.com

Uzzi O Raanan on behalf of Trustee R. Todd Neilson
uor@dgdk.com

Christopher S Reeder on behalf of Creditor Homayoun Namvar
creeder@reederlugreen.com

Jeremy E Rosenthal on behalf of Creditor REB Malibu, LLC
jrosenthal@sidley.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 **F 9013-3.1**

| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08-bk-32333-BR |

Gregory M Salvato on behalf of Creditor Haroon Moossai
gsalvato@pmcos.com, calendar@pmcos.com

Bruce S Schildkraut on behalf of U.S. Trustee United States Trustee (LA)
bruce.schildkraut@usdoj.gov

Benjamin Seigel on behalf of Petitioning Creditor Abraham Assil
bseigel@buchalter.com, IFS_filing@buchalter.com

David B Shemano on behalf of Attorney Peitzman Weg and Kempinsky
dshemano@pwkllp.com

Robyn B Sokol on behalf of Special Counsel Ezra Brutzkus Gubner LLP
ecf@ebg-law.com, rsokol@ebg-law.com

Ryan J Stonerock on behalf of Creditor 26 Etehad, LLC
rstonerock@wcclaw.com, amillman@wcclaw.com

Nico N Tabibi on behalf of Interested Party Courtesy NEF
nico@tabibilaw.com

Sam Tabibian on behalf of Interested Party Courtesy NEF
sam.tabibian@gmail.com

Derrick Talerico on behalf of Interested Party Derrick Talerico
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

David A Tilem on behalf of Interested Party Ilana Namvar
davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com

Alan G Tippie on behalf of Interested Party Courtesy NEF
atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Howard J Weg on behalf of Debtor Namco Capital Group Inc
hweg@pwkllp.com

Michael H Weiss on behalf of Interested Party HEIDE KURTZ
mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com

Kimberly S Winick on behalf of Interested Party Courtesy NEF
kwinick@clarktrev.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                        F 9013-3.1

| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08-bk-32333-BR |

Rebecca J Winthrop on behalf of Interested Party Jeffry Belle
winthropr@ballardspahr.com

Beth Ann R Young on behalf of Creditor Artech Properties, LLC
bry@lnbrb.com

Afshin Youssefyeh on behalf of Creditor Jack & Gitta Nagel Foundation
ady@adylaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                        **F 9013-3.1**