B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
## Central District of California

In re: NAMCO CAPITAL GROUP, INC.,
    a California corporation,
        Debtor

Case No. 2:08-bk-32333-BR

Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF NAMCO CAPITAL GROUP, INC. HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of December 16, 2009 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of Namco Capital Group, Inc. holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Jorad, Ltd. | 50% Interest | 1 |
| Pico 26, LLC | 80% Interest | 2 |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

B26 (Official Form 26) (12/08) – Cont.                                          2

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

     The information contained herein is preliminary and unaudited and is based upon the Debtor's books and records. The Trustee has attempted to provide complete and accurate information herein, but no assurance can be made that the information is complete and accurate, as the Debtor's books and records have not been audited or verified. Nothing contained in or omitted is an admission and the Trustee reserves the right to amend this Period Report to the extent necessary to reflect new, different or additional information.

     The undersigned, having reviewed the above listing of entities in which the estate of Namco Capital Group, Inc. holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date: December 16, 2009        JEFFER, MANGELS, BUTLER & MARMARO LLP

                    By:    /s/ David M. Poitras
                         DAVID M. POITRAS P.C.
                  Attorneys for Bradley D. Sharp,
                  Chapter 11 Trustee for Namco Capital Group, Inc.

# **<u>TAB 1</u>**

B26 (Official Form 26) (12/08) – Cont.                                              4

## Exhibit A
## Valuation Estimate for Jorad, Ltd.

The entity's sole asset is 100% ownership of 0.9 acres of vacant land in Hesperia, California which is valued at approximately $350,000 based on a verbal opinion of value as of December 11, 2009 by Carol Yule, Land Sales Broker at Shear Realty in Victorville, California.

To support the opinion of value, Ms. Yule indicated that the Property is located in a good commercial area just off of I-15, near multiple fast food establishments, close to a new hotel and across I-15 from the Target center. Ms. Yule added that there have been no land sales in the area recently but that the area around the property would recover the soonest. In addition, Ms. Yule stated that she felt the value was close to the assessed value of the property, which is $348,796 as of January 1, 2009 per the San Bernardino County Treasurer website. The opinion of value is also consistent with the book value of the property which was $354,733.17 as of June 30, 2009.

As of June 30, 2009, the entity had $37.70 of cash on hand and a payable of $557,994.39 due to Namco Capital Group, Inc.

The Debtor owns 50% of Jorad, Ltd.

B26 (Official Form 26) (12/08) – Cont.                                                 5

**Exhibit B**
**Financial Statements for Jorad, Ltd.**

B26 (Official Form 26) (12/08) – Cont.                                    6

## Exhibit B-1
## Balance Sheet for Jorad, Ltd.
As of June 30, 2009

2:44 PM
12/02/09
Accrual Basis

### JORAD PARTNERSHIP
### Balance Sheet
As of June 30, 2009

|  | Jun 30, 09 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 100.00 · CASH IN BANK | |
| 100.01 · GOLDEN PACIFIC BANK | 37.70 |
| Total 100.00 · CASH IN BANK | 37.70 |
| **Total Checking/Savings** | 37.70 |
| **Total Current Assets** | 37.70 |
| **Fixed Assets** | |
| 150.00 · FIXED ASSETS | |
| 151.00 · LAND HESPERIA | 771,056.92 |
| 152.00 · INTEREST | 144,175.11 |
| 153.00 · LEGAL FEES | 52,258.59 |
| 154.00 · OTHER CHARGES | 102,869.21 |
| 155.00 · TAXES | 80,126.34 |
| 150.00 · FIXED ASSETS - Other | -795,753.00 |
| Total 150.00 · FIXED ASSETS | 354,733.17 |
| **Total Fixed Assets** | 354,733.17 |
| **TOTAL ASSETS** | 354,770.87 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| 350.00 · Namco Capital Group,Inc. | 557,994.39 |
| Total Long Term Liabilities | 557,994.39 |
| **Total Liabilities** | 557,994.39 |
| **Equity** | |
| 3900 · Retained Earnings | 63,584.48 |
| 400.00 · CAPITAL & RETAINED EARNINGS | |
| 401.00 · JOSEPH RAMANI | -93,412.21 |
| 402.00 · NAMCO CAPITAL GROUP,INC. | -173,395.79 |
| Total 400.00 · CAPITAL & RETAINED EARNINGS | -266,808.00 |
| **Total Equity** | -203,223.52 |
| **TOTAL LIABILITIES & EQUITY** | 354,770.87 |

Source: QuickBooks report prepared on December 2, 2009 from the books and records maintained by Namco.

B26 (Official Form 26) (12/08) – Cont.                                              7

## Exhibit B-1
## Balance Sheet for Jorad, Ltd.
As of December 31, 2008

2:44 PM                          **JORAD PARTNERSHIP**
12/02/09                           **Balance Sheet**
Accrual Basis                   **As of December 31, 2008**

|                                                        | Dec 31, 08 |
|--------------------------------------------------------|-----------:|
| **ASSETS**                                             |            |
| Current Assets                                         |            |
| Checking/Savings                                       |            |
| 100.00 · CASH IN BANK                                  |            |
| 100.01 · GOLDEN PACIFIC BANK                           |      37.70 |
| Total 100.00 · CASH IN BANK                            |      37.70 |
| Total Checking/Savings                                 |      37.70 |
| Total Current Assets                                   |      37.70 |
| Fixed Assets                                           |            |
| 150.00 · FIXED ASSETS                                  |            |
| 151.00 · LAND HESPERIA                                 | 771,056.92 |
| 152.00 · INTEREST                                      | 144,175.11 |
| 153.00 · LEGAL FEES                                    |  52,258.59 |
| 154.00 · OTHER CHARGES                                 | 102,869.21 |
| 155.00 · TAXES                                         |  80,126.34 |
| 150.00 · FIXED ASSETS - Other                         | -795,753.00 |
| Total 150.00 · FIXED ASSETS                            | 354,733.17 |
| Total Fixed Assets                                     | 354,733.17 |
| **TOTAL ASSETS**                                       | 354,770.87 |
| **LIABILITIES & EQUITY**                               |            |
| Liabilities                                            |            |
| Long Term Liabilities                                  |            |
| 350.00 · Namco Capital Group,Inc.                      | 557,994.39 |
| Total Long Term Liabilities                            | 557,994.39 |
| Total Liabilities                                      | 557,994.39 |
| Equity                                                 |            |
| 3900 · Retained Earnings                               |  65,140.03 |
| 400.00 · CAPITAL & RETAINED EARNINGS                   |            |
| 401.00 · JOSEPH RAMANI                                 | -93,412.21 |
| 402.00 · NAMCO CAPITAL GROUP,INC.                      | -173,395.79 |
| Total 400.00 · CAPITAL & RETAINED EARNINGS             | -266,808.00 |
| Net Income                                             |  -1,555.55 |
| Total Equity                                           | -203,223.52 |
| **TOTAL LIABILITIES & EQUITY**                         | 354,770.87 |

Source: QuickBooks report prepared on December 2, 2009 from the books and records maintained
by Namco.

B26 (Official Form 26) (12/08) – Cont.                                                    8

## Exhibit B-2
## Statement of Income (Loss) for Jorad, Ltd.
Period ending June 30, 2009

2:45 PM                              **JORAD PARTNERSHIP**
12/02/09                               **Profit & Loss**
Accrual Basis                       **January through June 2009**

|              | Jan - Jun 09 |
|--------------|-------------:|
| Net Income   |         0.00 |

Source: QuickBooks report prepared on December 2, 2009 from the books and records maintained
by Namco.

B26 (Official Form 26) (12/08) – Cont.                                        9

**Exhibit B-2**
**Statement of Income (Loss) for Jorad, Ltd.**
Period ending December 31, 2008

2:44 PM                             **JORAD PARTNERSHIP**
12/02/09                              **Profit & Loss**
Accrual Basis                     **January through December 2008**

|                                               | Jan - Dec 08 |
|-----------------------------------------------|-------------:|
| Other Income/Expense                          |             |
|   Other Expense                     |             |
|     900.00 · ADMINISTRATION EXPENSE |   |
|       900.08 · Bank Charges | 25.00 |
|       900.35 · Taxes-General | 900.55 |
|       900.43 · Accounting | 630.00 |
|     Total 900.00 · ADMINISTRATION EXPENSE | 1,555.55 |
|   Total Other Expense               | 1,555.55 |
|   Net Other Income                  | -1,555.55 |
| Net Income                                    | -1,555.55 |

Source: QuickBooks report prepared on December 2, 2009 from the books and records maintained by Namco.

B26 (Official Form 26) (12/08) – Cont.                                        10

**Exhibit B-3**
**Statement of Cash Flows for Jorad, Ltd.**
For the period ending June 30, 2009

Not available.

B26 (Official Form 26) (12/08) – Cont.                                                11

**Exhibit B-3**
**Statement of Cash Flows for Jorad, Ltd.**
For the period ending December 31, 2008

Not available.

B26 (Official Form 26) (12/08) – Cont.                                    12

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Jorad, Ltd.**
For the period ending June 30, 2009

Not available.

B26 (Official Form 26) (12/08) – Cont.                                                13

**Exhibit B-4**

**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Jorad, Ltd.**
For the period ending December 31, 2008

Not available.

n

**Exhibit C**
**Description of Operations for Jorad, Ltd.**

The Debtor owns 50% of Jorad, Ltd., whose sole asset is 100% ownership of 0.9 acres of vacant land in Hesperia, California.

# **TAB 2**

B26 (Official Form 26) (12/08) – Cont.                                                        16

## Exhibit A
## Valuation Estimate for Pico 26, LLC

Pico 26, LLC owns 20% of a property in Kurtistown Heights, Hilo, Hawaii and four LLCs,
including Playa Properties, LLC (100%), Burtonam Properties, LLC (100%), WFS 22706 PCH,
LLC (50%), and WN Cliffside, LLC (50%). Pico 26, LLC also owned 66.67% of 408 N. Palm
Drive, Beverly Hills, California, however, this property was foreclosed on March 13, 2009.

Kurtistown Heights Property (20%)
Pico 26, LLC owns 20% of approximately 46 acres of agricultural land in Hilo, Hawaii. Based on
a conservative estimate of $10,000 per acre per Brad Lofgren at CB Richard Ellis as of December
8, 2009, the value of the property is approximately $460,000. The assessed value of the property
is $315,200 as of July 1, 2009 per the County of Hawaii 2009 Real Property Assessment Notice.
The book value of the property is $566,399.18 as of December 31, 2008 and the purchase price on
November 9, 2005 was $2,500,000. Based on these estimates, the value of the property is
approximately $460,000, assuming that there are no entitlements for the property. There is a total
of $4,000,000 in debt on the property.

Playa Properties, LLC (100%)
Playa Properties, LLC filed a voluntary bankruptcy petition on February 23, 2009. The LLC's sole
asset is a 15.625% undivided interest in a duplex located at 6419 Ocean Front Walk, Playa Del Rey,
California which received a bid at public auction on December 15, 2009 for $2,675,000. Net
proceeds will be approximately $2,128,250 based after a 5% brokers fee, $355,000 in unsecured
claims and approximately $58,000 owed to the Los Angeles County Tax Collector. Note that the
net proceeds exclude the $950,000 lien in favor of Miriam Pirian, which is disputed.

Burtonam Properties, LLC (100%)
Burtonam Properties, LLC's main asset was 100% ownership of the Beverly Alexandra
Apartments at 446 E. Twain Ave., Las Vegas, Nevada. The property was foreclosed and sold at
public auction on September 17, 2009. This entity has no other material assets.

WFS 22706 PCH, LLC (50%)
WFS 22706 PCH, LLC owns 100% of the Flamingo Chateau Apartments, a 136 -unit garden style,
apartment property located at 6570 W. Flamingo Road, Las Vegas, Nevada. Based on a restricted
appraisal report prepared on August 17, 2009 by CB Richard Ellis, the market value is
approximately $7,550,000 and the liquidation value is approximately $5,285,000. There is
approximately $11,500,000 in total debt plus unpaid interest on the property, and the cash flow is
insufficient to cover the debt obligations. A notice of default has been received from the lender,
MidFirst Bank.

B26 (Official Form 26) (12/08) – Cont.                                                17

<u>WN Cliffside, LLC (50%)</u>
WN Cliffside, LLC owns 100% of Mission Bell East LLC and Galloway Holdings LLC.

<u>Mission Bell East LLC (100%)</u>
Prior to transferring 36% of its membership interests to DGADE, LLC on September 26, 2008 and 64% of its membership interests to The Safi Trust, Mission Bell East LLC owned 100% of the Mission Bell Plaza Shopping Center which consists of two adjacent shopping centers with 131,087 square feet of building area on 9.33 acres of land in Moorpark, California. The assessed value of the property is $6,999,089 as of December 15, 2009 per the County of Ventura Assessor website. The book value of the property is $10,251,362 as of November 30, 2008. Per, John Safi of The Safi Trust, the property lost its anchor tenant and will likely be given back to the bank.

<u>Galloway Holdings LLC (100%)</u>
Galloway Holdings LLC owns 50% of 242 acres of land, including an equestrian center, located at 38801 Los Corralitos Road, Temecula, California. The assessed value of the property is $5,787,762 as of December 15, 2009 per the County of Riverside Assessor website. The purchase price of the property on August 30, 2004 was $10,200,000. There is a total of $10,275,458 in debt with United Commercial Bank on the property, a notice of default was recorded on March 5, 2009 by United Commercial Bank and the property does not appear to have value in excess of the debt.

B26 (Official Form 26) (12/08) – Cont.                                          18

**Exhibit B**
**Financial Statements for Pico 26, LLC**

B26 (Official Form 26) (12/08) – Cont.                                    19

**Exhibit B-1**
**Balance Sheet for Pico 26, LLC**
As of June 30, 2009

Not available.

B26 (Official Form 26) (12/08) -- Cont.                                                20

## Exhibit B-1
## Balance Sheet for Pico 26, LLC
### As of December 31, 2008

12:44 PM
12/09/09
Accrual Basis

**PICO 26, LLC**
**Balance Sheet**
As of December 31, 2008

|  | Dec 31, 08 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 100.00 · CASH IN BANK | |
| 101.01 · Cash in Playa Property | 2,033.32 |
| 105.00 · Network Bank - 005004469 | 3,253.83 |
| 106.00 · Cash in Bank-408 Palm | 5,498.97 |
| 107.00 · Cash in Bank-Kurtlstown | 146.67 |
| **Total 100.00 · CASH IN BANK** | 10,932.79 |
| 101.02 · Cash Burtonam Properties | 4,334.68 |
| 110.00 · Petty Cash | 100.00 |
| **Total Checking/Savings** | 15,367.47 |
| **Accounts Receivable** | |
| 120.00 · ACCOUNTS RECIEVABLE | |
| 124.00 · 1929 W. Pico Blvd. | 770,000.00 |
| 125.00 · Moiz Ashourpour | 50,000.00 |
| 133.00 · Lanam LLC | 195,396.93 |
| **Total 120.00 · ACCOUNTS RECIEVABLE** | 1,015,396.93 |
| **Total Accounts Receivable** | 1,015,396.93 |
| **Other Current Assets** | |
| 130.00 · Stanton | 127,866.39 |
| 147.00 · Accts Rec Para Park Interco | 339,699.35 |
| 148.00 · A/R other Rec Burtonam | 81,050.00 |
| 150.29 · Playa Properties, LLC | -2,788.00 |
| **Total Other Current Assets** | 545,849.75 |
| **Total Current Assets** | 1,576,614.15 |
| **Fixed Assets** | |
| 150.00 · FIXED ASSET | |
| 150.09 · Land-Playa | 239,582.83 |
| 150.25 · 408 N.Plam Land | 1,482,387.18 |
| 150.25 · Investment-Fred Soleimani | 107,345.00 |
| 150.28 · Land-20% Kurtistown Hghts HI | 566,399.18 |
| 150.30 · Building Buronam | 11,037,701.72 |
| **Total 150.00 · FIXED ASSET** | 13,432,395.91 |
| 170.00 · Buildings | |
| 170.25 · 408 N. Palm Building | 523,664.03 |
| 175.00 · ACCUMULATED DEPRECIATION | -680,195.21 |
| 182.00 · Improvements-408 N Palm | 14,405.01 |
| 170.00 · Buildings - Other | 159,041.88 |
| **Total 170.00 · Buildings** | 16,935.71 |
| **Total Fixed Assets** | 13,449,331.62 |
| **Other Assets** | |
| Intangibles-Burtonam | 12,262.86 |
| 160.22 · 50% WN Cliffside, LLC | 297,247.00 |
| 160.23 · 50% WFS 22706 PCH LLC | 4,722,098.00 |
| 160.28 · Accumulated Amortization | -4,504.17 |
| 160.27 · 408 N Palm Capital | |
| 160.27A · Capital-408 N Palm | -33,500.00 |
| 160.27 · 408 N Palm Capital - Other | 33,333.34 |
| **Total 160.27 · 408 N Palm Capital** | -166.66 |
| 160.28 · Kurtistown Hghts - Hilo, HI | 3,000.00 |
| 160.29 · Burtonam Properties, LLC | 1,167,537.92 |
| **Total Other Assets** | 6,197,494.95 |
| **TOTAL ASSETS** | 21,223,440.72 |

Note: The balance sheet is consolidated such that the assets and liabilities of both the LLC and its subsidiaries are shown. The accounts receivable and other current assets do not appear to have readily identifiable or collectible value.

Source: QuickBooks report prepared on December 9, 2009 from the books and records maintained by Namco.

B26 (Official Form 26) (12/08) – Cont.                                    21

## Exhibit B-1
### Balance Sheet for Pico 26, LLC
As of December 31, 2008 (Continued)

12:44 PM                                    **PICO 26, LLC**
12/09/09                                    **Balance Sheet**
Accrual Basis                          As of December 31, 2008

|  | Dec 31, 08 |
|---|---|
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 300.10 · NAMCO CAPITAL GROUP, INC. | |
| 300.12 · Namco Capital Group-Red Feather | 3,773,352.70 |
| 300.10 · NAMCO CAPITAL GROUP, INC. · Other | 3,749,720.68 |
| Total 300.10 · NAMCO CAPITAL GROUP, INC. | 7,523,073.38 |
| 320.00 · Tenant Deposits | 434.64 |
| 325.00 · WILSHIRE 19 LLC | 50,000.00 |
| Total Accounts Payable | 7,573,508.02 |
| **Other Current Liabilities** | |
| 322.00 · United Commercial Bank | 7,621,459.00 |
| 328.00 · Beshmada LLC | 556,659.00 |
| 329.00 · Dimes, LLC | 722,974.00 |
| 330.01 · Security Deposits-408 N. Palm | 8,781.38 |
| 331.00 · Payable re Hawaii Land | 41,570.61 |
| 332.00 · A/P Dream Team - Kurtistown | 16,420.00 |
| 333.00 · Trifield | 1,938.88 |
| 334.00 · Degade LLC | 200.00 |
| 335.00 · A/P Playa Property | 42,021.24 |
| 336.00 · A/P Elbon-Playa | 15,083.48 |
| 337.00 · Jennifer Kim | 200.00 |
| 338.00 · Birdview | 9,479.18 |
| 339.00 · A/P Other Burtonam Payables | 1,259,134.56 |
| 340.00 · Sec Deposits-Burtonam | 4,113.04 |
| Total Other Current Liabilities | 10,500,034.37 |
| Total Current Liabilities | 18,073,542.39 |
| **Total Liabilities** | 18,073,542.39 |
| **Equity** | |
| 3000 · Opening Bal Equity | 5,076.25 |
| 390.00 · Retained Earnings | 30,755.93 |
| 400.00 · CAPITAL ACCOUNTS | |
| 400.10 · EZRI NAMVAR | 770,844.64 |
| 410.00 · NAMCO CAPITAL GROUP, INC. | 3,411,856.90 |
| Total 400.00 · CAPITAL ACCOUNTS | 4,182,701.54 |
| Net Income | -1,068,635.39 |
| Total Equity | 3,149,898.33 |
| **TOTAL LIABILITIES & EQUITY** | 21,223,440.72 |

Note: The balance sheet is consolidated such that the assets and liabilities of both the LLC <u>and</u> its subsidiaries are shown.  The accounts receivable and other current assets do not appear to have readily identifiable or collectible value.

Source: QuickBooks report prepared on December 9, 2009 from the books and records maintained by Namco.

B26 (Official Form 26) (12/08) – Cont.                                    22

**Exhibit B-2**
**Statement of Income (Loss) for Pico 26, LLC**
Period ending June 30, 2009

Not available.

B26 (Official Form 26) (12/08) – Cont.                                              23

## Exhibit B-2
## Statement of Income (Loss) for Pico 26, LLC
### Period ending December 31, 2008

12:44 PM
12/09/09
Accrual Basis

**PICO 26, LLC**
**Profit & Loss**
January through December 2008

| | Jan - Dec 08 |
|---|---:|
| **Income** | |
| 600.00 · INCOME | |
| 600.16 · Rental Income-408 N. Palm | 57,969.80 |
| 600.18 · Rental Income Burtonam | 527,644.15 |
| 600.19 · Rental Activities WFS 22706 PCH | -129,728.00 |
| 600.20 · WN Cliffside | -70,178.00 |
| 606.00 · INVESTMENT INCOME | -219,913.00 |
| 607.00 · Miscellaneous Income | 834.08 |
| Total 600.00 · INCOME | 166,629.03 |
| 601.00 · Gain on sale of Investments | 180,509.00 |
| Total Income | 347,138.03 |
| **Expense** | |
| 810.00 · Expenses-Red Feather | |
| 810.02 · Elevator-R & M | 800.14 |
| 810.03 · Landscaping | 1,229.45 |
| 810.04 · Sweeping | 185.72 |
| 810.05 · Exterminators | 263.98 |
| 810.06 · Trash removal | 291.53 |
| 810.08 · Misc | 75.96 |
| 810.10 · R & M Supplies | 14,720.89 |
| 810.18 · Telephone | 1,622.35 |
| 810.19 · Office Expenses | 5,263.69 |
| 810.20 · Electricity | 1,215.40 |
| 810.21 · Gas | 2,464.33 |
| 810.22 · Water | 2,425.34 |
| 810.24 · Management fee | 14,874.00 |
| 810.26 · Prop Tax | 11,813.60 |
| 810.27 · Insurance | 13,154.99 |
| 810.31 · Tax & License | 1,625.86 |
| 810.33 · Bank Charges | 122.28 |
| 810.34 · INTEREST | 603,334.36 |
| Total 810.00 · Expenses-Red Feather | 675,503.87 |
| 900.00 · ADMINISTRATIVE EXPENSES | |
| 900.10 · ACCOUNTING | 3,080.00 |
| 901.00 · Advertising | 9,621.92 |
| 908.00 · Bank Charges_ | 753.55 |
| 911.06 · Dues & subscriptions | 169.60 |
| 917.02 · Repairs & Maintenance | 47,285.21 |
| 920.00 · FILING FEES | 20.00 |
| 920.02 · LICENSE FES & Permits | 1,000.08 |
| 940.00 · LICENSE & Professional Fees | 60,590.24 |
| 945.00 · MESSENGERIAL EXPENSE | 92.21 |
| 946.00 · Miscellaneous | 450.00 |
| 970.00 · Payroll expense | 117,042.74 |
| 975.04 · Property Tax-Sn. Fernando | 30,191.31 |
| 978.00 · TAXES GENERAL | 2,236.08 |
| 980.00 · Uniform Expense | 1,904.19 |
| 981.25 · Utility | 50,558.12 |
| Total 900.00 · ADMINISTRATIVE EXPENSES | 324,995.25 |
| 915.00 · Depreciation | 412,689.46 |
| 915.01 · Amortization | 2,457.00 |
| 976.10 · Travel - Kurtistown | 127.84 |
| 999.00 · SUSPENSE | 0.00 |
| Total Expense | 1,415,773.42 |
| Net Income | -1,068,635.39 |

Source: QuickBooks report prepared on December 9, 2009 from the books and records maintained by Namco.

B26 (Official Form 26) (12/08) – Cont.                                    24

**Exhibit B-3**
**Statement of Cash Flows for Pico 26, LLC**
For the period ending June 30, 2009

Not available.

B26 (Official Form 26) (12/08) – Cont.                                   25

**Exhibit B-3**
**Statement of Cash Flows for Pico 26, LLC**
For the period ending December 31, 2008

Not available.

B26 (Official Form 26) (12/08) – Cont.                                                    26

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Pico 26, LLC**
For the period ending June 30, 2009

Not available.

B26 (Official Form 26) (12/08) – Cont.                                                    27

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Pico 26, LLC**
For the period ending December 31, 2008

Not available.

B26 (Official Form 26) (12/08) – Cont.                                          28

## Exhibit C
## Description of Operations for Pico 26, LLC

The Debtor owns 80% of Pico 26, LLC, a real estate entity which owns 20% of a property in Kurtistown Heights, Hilo, Hawaii and four LLCs, including Playa Properties, LLC (100%), Burtonam Properties, LLC (100%), WFS 22706 PCH, LLC (50%), and WN Cliffside, LLC (50%).

In re:
NAMCO CAPITAL GROUP, INC., a California corporation

Debtor.

CHAPTER 11

CASE NUMBER 2:08-BK-32333-BR

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067

The foregoing document described as **PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF NAMCO CAPITAL GROUP, INC. HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**; will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 16, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On December 16, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**BY OVERNIGHT MAIL**
The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 East Temple St., Suite 1660
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 16, 2009 | Billie Terry | |
|---|---|---|
| Date | Type Name | Signature |

## I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Simon Aron   saron@wrslawyers.com
- Raymond H Aver   ray@averlaw.com
- Robert D Bass   rbass@greenbass.com
- Christine E Baur   christine.e.baur@bakernet.com, tracey.l.angelopoulos@bakernetcom;anne.w.hamann@bakernet.com;ali.m.m.mojdehi@bakernet.com;jane.b.mackie@bakernet.com
- Michael Jay Berger   michael.berger@bankruptcypower.com, michael.berger@bankruptcypower.com
- Stephen F Biegenzahn   efile@sfblaw.com
- J Scott Bovitz   bovitz@bovitz-spitzer.com
- Gillian N Brown   gbrown@pszjlaw.com, gbrown@pszjlaw.com
- Shirley Cho   scho@pszjlaw.com
- Russell Clementson   russell.clementson@usdoj.gov
- Alicia Clough   alicia.clough@kayescholer.com
- Yona Conzevoy   yconzevoy@dwclaw.com
- Brian L Davidoff   bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Melissa Davis   mdavis@shbllp.com
- Daniel Denny   ddenny@gibsondunn.com
- Richard K Diamond   rdiamond@dgdk.com
- Richard K Diamond   jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
- Caroline Djang   crd@jmbm.com
- Joseph A Eisenberg   jae@jmbm.com
- Robert Esensten   resensten@wcclaw.com
- Michael G Fletcher   mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Alan W Forsley   awf@fredmanlieberman.com
- Heather Fowler   heather.fowler@lw.com, colleen.rico@lw.com
- Jon H Freis   jon@jhflaw.net
- Sandford Frey   Sfrey@cmkllp.com
- Vanessa B Fung   vfung@sobini.com
- Philip A Gasteier   pgasteier@rdwlawcorp.com
- Thomas M Geher   tmg@jmbm.com
- Barry S Glaser   bglaser@swllp.com
- Steven Glaser   sglaser@wwllp.com
- Robert P Goe   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Jeffrey I Golden   jgolden@wgllp.com
- David Gould   dgould@davidgouldlaw.com
- Steven T Gubner   sgubner@ebg-law.com, ecf@ebg-law.com
- M Jonathan Hayes   jhayes@polarisnet.net
- Michael J Heyman   michael.heyman@klgates.com
- Eric P Israel   eisrael@dgdk.com
- Seymone Javaherian   sj@javlaw.com
- Ira Benjamin Katz   lkatz@katzlaw.net
- Alexandra Kazhokin   akazhokin@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Stuart I Koenig   Skoenig@cmkllp.com
- Michael S Kogan   mkogan@ecjlaw.com
- John P Kreis   jkreis@attglobal.net
- Jeffrey A Krieger   jkrieger@ggfirm.com
- Duane Kumagai   dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
- Steven N Kurtz   lgreenstein@laklawyers.com, rfeldon@laklawyers.com
- Pamela Labruyere   pamela@sgsslaw.com
- Jennifer Leland   jleland@pwkllp.com
- ohn T Madden   jmadden@wgllp.com
- Harris M Madnick   hmmadnick@reederlugreen.com
- William Malcolm   bill@mclaw.org
- Elmer D Martin   elmermartin@msn.com
- Daniel J McCarthy   dmccarthy@hillfarrer.com
- David W. Meadows   david@davidwmeadowslaw.com
- Hal M Mersel   mark.mersel@bryancave.com
- Elissa Miller   emiller@sulmeyerlaw.com
- Ali M Mojdehi   ali.m.m.mojdehi@bakernet.com, andrew.mcdermott@bakernet.com;cindy.zhou@bakernet.com
- Susan I Montgomery   susan@simontgomerylaw.com
- Monserrat Morales   mmorales@pwkllp.com
- Randall P Mroczynski   randym@cookseylaw.com
- Vicente Matias Murrell   murrell.vicente@pbgc.gov
- R. Todd Neilson   tneilson@ecf.epiqsystems.com, vdoran@lecg.com;sgreenan@lecg.com
- David Norouzi   david@norouzi.us
- Scott H Noskin   snoskin@mirmanbubman.com
- William Novotny   william.novotny@mwmf.com
- Walter K Oetzell   woetzell@dgdk.com
- Sam S Oh   sam.oh@limruger.com, alisia.dunbar@limruger.com;julie.yu@limruger.com;amy.lee@limruger.com
- Jenny Y Park Garner   jpark@sheppardmullin.com
- Penelope Parmes   pparmes@rutan.com
- Lawrence Peitzman   lpeitzman@pwkllp.com
- Leo D Plotkin   lplotkin@lsl-la.com, dsmall@lsl-la.com
- David M Poitras   dpoitras@jmbm.com
- Samuel Price   sprice@donahoeyoung.com
- Uzzi O Raanan   uor@dgdk.com
- Christopher S Reeder   creeder@reederlugreen.com
- Jeremy E Rosenthal   jrosenthal@sidley.com
- Gregory M Salvato   gsalvato@pmcos.com, calendar@pmcos.com
- Bruce S Schildkraut   bruce.schildkraut@usdoj.gov
- Benjamin Seigel   bseigel@buchalter.com, IFS_filing@buchalter.com
- David B Shemano   dshemano@pwkllp.com
- Robyn B Sokol   ecf@ebg-law.com, rsokol@ebg-law.com
- Ryan J Stonerock   rstonerock@wcclaw.com, amillman@wcclaw.com
- Nico N Tabibi   nico@tabibilaw.com
- Sam Tabibian   sam.tabibian@gmail.com
- Derrick Talerico   dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- David A Tilem   davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com
- Alan G Tippie   atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Howard J Weg   hweg@pwkllp.com
- Michael H Weiss   mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com
- Kimberly S Winick   kwinick@clarktrev.com
- Rebecca J Winthrop   winthropr@ballardspahr.com
- Beth Ann R Young   bry@lnbrb.com
- Afshin Youssefyeh   ady@adylaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.