| | |
|---|---|
| 1  Richard M. Pachulski (CA Bar No. 90073) | **FILED & ENTERED** |
| 2  Dean A. Ziehl (CA Bar No. 84529) | |
|    Hamid R. Rafatjoo (CA Bar No. 181564) | JAN 10 2010 |
| 3  Gillian N. Brown (CA Bar No. 205132) | |
|    PACHULSKI STANG ZIEHL & JONES LLP | |
| 4  10100 Santa Monica Blvd., 11th Floor | **CLERK U.S. BANKRUPTCY COURT** |
|    Los Angeles, California  90067 | **Central District of California** |
| 5  Telephone: 310-277-6910 | **BY** fortier    **DEPUTY CLERK** |

Facsimile:  310-201-0760

E-mail:   rpachulski@pszjlaw.com
          dziehl@pszjlaw.com
          hrafatjoo@pszjlaw.com
          gbrown@pszjlaw.com

Special Counsel for R. Todd Neilson, Chapter 11 Trustee for Ezri Namvar and [Proposed] Special Counsel for Bradley D. Sharp, Chapter 11 Trustee for Namco Capital Group, Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:08-bk-32333-BR |
| NAMCO CAPITAL GROUP, INC., a California corporation, | Chapter 11 |
| Debtor. | **ORDER GRANTING APPLICATION OF THE CHAPTER 11 TRUSTEE FOR NAMCO CAPITAL GROUP, INC., FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS SPECIAL COUNSEL TO TRUSTEE, NUNC PRO TUNC TO NOVEMBER 10, 2009 [DOCKET NO.  601** |

The Court has considered the *Application of the Chapter 11 Trustee for Namco Capital Group, Inc., for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Special Counsel to Trustee, Nunc Pro Tunc to November 10, 2009* [Docket No. 601], filed on November 20, 2009 (the "Application").  With good cause appearing therefor,

59701-001\DOCS_LA:213109.1

**IT IS HEREBY ORDERED**:

1. The Namco Trustee[1] gave proper notice and opportunity for interested parties to object to the Application and/or request a hearing on the Application;

2. No one timely filed an objection to the Application or requested for hearing on the Application;

3. The Official Committee of Unsecured Creditors in the above-referenced bankruptcy case filed a response to the Application but did not object to the relief sought and did not request a hearing on the Application;

4. Based upon the record before the Court, it appears that Pachulski Stang Ziehl & Jones LLP ("PSZJ") does not hold or represent any interest adverse to the estate in the matters on which it is to be employed as special counsel, that PSZJ is a disinterested person, that its employment is in the best interest of the estate, and that no hearing on the Application is required.

5. The Application is GRANTED;

6. The Namco Trustee is authorized to employ PSZJ, *nunc pro tunc* to November 10, 2009, as its special counsel on the terms and conditions set forth more fully in the Application and the concurrently filed Declaration of Richard M. Pachulski;

7. In particular, the employment arrangement approved in this Order contemplates that, subject to Court approval of PSZJ's fee application(s), the Namco Trustee will compensate PSZJ at its customary hourly rates in effect from time to time, and reimburse PSZJ for its expenses according to its customary reimbursement policies; and

8. The January 14, 2010 hearing date on the Application is vacated.

DATED: January 10, 2010

United States Bankruptcy Judge

---

[1] All defined terms not otherwise defined in this Order shall have the meanings ascribed to them in the Application.

| In re:<br>Namco Capital Group, Inc.,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:08-bk-32333-BR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document described  **[PROPOSED] ORDER GRANTING APPLICATION OF THE CHAPTER 11 TRUSTEE FOR NAMCO CAPITAL GROUP, INC., FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS SPECIAL COUNSEL TO TRUSTEE, NUNC PRO TUNC TO NOVEMBER 10, 2009 [DOCKET NO.  601]**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 17, 2009,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

VIA HAND DELIVERY
The Honorable Barry Russell
U.S. Bankruptcy Court, Central District of California
255 E. Temple Street, Suite 1660
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 17, 2009 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re:<br>Namco Capital Group, Inc.,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:08-bk-32333-BR |
|---|---|

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)    **ORDER GRANTING APPLICATION OF THE CHAPTER 11 TRUSTEE FOR NAMCO CAPITAL GROUP, INC., FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS SPECIAL COUNSEL TO TRUSTEE, NUNC PRO TUNC TO NOVEMBER 10, 2009 [DOCKET NO. 601]**    was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of    **December 17, 2009**   , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**

59701-001\DOCS_LA:213109.1

| In re:<br>Namco Capital Group, Inc.,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:08-bk-32333-BR |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**
**SERVICE LIST FOR ENTERED ORDER**

**2:08-bk-32333-BR Notice will be electronically mailed to:**

Simon Aron on behalf of Plaintiff Khalil Varastehpour
saron@wrslawyers.com

Raymond H Aver on behalf of Creditor Ashland Properties LLC
ray@averlaw.com

Robert D Bass on behalf of Interested Party Courtesy NEF
rbass@greenbass.com

Christine E Baur on behalf of Creditor Feizollah Efraim
christine.e.baur@bakernet.com,
tracey.l.angelopoulos@bakernet.com;anne.w.hamann@bakernet.com;ali.m.m.mojdehi@bakernet.com;jane.b.mackie@bakernet.com

Michael Jay Berger on behalf of Interested Party Courtesy NEF
michael.berger@bankruptcypower.com, michael.berger@bankruptcypower.com

Stephen F Biegenzahn on behalf of Debtor Ezri Namvar
efile@sfblaw.com

J Scott Bovitz on behalf of Creditor Arnel Investments, LLC
bovitz@bovitz-spitzer.com

Gillian N Brown on behalf of Debtor Namco Capital Group Inc
gbrown@pszjlaw.com, gbrown@pszjlaw.com

Shirley Cho on behalf of Trustee R. Todd Neilson
scho@pszjlaw.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

Alicia Clough on behalf of Creditor Solomon Rastegar
alicia.clough@kayescholer.com

Yona Conzevoy on behalf of Interested Party Informal Credit Group of Namco and Namvar
yconzevoy@dwclaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                      **F 9021-1.1**

| In re:<br>Namco Capital Group, Inc.,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:08-bk-32333-BR |
|---|---|

Brian L Davidoff on behalf of Creditor Mousa Namvar
bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com


Melissa Davis on behalf of Creditor Committee Committee of Unsecured Creditors (Estate of Ezri Namvar)
mdavis@shbllp.com

Daniel Denny on behalf of Interested Party Courtesy NEF
ddenny@gibsondunn.com

Richard K Diamond on behalf of Trustee R. Todd Neilson
rdiamond@dgdk.com

Richard K Diamond on behalf of Trustee R. Todd Neilson
jlv@dgdk.com, rdiamond@ecf.epiqsystems.com

Caroline Djang on behalf of Trustee Bradley Sharp
crd@jmbm.com

Joseph A Eisenberg on behalf of Creditor Faramarz Massachi
jae@jmbm.com

Robert Esensten on behalf of Plaintiff 26 Etehad, LLC
resensten@wcclaw.com

Michael G Fletcher on behalf of Creditor Cathay Bank
mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com

Alan W Forsley on behalf of Creditor Fereshteh Kohanim
awf@fredmanlieberman.com

Heather Fowler on behalf of Interested Party Courtesy NEF
heather.fowler@lw.com, colleen.rico@lw.com

Jon H Freis on behalf of Interested Party Courtesy NEF
jon@jhflaw.net

Sandford Frey on behalf of Creditor Committee Abraham B. Assil Trust
Sfrey@cmkllp.com

Vanessa B Fung on behalf of Interested Party Courtesy NEF
vfung@sobini.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9021-1.1**

| In re:<br>Namco Capital Group, Inc.,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:08-bk-32333-BR |
|---|---|

Philip A Gasteier on behalf of Interested Party Courtesy NEF
pgasteier@rdwlawcorp.com

Thomas M Geher on behalf of Defendant Namco Capital Group, Inc.
tmg@jmbm.com

Steven Glaser on behalf of Creditor Ashland Properties LLC
sglaser@wwllp.com

Barry S Glaser on behalf of Interested Party Courtesy NEF
bglaser@swjlaw.com

Robert P Goe on behalf of Interested Party Robert Goe
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com

Jeffrey I Golden on behalf of Creditor Roya Boucherian
jgolden@wgllp.com

David Gould on behalf of Interested Party Courtesy NEF
dgould@davidgouldlaw.com

Steven T Gubner on behalf of Trustee Bradley Sharp
sgubner@ebg-law.com, ecf@ebg-law.com

M Jonathan Hayes on behalf of Creditor David Haghani
jhayes@polarisnet.net

Michael J Heyman on behalf of Interested Party Delson Brown Properties, LLC
michael.heyman@klgates.com

Eric P Israel on behalf of Defendant Ezri Namvar
eisrael@dgdk.com

Seymone Javaherian on behalf of Interested Party Courtesy NEF
sj@javlaw.com

Ira Benjamin Katz on behalf of Interested Party Courtesy NEF
Ikatz@katzlaw.net

Alexandra Kazhokin on behalf of Interested Party Courtesy NEF
akazhokin@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**

| In re:<br>Namco Capital Group, Inc.,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:08-bk-32333-BR |
|---|---|

Stuart I Koenig on behalf of Creditor Committee Abraham B. Assil Trust
Skoenig@cmkllp.com

Michael S Kogan on behalf of Creditor Epsilon Electronics, Inc.
mkogan@ecjlaw.com

John P Kreis on behalf of Creditor JOHN KREIS
jkreis@attglobal.net

Jeffrey A Krieger on behalf of Defendant 450 Roxbury Properties II, LLC
jkrieger@ggfirm.com

Duane Kumagai on behalf of Creditor Mousa Namvar
dkumagai@rutterhobbs.com, calendar@rutterhobbs.com

Steven N Kurtz on behalf of Interested Party Lapico LLC and Picola 8 LLC
lgreenstein@laklawyers.com, rfeldon@laklawyers.com

Pamela Labruyere on behalf of Interested Party Courtesy NEF
pamela@sgsslaw.com

Jennifer Leland on behalf of Debtor Namco Capital Group Inc
jleland@pwkllp.com

John T Madden on behalf of Creditor Roya Boucherian
jmadden@wgllp.com

Harris M Madnick on behalf of Creditor Hino-8, LLC
hmmadnick@reederlugreen.com

William Malcolm on behalf of Creditor Deutsche Trustee Co.
bill@mclaw.org

Elmer D Martin on behalf of Interested Party Courtesy NEF
elmermartin@msn.com

Daniel J McCarthy on behalf of Attorney Daniel McCarthy
dmccarthy@hillfarrer.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re:<br>Namco Capital Group, Inc.,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:08-bk-32333-BR |
|---|---|

Hal M Mersel on behalf of Interested Party Courtesy NEF
mark.mersel@bryancave.com

Elissa Miller on behalf of Creditor Bijan Kianmahd
emiller@sulmeyerlaw.com

Ali M Mojdehi on behalf of Attorney Baker & McKenzie LLP
ali.m.m.mojdehi@bakernet.com, andrew.mcdermott@bakernet.com;cindy.zhou@bakernet.com

Susan I Montgomery on behalf of Creditor Foothill and East, LLC
susan@simontgomerylaw.com

Monserrat Morales on behalf of Debtor Namco Capital Group Inc
mmorales@pwkllp.com

Randall P Mroczynski on behalf of Creditor Daimler Trust
randym@cookseylaw.com

Vicente Matias Murrell on behalf of Creditor Pension Benefit Guaranty Corporation
murrell.vicente@pbgc.gov

R. Todd Neilson on behalf of Accountant LECG LLC
tneilson@ecf.epiqsystems.com, vdoran@lecg.com;sgreenan@lecg.com

David Norouzi on behalf of Interested Party Courtesy NEF
david@norouzi.us

Scott H Noskin on behalf of Creditor John Shayefar
snoskin@mirmanbubman.com

William Novotny on behalf of Interested Party Mariscal, Weeks, McIntyre & Friedlander, P.A.
william.novotny@mwmf.com

Walter K Oetzell on behalf of Plaintiff R. Neilson
woetzell@dgdk.com

Sam S Oh on behalf of Interested Party Courtesy NEF
sam.oh@limruger.com, alisia.dunbar@limruger.com;julie.yu@limruger.com;amy.lee@limruger.com

Jenny Y Park Garner on behalf of Interested Party Courtesy NEF
jpark@sheppardmullin.com

Penelope Parmes on behalf of Creditor Physicians Reciprocal Insurers
pparmes@rutan.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**

| In re:<br>Namco Capital Group, Inc.,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:08-bk-32333-BR |
|---|---|

Lawrence Peitzman on behalf of Interested Party Courtesy NEF
lpeitzman@pwkllp.com

Leo D Plotkin on behalf of Creditor Dr. David and York
lplotkin@lsl-la.com, dsmall@lsl-la.com


David M Poitras on behalf of Interested Party Courtesy NEF
dpoitras@jmbm.com

Samuel Price on behalf of Creditor Arizona Tempe Town Lake, LLC
sprice@donahoeyoung.com

Uzzi O Raanan on behalf of Trustee R. Todd Neilson
uor@dgdk.com

Christopher S Reeder on behalf of Creditor Homayoun Namvar
creeder@reederlugreen.com

Jeremy E Rosenthal on behalf of Creditor REB Malibu, LLC
jrosenthal@sidley.com

Gregory M Salvato on behalf of Creditor Haroon Moossai
gsalvato@pmcos.com, calendar@pmcos.com

Bruce S Schildkraut on behalf of U.S. Trustee United States Trustee (LA)
bruce.schildkraut@usdoj.gov

Benjamin Seigel on behalf of Petitioning Creditor Abraham Assil
bseigel@buchalter.com, IFS_filing@buchalter.com

David B Shemano on behalf of Attorney Peitzman Weg and Kempinsky
dshemano@pwkllp.com

Robyn B Sokol on behalf of Special Counsel Ezra Brutzkus Gubner LLP
ecf@ebg-law.com, rsokol@ebg-law.com

Ryan J Stonerock on behalf of Creditor 26 Etehad, LLC
rstonerock@wcclaw.com, amillman@wcclaw.com

Nico N Tabibi on behalf of Interested Party Courtesy NEF
nico@tabibilaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                           **F 9021-1.1**

| In re:<br>Namco Capital Group, Inc.,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:08-bk-32333-BR |
|---|---|

Sam Tabibian on behalf of Interested Party Courtesy NEF
sam.tabibian@gmail.com

Derrick Talerico on behalf of Interested Party Derrick Talerico
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

David A Tilem on behalf of Interested Party Ilana Namvar
davidtilem@tilemlaw.com,
malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com

Alan G Tippie on behalf of Interested Party Courtesy NEF
atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Howard J Weg on behalf of Debtor Namco Capital Group Inc
hweg@pwkllp.com

Michael H Weiss on behalf of Interested Party HEIDE KURTZ
mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com

Kimberly S Winick on behalf of Interested Party Courtesy NEF
kwinick@clarktrev.com

Rebecca J Winthrop on behalf of Interested Party Jeffry Belle
winthropr@ballardspahr.com

Beth Ann R Young on behalf of Creditor Artech Properties, LLC
bry@lnbrb.com

Afshin Youssefyeh on behalf of Creditor Jack & Gitta Nagel Foundation
ady@adylaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                   **F 9021-1.1**