| Attorney or Appellant, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Christopher S. Reeder (SBN 193041)<br>H. Mark Madnick (SBN 228126)<br>REEDER, LU & GREEN, LLP<br>2121 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067<br>Telephone: (310) 270-9300<br><br>*Attorney for Appellant*  HINO-8, LLC | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re: Namco Capital Group, Inc.<br><br>Debtor(s). | |
|---|---|
| Last four digits of Social Security Number(s): | CHAPTER: 11<br>CASE NUMBER: 2:08-bk-32333 |
| Employer's Tax Identification No(s) [if any]: | ADVERSARY NUMBER:<br>N/A |

## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the *(check only one box)*  ☐ plaintiff   ☐ defendant or   ☒ other party

    *(specify name of party)* Hino-8, LLC , appeals under 28 U.S.C.

    § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge *(describe judgment, order, or decree)* ORDER (1) APPROVING, AND AUTHORIZING THE EXECUTION OF AND PERFORMANCE UNDER SALE AGREEMENT, (2) AUTHORIZING SALE OF INTERESTS IN PROMISSORY NOTE AND DEED OF TRUST PURSUANT TO BANKRUPTCY CODE SECTION 363(f); AND (3) APPROVING AND AUTHORIZING COMPROMISE OF CONTROVERSY entered in this adversary proceeding or other proceeding

    *(describe other proceeding)* Order Approving Sale, Docket No. 669, attached hereto as Exhibit "A" on the

    11th day of January , *(year)* 2010 .

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows *(print or type names, addresses, telephone, and fax numbers)*:

    See Attachment "2"

*(Continued on next page)*

Revised 05/04

**FORM 17**

**FORM 17**

| In re | | CHAPTER: | 11 |
|---|---|---|---|
| Namco Capital Group, Inc. | Debtor(s). | CASE NUMBER: | 2:08-bk-32333 |

Dated: 1/18/10

/s/ H. Mark Madnick

*Signature (Attorney for Appellant or Appellant if not represented by an Attorney)*

Reeder, Lu & Green LLP

*Attorney Name*

2121 Ave. of the Stars, Suite 950, Los Angeles, California 90067

*Address*

(310) 270-9300

*Telephone Number*

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court.  The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this Notice of Appeal.  Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

*Revised 05/04*    **FORM 17**

<u>Notice of Appeal</u>
Attachment "2"

Thomas M. Geher
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
Telephone: (310) 203-8080

Ronald Michelman
Michelman & Michelman, LLP
20265 Ventura Blvd Ste "D"
Woodland Hills, CA 91364
Telephone: (818) 883-7373

Susan I. Montgomery
1925 Century Park East, Suite 1150
Los Angeles, California 90067
Telephone: (310) 556-8900

Robert L. Esensten
Wasserman, Comden & Casselman, LLP
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800·

EXHIBIT "A"

| | |
|---|---|
| 1 | DAVID M. POITRAS P.C. (SBN 141309) |
|   | THOMAS M. GEHER (SBN 130588) |
| 2 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
|   | 1900 Avenue of the Stars, Seventh Floor |
| 3 | Los Angeles, California 90067 |
|   | Telephone:  (310) 203-8080 |
| 4 | Facsimile:   (310) 203-0567 |
|   | E-Mail:      tgeher@jmbm.com |

**FILED & ENTERED**

JAN 11 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

Attorneys for Bradley D. Sharp, Chapter 11 Trustee for
Namco Capital Group, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

NAMCO CAPITAL GROUP, INC.,

        Debtor.

) Case No. 2:08-bk-32333 BR
)
)
) Chapter 11
)
) **ORDER GRANTING MOTION OF**
) **BRADLEY D. SHARP, CHAPTER 11**
) **TRUSTEE FOR NAMCO CAPITAL**
) **GROUP, INC., FOR AN ORDER:**
)
) **(1) APPROVING, AND AUTHORIZING**
) **THE EXECUTION OF AND**
) **PERFORMANCE UNDER,** *SALE*
) *AGREEMENT*;
)
) **(2) AUTHORIZING SALE OF INTERESTS**
) **IN PROMISSORY NOTE AND DEED OF**
) **TRUST PURSUANT TO BANKRUPTCY**
) **CODE SECTION 363(f); AND**
)
) **(3) APPROVING AND AUTHORIZING**
) **COMPROMISE OF CONTROVERSY**
)
)
)
) Hearing:
) Date:       December 15, 2009
) Time:       2:00 p.m.
) Courtroom: 1668
)             255 E. Temple Street
)             Los Angeles, California 90012
)

PRINTED ON
RECYCLED PAPER

6655339v1

1

1    The *Motion of Bradley D. Sharp, Chapter 11 Trustee for Namco Capital Group, Inc.,*
2    *for an Order: (1) Approving, and Authorizing the Execution of and Performance Under, Sale*
3    *Agreement; (2) Authorizing Sale of Interests in Promissory Note and Deed of Trust Pursuant to*
4    *Bankruptcy Code Section 363(f); and (3) Approving and Authorizing Compromise of Controversy*
5    (the "Motion") came on for hearing at the above date and time in Courtroom 1668 with the
6    Honorable Barry Russell, judge presiding.  Thomas M. Geher of Jeffer, Mangels, Butler &
7    Marmaro, LLP appeared for Bradley D. Sharp, Chapter 11 Trustee for the bankruptcy estate of
8    Namco Capital Group, Inc. (the "Trustee"), who was also present at the hearing; Susan I.
9    Montgomery of the Law Offices of Susan I. Montgomery appeared for The Amended and Restated
10   Kamran and Atoosa Benji 1993 Trust (the "Benji Trust"); Ronald Michelman of Michelman &
11   Michelman appeared for Lenmar Goshen, LLC, formerly known as Marmar Goshen, LLC
12   ("Lenmar"); Robert L. Esensten of Wasserman, Comden & Casselman, L.L.P. appeared for 26
13   Etehad, LLC ("26 Etehad"), Barry Agalar, AST Construction, Inc., AST 26 LLC, Fariba Atighehchi
14   and Joseph Sagahian (collectively, the "26 Etehad Parties"); Christopher S. Reeder and H. Mark
15   Madnick of Reeder/Lu/Green, LLP appeared for Hino-8, LLC ("Hino 8") and no other appearances
16   were made.

17    The Court having (i) read and considered the Motion and all papers and pleadings
18   filed by Trustee, Benji Trust, 26 Etehad Parties and Hino 8 in support of and in opposition to the
19   Motion; (ii) announced, on the record, its rulings concerning the Trustee's evidentiary objections to
20   that (a) Declaration of H. Mark Madnick filed by Hino 8 and (b) Declaration of Fariba Atighehchi
21   filed by the 26 Etehad Parties, (iii) heard and considered the arguments of counsel, (iv) made and
22   stated its findings of fact and conclusions of law on the record in this proceeding, which are adopted
23   and incorporated herein, (v) found that notice and service of the Motion was proper, and based
24   thereon and good cause appearing, it is hereby

25    **ORDERED** that the Motion is granted in full in its entirety; and it is further
26    **ORDERED** that the *Sale Agreement*, a copy of which is attached to the Motion as
27   Exhibit "A," is approved and effective and the parties to the *Sale Agreement*, i.e., Trustee, Lenmar
28   and Benji Trust, are authorized to, and ordered to, perform thereunder; and it is further

PRINTED ON
RECYCLED PAPER

6655339v1

2

1    **ORDERED** that the (i) "All Inclusive Promissory Note" dated December 14, 2007,

2    in the principal amount of $6,000,000 executed by Lenmar in favor of Namco Capital Group, Inc.

3    ("Namco") (the "Goshen Note"), a copy of which is attached to the Motion as Exhibit "B" and (ii)

4    "All Inclusive Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing," which

5    was recorded on January 3, 2008, in the Los Angeles County Recorder's Office as Instrument No.

6    20080011090 (the "Goshen Deed of Trust"), a copy of which is attached to the Motion as Exhibit

7    "C," are property of Namco's bankruptcy estate and both the 26 Etehad Parties and Hino 8 have no

8    lien, encumbrance, interest or claim in, on or with respect to the Goshen Note and Goshen Deed of

9    Trust; and it is further

10    **ORDERED** that Lenmar shall, pursuant to the terms of the *Sale Agreement*, pay to

11    the Trustee the sum of $1,300,000 in exchange for Trustee's, Namco's and Benji Trust's right, title

12    and interest in and to the Goshen Note and Goshen Deed of Trust; and it is further

13    **ORDERED** that the sale, transfer and delivery to Lenmar of Trustee's, Namco's and

14    Benji Trust's right, title and interest in and to the Goshen Note and Goshen Deed of Trust is free and

15    clear of all liens, encumbrances, interests and claims of every person, organization and entity,

16    including, but not limited to, all asserted and/or alleged liens, encumbrances, interests and claims of

17    Benji Trust, Namco, Ezri Namvar, Kamran Benji, Atoosa Benji, Hino 8 and 26 Etehad; and it is

18    further

19    **ORDERED** that within seven (7) days of the Trustee's receipt of the sum of

20    $1,300,000 from Lenmar, the Trustee shall pay to Benji Trust the sum of $1,000,000 in full and

21    final satisfaction of Namco's obligations under that *Promissory Note*, dated December 20, 2007, in

22    the principal sum of $923,251.67, a copy of which is attached to the Motion as Exhibit "D;" and it is

23    further

24    **ORDERED** that the sum of $300,000 remaining with and in the bankruptcy estate of

25    Namco, after the disbursement of $1,000,000 to Benji Trust, is free and clear of any and all liens,

26    encumbrances, interests and claims; and it is further

27    **ORDERED** that Lenmar, within eleven days after its payment of $1,300,000 to

28    Trustee, shall file herein a withdrawal, with prejudice, of that proof of claim filed by Lenmar, which

PRINTED ON
RECYCLED PAPER

6655339v1

3

1  proof of claim is attached to the Motion as Exhibit "I;" and it is further

2  **ORDERED** that Lenmar is a "good faith" purchaser of the Goshen Note and Goshen

3  Deed of Trust and that Lenmar shall be, and is, entitled to all of the protections and benefits

4  afforded a "good faith" purchaser pursuant to Bankruptcy Code § 363(m); and it is further

5  **ORDERED** that the stay of this Order provided for by Rule 6004(g) of the Federal

6  Rules of Bankruptcy Procedure shall be, and hereby is, waived and not applicable.

###

DATED: January 11, 2010

United States Bankruptcy Judge

PRINTED ON RECYCLED PAPER

6655339v1

4

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1900 Avenue of the Stars, Seventh Floor, Los Angeles, CA 90067

The foregoing document described ORDER GRANTING MOTION OF BRADLEY D. SHARP, CHAPTER 11 TRUSTEE FOR NAMCO CAPITAL GROUP, INC., FOR AN ORDER: (1) APPROVING, AND AUTHORIZING THE EXECUTION OF AND PERFORMANCE UNDER, SALE AGREEMENT; (2) AUTHORIZING SALE OF INTERESTS IN PROMISSORY NOTE AND DEED OF TRUST PURSUANT TO BANKRUPTCY CODE SECTION 363(f); AND (3) APPROVING AND AUTHORIZING COMPROMISE OF CONTROVERSY will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005- 2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On December 22, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**[Served By U.S. Mail]**

| | |
|---|---|
| Honorable Barry Russell | Ronald Michelman |
| United States Bankruptcy Court | Michelman & Michelman, LLP |
| 255 E. Temple St., Suite 1660 | 20265 Ventura Blvd Ste "D" |
| Los Angeles, CA 90012 | Woodland Hills, CA 91364 |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 22, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email

as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be completed no later than 24 hours after the document is filed</u>*.

**[Served By E-Mail]**
Ronald Michelman - ronaldmichelman@sbcglobal.net

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 22, 2009 | Claudean Brandon | /s/ Claudean Brandon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

PRINTED ON
RECYCLED PAPER

6655339v1

6

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled <u>ORDER GRANTING MOTION OF BRADLEY D. SHARP, CHAPTER 11 TRUSTEE FOR NAMCO CAPITAL GROUP, INC., FOR AN ORDER: (1) APPROVING, AND AUTHORIZING THE EXECUTION OF AND PERFORMANCE UNDER, SALE AGREEMENT; (2) AUTHORIZING SALE OF INTERESTS IN PROMISSORY NOTE AND DEED OF TRUST PURSUANT TO BANKRUPTCY CODE SECTION 363(f); AND (3) APPROVING AND AUTHORIZING COMPROMISE OF CONTROVERSY</u> was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 1/5/10, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Simon Aron   saron@wrslawyers.com
- Raymond H Aver   ray@averlaw.com
- Robert D Bass   rbass@greenbass.com
- Christine E Baur   christine.e.baur@bakernet.com, tracey.l.angelopoulos@bakernet.com;anne.w.hamann@bakernet.com;ali.m.m.mojdehi@bakernet.com;jane.b.mackie@bakernet.com
- Michael Jay Berger   michael.berger@bankruptcypower.com, michael.berger@bankruptcypower.com
- Stephen F Biegenzahn   efile@sfblaw.com
- J Scott Bovitz   bovitz@bovitz-spitzer.com
- Gillian N Brown   gbrown@pszjlaw.com, gbrown@pszjlaw.com
- Shirley Cho   scho@pszjlaw.com
- Russell Clementson   russell.clementson@usdoj.gov
- Alicia Clough   alicia.clough@kayescholer.com
- Yona Conzevoy   yconzevoy@dwclaw.com
- Brian L Davidoff   bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Melissa Davis   mdavis@shbllp.com
- Daniel Denny   ddenny@gibsondunn.com
- Richard K Diamond   rdiamond@dgdk.com
- Richard K Diamond   jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
- Caroline Djang   crd@jmbm.com
- Joseph A Eisenberg   jae@jmbm.com
- Robert Esensten   resensten@wcclaw.com
- Michael G Fletcher   mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Alan W Forsley   awf@fredmanlieberman.com
- Heather Fowler   heather.fowler@lw.com, colleen.rico@lw.com
- Jon H Freis   jon@jhflaw.net
- Sandford Frey   Sfrey@cmkllp.com
- Vanessa B Fung   vfung@sobini.com
- Philip A Gasteier   pgasteier@rdwlawcorp.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Thomas M Geher  tmg@jmbm.com
- Barry S Glaser  bglaser@swjlaw.com
- Steven Glaser  sglaser@wwllp.com
- Robert P Goe  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Jeffrey I Golden  jgolden@wgllp.com
- David Gould  dgould@davidgouldlaw.com
- Steven T Gubner  sgubner@ebg-law.com, ecf@ebg-law.com
- M Jonathan Hayes  jhayes@polarisnet.net
- Michael J Heyman  michael.heyman@klgates.com
- Eric P Israel  eisrael@dgdk.com
- Seymone Javaherian  sj@javlaw.com
- Ira Benjamin Katz  Ikatz@katzlaw.net
- Alexandra Kazhokin  akazhokin@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Stuart I Koenig  Skoenig@cmkllp.com
- Michael S Kogan  mkogan@ecjlaw.com
- John P Kreis  jkreis@attglobal.net
- Jeffrey A Krieger  jkrieger@ggfirm.com
- Duane Kumagai  dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
- Steven N Kurtz  lgreenstein@laklawyers.com, rfeldon@laklawyers.com
- Pamela Labruyere  pamela@sgsslaw.com
- Jennifer Leland  jleland@pwkllp.com
- John T Madden  jmadden@wgllp.com
- Harris M Madnick  hmmadnick@reederlugreen.com
- William Malcolm  bill@mclaw.org
- Elmer D Martin  elmermartin@msn.com
- Daniel J McCarthy  dmccarthy@hillfarrer.com
- David W. Meadows  david@davidwmeadowslaw.com
- Hal M Mersel  mark.mersel@bryancave.com
- Elissa Miller  emiller@sulmeyerlaw.com
- Ali M Mojdehi  ali.m.m.mojdehi@bakernet.com, andrew.mcdermott@bakernet.com;cindy.zhou@bakernet.com
- Susan I Montgomery  susan@simontgomerylaw.com
- Monserrat Morales  mmorales@pwkllp.com
- Randall P Mroczynski  randym@cookseylaw.com
- Vicente Matias Murrell  murrell.vicente@pbgc.gov
- R. Todd Neilson  tneilson@ecf.epiqsystems.com, vdoran@lecg.com;sgreenan@lecg.com
- David Norouzi  david@norouzi.us
- Scott H Noskin  snoskin@mirmanbubman.com
- William Novotny  william.novotny@mwmf.com
- Walter K Oetzell  woetzell@dgdk.com
- Sam S Oh  sam.oh@limruger.com, alisia.dunbar@limruger.com;julie.yu@limruger.com;amy.lee@limruger.com
- Jenny Y Park Garner  jpark@sheppardmullin.com
- Penelope Parmes  pparmes@rutan.com
- Lawrence Peitzman  lpeitzman@pwkllp.com
- Leo D Plotkin  lplotkin@lsl-la.com, dsmall@lsl-la.com

PRINTED ON
RECYCLED PAPER

6655339v1

8

- David M Poitras    dpoitras@jmbm.com
- Samuel Price    sprice@donahoeyoung.com
- Uzzi O Raanan    uor@dgdk.com
- Christopher S Reeder    creeder@reederlugreen.com
- Jeremy E Rosenthal    jrosenthal@sidley.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@pmcos.com
- Bruce S Schildkraut    bruce.schildkraut@usdoj.gov
- Benjamin Seigel    bseigel@buchalter.com, IFS_filing@buchalter.com
- David B Shemano    dshemano@pwkllp.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- Ryan J Stonerock    rstonerock@wcclaw.com, amillman@wcclaw.com
- Nico N Tabibi    nico@tabibilaw.com
- Sam Tabibian    sam.tabibian@gmail.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Howard J Weg    hweg@pwkllp.com
- Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com
- Kimberly S Winick    kwinick@clarktrev.com
- Rebecca J Winthrop    winthropr@ballardspahr.com
- Beth Ann R Young    bry@lnbrb.com
- Afshin Youssefyeh    ady@adylaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

| In Re: Namco Capital Group, Inc. | Case No. **2:08-bk-32333-BR** |
|---|---|
| Debtor, | Chapter 11 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  2121 Avenue of the Stars, Suite 950, Los Angeles, California 90067

A true and correct copy of the foregoing document described **NOTICE OF APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 18, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On January 18, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed*.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 18, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 18, 2010 | H. Mark Madnick | /s/ H. Mark Madnick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In Re: Namco Capital Group, Inc. | Case No. **2:08-bk-32333-BR** |
|---|---|
| Debtor, | Chapter 11 |

**ADDITIONAL INFORMATION:**

**VIA ELECTRONICALLY SERVED:**

Chapter 11 Trustee – TMG@JMBM.com
Susan I. Montgomery- susan@simontgomerylaw.com
Ronald Michaelman- ronaldmichaelman@sbcglobal.net
Robert Esensten- resensten@wcclaw.com

**SERVED VIA OVERNITE EXPRESS**
Honorable Barry Russell
United States Bankruptcy Court
255 East Temple Street, Courtroom 1668
Los Angeles, California 90012

**SERVED VIA U.S. MAIL**