JOSEPH A. EISENBERG P.C. (State Bar No. 52346)
DAVID M. POITRAS P.C. (State Bar No. 141309)
THOMAS M. GEHER (State Bar No. 130588)
CAROLINE R. DJANG (State Bar No. 216313)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone:  (310) 203-8080/Facsimile: (310) 203-0567

Counsel for Bradley D. Sharp, Chapter 11 Trustee
for Namco Capital Group, Inc.

RICHARD K. DIAMOND (State Bar No. 70634)
ERIC P. ISRAEL (State Bar No. 132426)
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone:  (310) 277-0077/Facsimile: (310) 277-5735

Attorneys for R. Todd Neilson,
Chapter 11 Trustee for Ezri Namvar

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>NAMCO CAPITAL GROUP, INC.,<br>a California corporation,<br><br>    Debtor. | CASE NO.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON APPLICATIONS OF PROFESSIONALS FOR APPROVAL AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF PROFESSIONALS**<br><br>Hearing:<br>Date:    March 10, 2010<br>Time:    10:00 a.m.<br>Place:   Courtroom 1668<br>             255 East Temple Street<br>             Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE AND INTERESTED PARTIES:**

6779437v1

**PLEASE TAKE NOTICE** that on March 10, 2010, at 10:00 a.m., or as soon thereafter as the applicants can be heard, before the Honorable Barry Russell, United States Bankruptcy Judge, in Courtroom 1668, located at 255 East Temple Street, Los Angeles, CA, the Bankruptcy Court will consider the applications of the professional persons listed below for allowance and payment of interim compensation and reimbursement of expenses for services rendered in connection with the chapter 11 cases of Namco Capital Group, Inc. ("Namco") and Ezri Namvar ("Namvar"). Bradley D. Sharp is the duly appointed, qualified and acting chapter 11 trustee for the Namco bankruptcy estate (the "Namco Trustee"), and R. Todd Neilson is the duly appointed, qualified and acting chapter 11 trustee for Namvar bankruptcy estate (the "Namvar Trustee") (the Namco Trustee and the Namvar Trustee are referred to hereinafter collectively as the "Trustees").

## NAMCO PROFESSIONALS

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Jeffer, Mangels, Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067<br><br>Attn:   David M. Poitras P.C.<br><br>*Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 9/21/2009 - 1/31/2010 | $763,539.00 | $14,745.62 | $778,284.62 |
| Bradley D. Sharp<br>333 South Grand Avenue<br>Suite 4070<br>Los Angeles, CA 90071<br><br>*Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 9/1/2009 - 1/31/2010 | $20,246.04 | $12,514.57 | $32,760.61 |

6779437v1

1

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Ezra Brutzkus Gubner LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br><br>Attn:   Steven T. Gubner<br>         Robyn B. Sokol<br><br>*Special Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 9/24/2009 - 1/31/2010 | $74,892.50 | $1,624.05 | $76,516.55 |
| LECG<br>2049 Century Park East, Suite 2300<br>Los Angeles, California  90067<br><br>Attn.   David Judd<br><br>*Accountants to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 9/1/2009 - 1/31/2010 | $982,094.75 | $3,712.59 | $985,807.34<br><br>This is the total amount owed LECG as accountants in both the Namco and Namvar bankruptcy cases |
| Peitzman, Weg & Kempinsky LLP<br>10100 Santa Monica Boulevard<br>Suite 1450<br>Los Angeles, CA 90067<br><br>Attn:   David B. Shemano<br><br>*Special Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 9/1/2009 - 1/31/2010 | $55,235.50 | $3,668.78 | $58,904.28 |

PRINTED ON
RECYCLED PAPER

JMBM | Jeffer Mangels
Butler & Marmaro LLP

6779437v1

2

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Neufeld Law Group<br>360 East Second Street, Suite 703<br>Los Angeles, CA 90012<br><br>Attn:   Timothy L. Neufeld<br><br>*Former Attorneys for Namco Capital Group, Inc., Debtor and Former Debtor-in-Possession and Special Counsel to the Namco Trustee* | 10/1/2009 - 1/31/2010 | $50,929.50 | $1,616.12 | $52,545.62 |
| Nicholas F. Klein<br>12121 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025<br><br>Attn:   Nicolas F. Klein<br><br>*Former Attorneys for Namco Capital Group, Inc., Debtor and Former Debtor-in-Possession and Special Real Estate Counsel to the Namco Trustee* | 10/13/2009 - 2/9/2010 | $6,480.00 | $8.00 | $6,488.00 |
| Creim, Macias, Koenig & Frey LLP<br>633 West 5th Street, Suite 5100<br>Los Angeles, CA 90071<br><br>Attn:   Stuart I. Koenig<br><br>*Counsel to the Official Committee of Unsecured Creditors of Namco Capital Group, Inc.* | 9/1/2009 – 1/31/2010 | $155,430.00 | $4,115.48 | $159,545.48 |
| Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard<br>11th Floor<br>Los Angeles, CA 90067<br><br>Attn: Gillian N. Brown<br><br>*Special Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 11/10/2009 - 1/31/2010 | $13,486.00 | $173.88 | $13,659.88 |

PRINTED ON
RECYCLED PAPER

JMBM | Jeffer Mangels Butler & Marmaro LLP

6779437v1

3

| | **NAMVAR PROFESSIONALS** | | | | |
|---|---|---|---|---|---|
| | **Professional/Name** | **Time Period** | **Fees Requested** | **Expense Reimb.** | **Total** |
| | Danning, Gill, Diamond & Kollitz LLP<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067<br><br>Attn:   Richard K. Diamond<br><br>*Counsel to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 9/1/2009 - 1/31/2010 | $599,482.00 | $21,746.89 | $621,228.89 |
| | R. Todd Neilson<br>2049 Century Park East<br>Suite 2300<br>Los Angeles, CA 90067<br><br>*Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 9/1/2009 - 1/31/2010 | $10,023.45 | $1,976.66 | $12,000.11 |
| | Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard<br>11th Floor<br>Los Angeles, CA 90067<br><br>Attn: Gillian N. Brown<br><br>*Special Counsel to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 7/1/2009 - 1/31/2010 | $170,729.50 | $5,774.74 | $176,504.24 |
| | LECG<br>2049 Century Park East, Suite 2300<br>Los Angeles, California  90067<br><br>Attn:   David Judd<br><br>*Accountants to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 9/1/2009 - 1/31/2010 | $982,094.75 | $3,712.59 | $985,807.34<br><br>This is the total amount owed LECG as accountants in both the Namco and Namvar bankruptcy cases |

**PLEASE TAKE FURTHER NOTICE** that as of the date of this Notice, there are no funds available to distribute on account of allowed fees and costs in either the Namco or Namvar estates on account of either the unpaid allowances of fees and costs from the first interim fee applications

PRINTED ON RECYCLED PAPER

JMBM  Jeffer Mangels Butler & Marmaro LLP

6779437v1

4

or on account of the pending second interim fee applications. In connection with the first interim fee applications, between the two estates, approximately $5.2 million in fees and $228,157 in costs were allowed by the court. These amounts include the fees and costs of the professionals previously employed during the period the debtors were debtors in possession. Of these amounts, approximately 41% of the fees and 100% of the costs have been paid. Notwithstanding the fact that the estates do not presently have sufficient funds on hand to pay the fees and costs as may be allowed by the Court, the Trustees believe that it is prudent to seek interim approval of fees and costs periodically so that (1) the Court and parties in interest can review the various fee requests in a timely manner (and not after substantial time has passed between the time that the services were rendered and the applications are considered) and (2) prompt payment can be made as and when funds are available in the estates to pay allowed fees and costs. Within the next four to six months, the Trustees project that sufficient funds will come into the estates to pay the unpaid balances from the first round of fee applications and any allowances made on account of the second round of fee applications.

In connection with the first interim allowances of fees and costs, the Trustees proposed that the allowed fees and costs of professionals employed in the Namco and Namvar chapter 11 cases be paid *pro rata* from available cash proceeds in both estates. This proposal was approved by the court. At this point in time, as was the case in connection with the first round of fee applications, either estate may arguably make a claim to some or all of any assets held by the other estate. It may be a lengthy period of time before such issues can be resolved. Accordingly, the Trustees continue to believe that *pro rata* payment to all professionals employed in both cases is both necessary and appropriate. To the extent that it is later determined that one estate has paid a disproportionate share of such fees and costs, that estate will have an allowed administrative claim against the other estate for repayment of such disproportionate payment. Notwithstanding any future payment adjustment between the estates, no disgorgement of fees and costs will be required of any professional based upon the *pro rata* treatment proposed herein. Any objection to this proposal must be stated in writing and served not later than fourteen (14) days prior to the scheduled hearing date on the Applications.

6779437v1

5

**PLEASE TAKE FURTHER NOTICE THAT:**

1. The Applications will be on file with the Court and available for inspection and copying at the Office of the Clerk, United States Bankruptcy Court, Los Angeles Division, 255 East Temple Street, Los Angeles, California 90012. The Applications will also be posted on the Trustees' website at www.namvar-namco-bankruptcy.com. A copy of the Application may also be requested by contacting in writing the professional filing the same.

2. Objections to the Applications, if any, must be in writing, filed with the United States Bankruptcy Court, and served on the United States Trustee, on the professional person to whom the objection is directed, and on counsel for the Trustees whose name and address appears in the upper left hand corner of the first page of this Notice. Any such objection not so filed and served may be deemed to have been waived.

3. Pursuant to Local Bankruptcy Rule 9013-1(f), any objections to any of the Applications must be filed and served not later than fourteen (14) days prior to the scheduled hearing date. Failure to timely file and serve a proper objection may be deemed consent to the award and payment of fees and expenses as requested.

Respectfully submitted,

Date: February 17, 2010         JEFFER, MANGELS, BUTLER & MARMARO LLP

By:   /s/ David M. Poitras
DAVID M. POITRAS P.C.
Attorneys for Bradley D. Sharp,
Chapter 11 Trustee for Namco Capital Group, Inc.

PRINTED ON
RECYCLED PAPER
6779437v1

6

| In re: NAMCO CAPITAL GROUP, INC.          Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:08-bk-32333-BR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1900 Avenue of the Stars, Seventh Floor, Los Angeles, California 90067-4308

A true and correct copy of the foregoing document described **NOTICE OF HEARING ON APPLICATIONS OF PROFESSIONALS FOR APPROVAL AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF PROFESSIONALS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 17, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On February 17, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 17, 2010 | Claudean Brandon | /s/ Claudean Brandon |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re:<br>NAMCO CAPITAL GROUP, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:08-bk-32333-BR |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. TO BE SERVED BY NEF**

- Simon Aron    saron@wrslawyers.com
- Raymond H Aver    ray@averlaw.com
- Robert D Bass    rbass@greenbass.com
- Christine E Baur    christine.e.baur@bakernet.com, tracey.l.angelopoulos@bakernet.com;anne.w.hamann@bakernet.com;ali.m.m.mojdehi@bakernet.com;jane.b.mackie@bakernet.com
- Michael Jay Berger    michael.berger@bankruptcypower.com, michael.berger@bankruptcypower.com;cristina.frankian@bankruptcypower.com
- Stephen F Biegenzahn    efile@sfblaw.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Gillian N Brown    gbrown@pszjlaw.com, gbrown@pszjlaw.com
- Shirley Cho    scho@pszjlaw.com
- Russell Clementson    russell.clementson@usdoj.gov
- Alicia Clough    alicia.clough@kayescholer.com
- Yona Conzevoy    yconzevoy@dwclaw.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Richard K Diamond    rdiamond@dgdk.com
- Richard K Diamond    jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
- Caroline Djang    crd@jmbm.com
- Joseph A Eisenberg    jae@jmbm.com
- Robert Esensten    resensten@wcclaw.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Alan W Forsley    awf@fredmanlieberman.com
- Heather Fowler    heather.fowler@lw.com, colleen.rico@lw.com
- Jon H Freis    jon@jhflaw.net
- Sandford Frey    Sfrey@cmkllp.com
- Vanessa B Fung    vfung@sobini.com
- Philip A Gasteier    pag@lnbrb.com
- Thomas M Geher    tmg@jmbm.com
- Barry S Glaser    bglaser@swjlaw.com
- Steven Glaser    sglaser@wwllp.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Jeffrey I Golden    jgolden@wgllp.com
- David Gould    dgould@davidgouldlaw.com
- Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
- M Jonathan Hayes    jhayes@polarisnet.net
- Michael J Heyman    michael.heyman@klgates.com
- Eric P Israel    eisrael@dgdk.com
- Seymone Javaherian    sj@javlaw.com
- Ira Benjamin Katz    lkatz@katzlaw.net
- Alexandra Kazhokin    , salarcon@buchalter.com;ifs_filing@buchalter.com
- Stuart I Koenig    Skoenig@cmkllp.com
- Michael S Kogan    mkogan@ecjlaw.com
- John P Kreis    jkreis@attglobal.net
- Jeffrey A Krieger    jkrieger@ggfirm.com
- Duane Kumagai    dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
- Steven N Kurtz    lgreenstein@laklawyers.com, rfeldon@laklawyers.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                        **F 9013-3.1**

| In re:<br>NAMCO CAPITAL GROUP, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:08-bk-32333-BR |
|---|---|

- Pamela Labruyere   pamela@sgsslaw.com
- Ronald L Leibow   rleibow@kayescholer.com
- Jennifer Leland   jleland@pwkllp.com
- John T Madden   jmadden@wgllp.com
- Harris M Madnick   hmmadnick@reederlugreen.com
- William Malcolm   bill@mclaw.org
- Elmer D Martin   elmermartin@msn.com
- Daniel J McCarthy   dmccarthy@hillfarrer.com
- David W. Meadows   david@davidwmeadowslaw.com
- Hal M Mersel   mark.mersel@bryancave.com
- Elissa Miller   emiller@sulmeyerlaw.com
- Ali M Mojdehi   ali.m.m.mojdehi@bakernet.com, andrew.mcdermott@bakernet.com;cindy.zhou@bakernet.com
- Susan I Montgomery   susan@simontgomerylaw.com
- Monserrat Morales   mmorales@pwkllp.com
- Randall P Mroczynski   randym@cookseylaw.com
- Vicente Matias Murrell   murrell.vicente@pbgc.gov
- R. Todd Neilson   tneilson@ecf.epiqsystems.com, vdoran@lecg.com;sgreenan@lecg.com
- David Norouzi   david@norouzi.us
- Scott H Noskin   snoskin@mirmanbubman.com
- William Novotny   william.novotny@mwmf.com
- Walter K Oetzell   woetzell@dgdk.com
- Sam S Oh   sam.oh@limruger.com, alisia.dunbar@limruger.com;julie.yu@limruger.com;amy.lee@limruger.com
- Aram Ordubegian   ordubegian.aram@arentfox.com
- Jenny Y Park Garner   jpark@sheppardmullin.com
- Penelope Parmes   pparmes@rutan.com
- Lawrence Peitzman   lpeitzman@pwkllp.com
- Leo D Plotkin   lplotkin@lsl-la.com, dsmall@lsl-la.com
- David M Poitras   dpoitras@jmbm.com
- Samuel Price   sprice@donahoeyoung.com
- Uzzi O Raanan   uor@dgdk.com
- Christopher S Reeder   creeder@reederlugreen.com
- Jeremy E Rosenthal   jrosenthal@sidley.com
- Gregory M Salvato   gsalvato@pmcos.com, calendar@pmcos.com
- Bruce S Schildkraut   bruce.schildkraut@usdoj.gov
- Benjamin Seigel   bseigel@buchalter.com, IFS_filing@buchalter.com
- David B Shemano   dshemano@pwkllp.com
- Brian P Simon   nightowl5755@yahoo.com
- Robyn B Sokol   ecf@ebg-law.com, rsokol@ebg-law.com
- Ryan J Stonerock   rstonerock@wcclaw.com, amillman@wcclaw.com
- Nico N Tabibi   nico@tabibilaw.com
- Sam Tabibian   sam.tabibian@gmail.com
- Derrick Talerico   dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- David A Tilem   davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com
- Alan G Tippie   atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Howard J Weg   hweg@pwkllp.com
- Michael H Weiss   mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com
- Monika S Wiener   wienerm@hbdlawyers.com
- Kimberly S Winick   kwinick@clarktrev.com
- Rebecca J Winthrop   winthropr@ballardspahr.com
- Beth Ann R Young   bry@lnbrb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re:<br>NAMCO CAPITAL GROUP, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:08-bk-32333-BR |
|---|---|

- Mark T Young    myoung@donahoeyoung.com
- Afshin Youssefyeh    ady@adylaw.com


II. **SERVED BY U.S. MAIL**

Honorable Barry Russell
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

Ronald Michelman
Michelman & Michelman, LLP
20265 Ventura Blvd Ste "D"
Woodland Hills, CA 91364

26 Etehad LLC
Agent for Service of Process
Joseph Saghian
1517 S Bentley Ave #HOA
Los Angeles, CA 90025

Hino-8 LLC
Agent for Service of Process
Sean Namver
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Alexander Haroonian, Esq.
Law Offices of Alexander Haroonian
9025 Wilshire Boulevard, Suite 301
Beverly Hills, CA 90211

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1