SANDFORD L. FREY (State Bar No. 117058)
STUART I. KOENIG (State Bar No. 102764)
CREIM MACIAS KOENIG & FREY LLP
633 West Fifth Street, 51st Floor
Los Angeles, California 90071
Telephone: (213) 614-1944
Facsimile:  (213) 614-1961
sfrey@cmkllp.com
skoenig@cmkllp.com

Attorneys for Official Unsecured Creditors' Committee of
NAMCO CAPITAL GROUP, INC.,

FILED & ENTERED

APR 14 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## [LOS ANGELES DIVISION]

| | |
|---|---|
| In re<br><br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor. | CASE NO.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>**ORDER AUTHORIZING APPOINTMENT FTI CONSULTING AS FINANCIAL ADVISORS TO THE OFFICIAL UNSECURED CREDITORS' COMMITTEE OF NAMCO CAPITAL GROUP, INC.**<br><br>[NO HEARING REQUIRED] |

Upon the Application of the Official Unsecured Creditors' Committee of Namco Capital Group, Inc. (the "Committee"), to employ FTI Consulting as Financial Advisors to the Committee, and the Declaration of Ken Kathcart filed in support thereof (the "Application");

It appearing to the Court that FTI Consulting does not hold or represent any interest adverse to the estate in the matters upon which it is to be engaged;

That it has no connection with the Debtor, its respective attorney's, accountants, creditors or any other party in interest;

That its employment is in the best interest of the estate; and

More than 14 days have passed since the "NOTICE OF SUBMISSION OF APPLICATION FOR APPOINTMENT OF FTI CONSULTING AS FINANCIAL ADVISORS TO THE OFFICIAL

1

UNSECURED CREDITORS' COMMITTEE" was served on the interested parties and no objections having been filed:

IT IS ORDERED that FTI Consulting is hereby approved as financial advisors for the Committee, with compensation to be at the expense of the estate in such amount as the Court may hereafter allow, consistent with Sections 330 and 331 of the Bankruptcy Code, or pursuant to any order of the Court pertaining to the payment of professionals in this case.

IT IS FURTHER ORDERED that to the extent there is any ambiguity or conflict between the Committee and FTI Consulting, the terms and conditions of the Application shall control.

DATED: April 14, 2010

United States Bankruptcy Judge

| In re: NAMCO CAPITAL GROUP, INC., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08-bk-32333-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Creim Macias Koenig & Frey, LLP, 633 W. Fifth Street, 51st Floor, Los Angeles, CA 90071

The foregoing document described <u>ORDER AUTHORIZING APPOINTMENT FTI CONSULTING AS FINANCIAL ADVISORS TO THE OFFICIAL UNSECURED CREDITORS' COMMITTEE OF NAMCO CAPITAL GROUP, INC.</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On <u>April 1, 2010</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

The Hon. Barry Russell (By U.S. Mail)
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple St.
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 1, 2010 | Kelli Nielsen | /s/ Kelli Nielsen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*

| In re: NAMCO CAPITAL GROUP, INC., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08-bk-32333-BR |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER AUTHORIZING APPOINTMENT FTI CONSULTING AS FINANCIAL ADVISORS TO THE OFFICIAL UNSECURED CREDITORS' COMMITTEE OF NAMCO CAPITAL GROUP, INC. was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒    Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Namco Capital Group, Inc.
12121 Wilshire Blvd., Ste. 1400
Los Angeles, CA  90025

☐    Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒    Service information continued on attached page

   This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*

| In re: NAMCO CAPITAL GROUP, INC., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08-bk-32333-BR |

**I. Served by Court via NEF**

| | |
|---|---|
| Simon Aron | saron@wrslawyers.com |
| Raymond H. Aver | ray@averlaw.com |
| Robert D. Bass | rbass@greenbass.com |
| Christine E. Baur | christine.e.baur@bakernet.com; tracey.l.angelpoulos@bakernet.com; anne.w.hamann@bakernet.com; ali.m.m.mojdehi@bakernet.com; jane.b.mackie@bakernet.com |
| Michael Jay Berger | michael.berger@bankruptcypower.com |
| Stephen F. Biegenzahn | efile@sfblaw.com |
| J. Scott Bovitz | bovitz@bovitz-spitzer.com |
| Gillian N. Brown | gbrown@pszjlaw.com |
| Shirley Cho | scho@pszjlaw.com |
| Matthew Clarke | mclarke@cappellonoe1.com |
| Russell Clementson | russell.clementson@usdoj.gov |
| Alicia Clough | alicia.clough@kayescholer.com |
| Marc S. Cohen | mcohen@kayescholer.com |
| Yona Conzevoy | yconzevoy@dwclaw.com |
| Ashleigh A. Danker | adanker@kayescholer.com |
| Brian L. Davidoff | bdavidoff@rutterhobbs.com; calendar@rutterhobbs.com; jreinglass@rutterhobbs.com |
| Melissa Davis | mdavis@shbllp.com |
| Daniel B. Denny | ddenny@gibsondunn.com |
| Richard K. Diamond | rdiamond@dgdk.com; jlv@dgdk.com; rdiamond@ecf.epiqsystems.com |
| Caroline Djang | crd@jmbm.com |
| Joseph A. Eisenberg | jae@jmbm.com |
| Robert Esensten | resensten@wcclaw.com |
| Michael G. Fletcher | mfletcher@frandzel.com; efiling@frandzel.com; shom@frandzel.com |
| Alan W. Forsley | awf@fredmanlieberman.com |
| Heather Fowler | heather.fowler@lw.com; colleen.rico@lw.com |
| Jon H. Freis | jon@jhflaw.net |
| Sandford L. Frey | sfrey@cmkllp.com |
| Vanessa B. Fung | vfung@sobini.com |
| Philip A. Gasteier | pag@lnbrb.com |
| Randi R. Geffner | rgeffner@wcclaw.com |
| Thomas A. Geher | tmg@jmbm.com |
| Barry S. Glaser | bglaswer@swjlaw.com |
| Steven Glaser | sglaser@wwllp.com |
| Jeffrey I. Golden | jgolden@wgllp.com |
| David Gould | dgould@davidgouldlaw.com |
| Steven T. Gubner | sgubner@ebg-law.com; ecf@ebg-law.com |
| M. Jonathan Hayes | jhayes@polarisnet.com |
| Michael J. Heyman | Michael.heyman@klgates.com |
| Eric P. Israel | eisrael@dgdk.com |
| Seymone Javaherian | sj@javlaw.com |
| Ira Benjamin Katz | lkatz@katzlaw.net |
| Stuart I. Koenig | skoenig@cmkllp.com |
| Michael S. Kogan | mkogan@ecjlaw.com |
| John P. Kreis | jkreis@attglobal.net |
| Jeffrey A. Krieger | jkrieger@greenbergglusker.com |
| Duane Kumagai | dkumagai@rutterhobbs.com; calendar@rutterhobbs.com |
| Steven N. Kurtz | lgreenstein@laklawyers.com; rfeldon@laklawyers.com |
| Pamela Labruyere | Pamela@sgsslaw.com |
| Ronald L. Leibow | rleibow@kayescholer.com |
| Jennifer Leland | jwaldner@pwkllp.com |
| John T. Madden | jmadden@wgllp.com |
| Harris M. Madnick | hmmadnick@reederlugreen.com |
| William Malcom | bill@mclaw.com |
| Elmer D. Martin | elmermartin@msn.com |
| Daniel J. McCarthy | dmccarthy@hillfarrer.com |
| David W. Meadows | david@davidwmeadowslaw.com |
| Hal M. Mersel | mark.mersel@bryancave.com |
| Elissa Miller | emiller@sulmeyerlaw.com |

CREIM MACIAS KOENIG & FREY LLP
633 WEST FIFTH STREET, 51ST FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 614 - 1944

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*

| In re: NAMCO CAPITAL GROUP, INC., | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:08-bk-32333-BR |

| | |
|---|---|
| Ali M. Mojdehi | ali.m.m.mojdehi@bakernet.com; Christine.e.baur@bakernet.com; Andrew.mcdermott@bakernet.com; anne.w.hamann@bakernet.com; jane.b.mackie@bakernet.com |
| Susan I. Montgomery | susan@simontgomerylaw.com |
| Monserrat Morales | mmorales@pwkllp.com |
| Randall P. Mroczynski | randym@cookseylaw.com |
| Vicente Matias Murrell | murrell.vicente@pbgc.gov |
| R. Todd Neilson | tneilson@ecf.eqiqsystems.com; vdoran@lecg.com; sgreenan@lecg.com |
| David Norouzi | david@norouzi.us |
| Scott H. Noskin | snoskin@mirmanbubman.com |
| William Novotny | William.novotny@mwmf.com |
| Walter K. Oetzell | woetzell@dgdk.com |
| Samuel S. Oh | sam.oh@limruger.com |
| Aram Ordubegian | ordubegian.aram@arentfox.com |
| Jenny Y. Park Gardner | jpark@sheppardmullin.com |
| Penelope Parmes | pparmes@rutan.com |
| Lawrence Peitzman | lpeitzman@pwkllp.com |
| Leo D. Plotkin | lplotkin@lsl-la.com |
| David M. Poitras | dpoitras@jmbm.com |
| Samuel Price | sprice@donahoeyoung.com |
| Uzzi O. Raanan | uor@dgdk.com |
| Christopher S. Reeder | creeder@reederlugreen.com |
| Jeremy E. Rosenthal | jrosenthal@sidley.com |
| Gregory M. Salvato | gsalvato@pmcos.com |
| Bruce S. Schildkraut | bruce.schildkraut@usdoj.gov |
| Benjamin Seigel | bseigel@buchalter.com |
| David B. Shemano | dshemano@pwkllp.com |
| Brian P. Simon | nightowl15755@yahoo.com |
| Robyn B. Sokol | ecf@ebg-law.com; rsokol@ebg-law.com |
| Ryan J. Stonerock | rstonerock@wcclaw.com; amillman@wcclaw.com |
| Nico N. Tabibi | nico@tabiblaw.com |
| Sam Tabibian | sam.tabibian@gmail.com |
| Derrick Talerico | dtalerico@loeb.com; kpresson@loeb.com; ljurich@loeb.com |
| David A. Tilem | davidtilem@tilemlaw.com; malissamurguia@tilemlaw.com; marcycarman@tilemlaw.com |
| Alan G. Tippie | atippie@sulmeyer.com; jbartlett@sulmeyer.com |
| U.S. Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Howard J Weg | hweg@pwkllp.com |
| Michael H. Weiss | mw@weissandspees.com; lm@weissandspees.com; jb@weissandspees.com |
| Monika S. Wiener | wienerm@hbdlawyers.com |
| Kimberly S. Winick | kwinick@clarktrev.com |
| Rebecca J Winthrop | winthropr@ballardspahr.com |
| Beth Ann R. Young | bry@lnbrb.com |
| Mark T. Young | myoung@donahoeyoung.com |
| Afshin Youssefyeh | ady@adylaw.com |

**II. Served by Lodging Party by U.S. Mail**

| | | |
|---|---|---|
| Namco Capital Group, Inc.<br>12121 Wilshire Blvd., Ste. 1400<br>Los Angeles, CA  90025 | Ezri Namvar<br>12855 Parkyns Street<br>Los Angeles, CA  90049 | Stephen F. Biegenzahn<br>Law Offices of Stephen F. Biegenzahn<br>4300 Via Marisol, Ste. 764<br>Los Angeles, CA  90042 |
| Abraham B. Assil Trust<br>Attn:  Abraham Assil<br>1000 S. Westgate, #100<br>Los Angeles, CA  90049 | Artech Properties, LLC<br>Alex Hakakian, President<br>15478 Duomo Via<br>Los Angeles, CA  90077 | Benjamin B. Efraim<br>1323 Lincoln Blvd., Ste. 200<br>Santa Monica, CA  90401 |
| Farhadian Family Trust<br>Attn:  F. Jason Far-hadian, Esq.<br>P.O. Box 7333<br>Newport Beach, CA  92658 | Joseph Ghadir<br>3001 Beverly Glen Circle<br>Los Angeles, CA  90077 | Dorita Ashoori<br>1520 Camden Ave., Apt. 306<br>Los Angeles, CA  90025 |

CREIM MACIAS KOENIG & FREY LLP
633 WEST FIFTH STREET, 51ST FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 614 - 1944

| In re: NAMCO CAPITAL GROUP, INC., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08-bk-32333-BR |

Ronald E. Michelman, Esq.
Michelman & Michelman, LLP
20265 Ventura Blvd., Suite D
Woodland Hills, CA  91364

Rochelle A. Herzog
15821 Ventura Blvd., Ste. 515
Encino, CA  91436

David M. Morrow
c/o Stephen H. Marcus, Esq.
Gittler & Bradford
10537 Santa Monica Blvd., 3rd Fl.
Los Angeles, CA  90025

Baker & McKenzie LLP
12544 High Bluff Dr., 3rd St.
San Diego, CA  92130-3051

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Fl.
Los Angeles, CA  90067-4100

Eric P. Israel
2029 Century Park East, 3rd Fl.
Los Angeles, CA  90067-2904

Timothy Neufeld
Neufeld Law Group
360 E. Second St., Ste. 703
Los Angeles, CA  90012

David Pourbaba
8271 Melrose Ave., #200
Los Angeles, CA  90046

Samuel Krane, Esq.
Marc Smith, Esq.
Krane & Smith
16255 Ventura Blvd., Ste. 600
Encino, CA  91436

Shulman Hodges & Bastian LLP
26632 Towne Centre Dr., Ste., 300
Foothill Ranch, CA  92610

David Zadeh
Fredman Lieberman LLP
1875 Century Park East, Ste. 2200
Los Angeles, CA  90067

David M. Wiseblook, Esq.
Seyfarth Shaw LLP
560 Mission St., Ste. 3100
San Francisco, CA  94105

Ehsan Afaghi
170 S. Beverly Dr., Ste. 315
Beverly Hills, CA  90212

Mark E. Goodfriend
16255 Ventura Blvd., Ste. 205
Encino, CA  91436

Kasra Torabi
Pacifica Int'l Law Group, LLP
15233 Ventura Blvd., PH 16
Sherman Oaks, CA  91403

Daniel J. Uretsky
Wolf Rifkin Shapiro Schulman & Rabkin LLP
11400 W. Olympic Blvd., 9th Fl.
Los Angeles, CA  90064-1582

Roxana Rastegar, The Rastegar Family Trust, Shabnam, Michelle and Jessica Kimiabakshs
Attn: Solomon Rastegar
1005 Schuyler Rd.
Beverly Hills, CA  90210

RPM Investments, Haroon Hanasab and M&Y Management, Inc.
Attn: Robert Hanasab
606 S. Olive Street, #600
Los Angeles, CA  90014

RPM Investments, Haroon Hanasab and M&Y Management, Inc.
Attn: Robert Hanasab
1073 Linda Flora Dr.
Los Angeles, CA  90049

Roya Boucherian
Attn: David Norouzi
17881 Puerto Vallarta
Encino, CA  91316

The Abulafia Trust
Attn: Hayim Abulafia
315 S. Beverly Dr., Ste. 301
Beverly Hills, CA  90212

4M Investments
1400 E. Olympic Blvd.
Los Angeles, CA  90021

Elliott Sharaby
4481 N. 41st Ct.
Hollywood, FL  33021

Epsilon Electronics
1550 S. Maple Ave.
Montebello, CA  90640

Canyon Spring Shopping Center LLC
Attn: Isaac Moradi
9301 Wilshire Blvd., #315
Beverly Hills, CA  90210

Eliaho Cohanim
Attn: Kambiz Kohanim
4609 Dunman Ave
Woodland Hills, CA  91367

David Haghnazarzadeh and Blackhawk Properties
18210 Hatteras St.
Tarzana, CA  91356

David Golkar
575 Anton Blvd., #820
Costa Mesa, CA  92626

David Zarabi
523 N. Rodeo Dr.
Beverly Hills, CA  90210

All Century Inc.
15910 Ventura Blvd., #1505
Encino, CA  91436

Kamran Benji
506 Gretna Green Way
Los Angeles, CA  90049

David Taban
888 S. Figueroa St., #1900
Los Angeles, CA  90017

David York
11611 San Vicente Blvd., #520
Los Angeles, CA  90049

1826 Nikoo Investments Ltd
Attn: Jacob Kohanzadeh
PO Box 260104
Encino, CA  91426

SRF Investment
Attn: Ramin Javahery
5526 S. Soto
Vernon, CA  90058

Ramin Gabayan
16351 Sloan Dr.
Los Angeles, CA  90049

CREIM MACIAS KOENIG & FREY LLP
633 WEST FIFTH STREET, 51ST FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 614 - 1944

| In re: NAMCO CAPITAL GROUP, INC., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08-bk-32333-BR |

1

2

3  Behzad Khavarani  
8642 Gregory Way, #206  
Los Angeles, CA  90025

LTLR Inc.  
Attn: Louis Kastenbaum  
121 N. Oakhurst Dr.  
Beverly Hills, CA  90210

Safco Holdings  
1850 S. Sepulveda Blvd., #200  
Los Angeles, CA  90025

4

5  Esko LLC  
11950 San Vicente Blvd., #200  
Los Angeles, CA  90049

Hertsel Babajooni  
PO Box 491335  
Los Angeles, CA  90049

Kamran Gharibian  
1110 Shadow Hillway  
Beverly Hills, Ca  90210

6

7  Sohrab Shakib  
16861 Ventura Blvd., #303  
Encino, CA  91436

Joseph Haghnazarzadeh  
521 N. Mountain Ave., #E  
Upland, CA  91786

Ruben Melamed  
4801 W. Jefferson Blvd.  
Los Angeles, CA  90016

8

9  Shayfar Financial Services  
Attn: Joseph Shayfar  
14250 Ventura Blvd., 2nd Fl.  
Sherman Oaks, CA  91423

Anthony Mirzaie  
2601 Venture Drive  
Norman, OK  73069

Henry Shahery  
1014 Pamera Dr.  
Beverly Hills, CA  90210

10

11  LA Top Convenient Stores  
441 S. Los Angeles St.  
Los Angeles, CA  90013

Said Pakravan  
3131 Antelo Rd.  
Los Angeles, CA  90077

Ozora Trading  
Attn: Herzl Rahmanizadeh  
PO Box 67657  
Los Angeles, CA  90067

12

13  Mehrnaz Hekmatravan  
130 N. Swall  
Beverly Hills, CA  90211

David Haghani  
1855 Lincoln Blvd.  
Santa Monica, CA  90404

Mayer Separzadeh  
807 E. 12th St., #401  
Los Angeles, CA  90021

14

15  Mansour Issakharian  
10790 Wilshire Blvd., #1102  
Los Angeles, CA  90024

Yamin Family Trust  
Attn: Mansour Yamin  
640 Clinton Pl.  
Beverly Hills, CA  90210

Bradley D. Sharp  
Development Specialist, Inc.  
333 S. Grand Ave., Ste. 4070  
Los Angeles, CA  90071-1524

16

17  Alexander Haroonian, Esq.  
Law Offices of Alexander Haroonian  
9025 Wilshire Blvd., Ste. 301  
Beverly Hills, CA  90211

Shahram Reihanian  
1110 E. Dominguez St.  
Carson, CA  90746

Eximo, Inc.  
3820 Del Amo Blvd., Ste. 235  
Torrance, CA  90503

18

19  Crowe Horwath LLP  
15233 Ventura Blvd., 9th Floor  
Sherman Oaks, CA  91403

David R. Krause-Leemon  
Luce Forward Hamilton & Scripps  
601 S. Figueroa St., Ste. 3900  
Los Angeles, CA  90017

Lee & Associates  
3991 MacArthur Blvd., Ste. 100  
Newport Beach, CA  92660

20

21  Mohammad Reza-Karimi  
3409 Overland Ave.  
Los Angeles, CA  90034

John Farhamy  
5148 Pacific Blvd.  
Vernon, CA  90058

Robert P. Goe, Esq.  
Goe & Frosythe LLP  
660 Newport Center Dr., Ste. 320  
Newport Beach, CA  92660

22

23  A. Barry Cappello  
Dugan P. Kelley  
Cappello & Noel LLP  
831 State Street  
Santa Barbara, CA  93101

24

25

26

27

28

CREIM MACIAS KOENIG & FREY LLP  
633 WEST FIFTH STREET, 51ST FLOOR  
LOS ANGELES, CALIFORNIA 90071  
(213) 614 - 1944

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.  
*January 2009*