1  DAVID M. POITRAS P.C. (State Bar No. 141309)
   THOMAS M. GEHER (State Bar No. 130588)
2  CAROLINE R. DJANG (State Bar No. 216313)
   JEFFER, MANGELS, BUTLER & MARMARO LLP
3  1900 Avenue of the Stars, Seventh Floor
   Los Angeles, California 90067-4308
4  Telephone:    (310) 203-8080
   Facsimile:    (310) 203-0567
5
6  Counsel for Bradley D. Sharp, Chapter 11 Trustee
   for Namco Capital Group, Inc.

| FILED & ENTERED |
| --- |
| MAY 27 2010 |
| CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY fortier    DEPUTY CLERK |

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>NAMCO CAPITAL GROUP, INC.,<br>a California corporation,<br><br>    Debtor. | Case Number.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>**ORDER AUTHORIZING ASSUMPTION AND ASSIGNMENT OF LEASE OF REAL PROPERTY AND IMPROVEMENTS THEREON LOCATED AT 1929 PICO BOULEVARD, LOS ANGELES, CALIFORNIA, FREE AND CLEAR OF ALL INTERESTS, LIENS, CLAIMS AND ENCUMBRANCES AND GRANTING RELATED RELIEF**<br><br>Hearing:<br>Date:    May 12, 2010<br>Time:   10:00 a.m.<br>Judge:  Courtroom "1668"<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

The Motion of Bradley D. Sharp, in his capacity as the Chapter 11 Trustee of Namco Capital Group, Inc. ("**Trustee**"), for an Order Authorizing Assumption and Assignment of Lease of Real Property and Improvements Thereon Located at 1929 Pico Boulevard, Los Angeles, California, Free and Clear of Liens, Claims, Interests and Encumbrances (the "**Lease Motion**")(Docket No.

826),[1] came on for hearing before the undersigned Bankruptcy Judge on May 12, 2010, at 10:00 a.m., in Courtroom "1668", at 255 E. Temple Street, Los Angeles, California 90012. Appearances are noted in the record of these proceedings.

By the Lease Motion, the Trustee moved this Court for entry of an order pursuant to §§ 105, 363 and 365 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*., as amended (the "**Bankruptcy Code**") for the following relief:

(1) authorizing the Trustee to assume that certain *Standard Industrial/Commercial Single-Tenant Lease – Net* for the real property and improvements thereon located at 1929 Pico Boulevard, Los Angeles, California (the "**Lease**") and to assign the Lease to Rexford Realty & Management, Inc. (or its assignee)(collectively, "**RRMI**"). A true and complete copy of the Lease was attached to the Lease Motion as **Exhibit A**;

(2) waiving the 14 day stay provided for in Rule 6004(h) of the Federal Rules of Bankruptcy Procedure; and

(3) granting related relief.

It appearing to the Court that the relief requested is in the best interests of the bankruptcy estate, creditors and other parties in interest and is a proper exercise of the Trustee's business judgment; and it appearing that good and sufficient notice of the Lease Motion was given and a reasonable opportunity to object to, or be heard regarding, the relief requested in the Lease Motion has been afforded to all interested persons and entities, including any entity known to have an interest in the Lease and that no other or further notice of the Lease Motion or the entry of this Order need to be provided; and upon the entire record herein;

**IT IS THEREFORE ORDERED:**

1. The Lease Motion is granted.

2. The Trustee is authorized to assume the Lease and to assign the Lease to RRMI.

---

[1] Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to such terms in the Lease Motion.

PRINTED ON RECYCLED PAPER
7016278v1

- 2 -

3.   Pursuant to Sections 363(f) and 105(a) of the Bankruptcy Code, the Lease shall be transferred to RRMI free and clear of all liens, claims, encumbrances, adverse interests, liabilities and obligations (to the fullest extent permitted by the Bankruptcy Code and other applicable law), whether or not incurred in this Chapter 11 case, with all such liens, claims, encumbrances, adverse interests, liabilities and obligations (to the fullest extent permitted by the Bankruptcy Code and other applicable law) released, terminated and discharged as to RRMI (and its successors and assigns).

4.   All persons and entities holding liens, claims, encumbrances, adverse interests, liabilities and obligations (to the fullest extent permitted by the Bankruptcy Code and other applicable law) of any kind and nature with respect to the Lease or Debtor hereby are barred from asserting such liens, claims, encumbrances, adverse interests, liabilities and obligations (to the fullest extent permitted by the Bankruptcy Code and other applicable law) against RRMI, its affiliates, successors and assigns, or against the Lease.

5.   The provisions of this Order authorizing the assumption and assignment of the Lease free and clear of liens, claims, encumbrances, adverse interests, liabilities and obligations (to the fullest extent permitted by the Bankruptcy Code and other applicable law) shall be self-executing, and notwithstanding the failure of the Trustee, RRMI, or any other party to execute, file or obtain releases, termination statements, assignments, consents, or other instruments to effectuate, consummate, and/or implement the provisions hereof with respect to the assumption and assignment of the Lease, all liens, claims, encumbrances, adverse interests, liabilities and obligations on the Lease shall be deemed divested, terminated, void and unenforceable.

6.   The Trustee and RRMI, as well as their officers, employees and agents are authorized to perform all of their obligations, take whatever actions necessary, and issue, execute and deliver whatever documents, deeds and bills of sale as may be necessary or appropriate to implement and effectuate the assignment of the Lease in accordance with the terms of this Order.

7.   The Court shall retain exclusive jurisdiction to resolve any dispute arising from or relating to the assumption and assignment of the Lease or this Order, including, but not limited to jurisdiction over RRMI.

8. As provided by Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry.  The automatic stay set forth in Bankruptcy Rule 6004(h) is herby waived and no such stay applies following entry of this Order.

# # #

DATED: May 27, 2010

_____
United States Bankruptcy Judge

| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:08-bk-32333-BR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, Seventh Floor, Los Angeles, California 90067-4308

A true and correct copy of the foregoing document described **ORDER AUTHORIZING ASSUMPTION AND ASSIGNMENT OF LEASE OF REAL PROPERTY AND IMPROVEMENTS THEREON LOCATED AT 1929 PICO BOULEVARD, LOS ANGELES, CALIFORNIA, FREE AND CLEAR OF ALL INTERESTS, LIENS, CLAIMS AND ENCUMBRANCES AND GRANTING RELATED RELIEF;** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On May 13, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY OVERNIGHT MAIL**
Honorable Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 13, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 13, 2010 | Billie Terry | /s/ Billie Terry |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

PRINTED ON
RECYCLED PAPER
7016278v1

- 5 -

| In re: | | CHAPTER 11 |
|---|---|---|
| NAMCO CAPITAL GROUP, INC., a California corporation, | | |
| | Debtor(s). | CASE NUMBER 2:08-bk-32333-BR |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**II. SERVED BY U.S. MAIL**

Curtin Meighan
Operations Manager
1929 Pico Blvd.
Los Angeles, CA 90067

Brian F. Steelman
Account Manager
Jones Lang LaSalle
2500 Citywest Blvd., Suite 900
Houston, TX 77042

Namco Financial, Inc.
c/o R. Todd Neilson
LECG
2049 Century Park East, Suite 2300
Los Angeles, CA 90067

Kenneth S. Fields
Attorney at Law
2029 Century Park East, 19th Floor
Los Angeles, CA 90067

**III. SERVED BY EMAIL**

- Russell Clementson    russell.clementson@usdoj.gov
- Richard K Diamond    rdiamond@dgdk.com
- Alan W Forsley    awf@fredmanlieberman.com, awf@fkllawfirm.com
- Stuart I Koenig    Skoenig@cmkllp.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@pmcos.com

| In re:                                                      |         | CHAPTER 11                       |
|-------------------------------------------------------------|---------|----------------------------------|
| NAMCO CAPITAL GROUP, INC., a California corporation,        |         |                                  |
|                                                             | Debtor(s). | CASE NUMBER 2:08-bk-32333-BR  |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER AUTHORIZING ASSUMPTION AND ASSIGNMENT OF LEASE OF REAL PROPERTY AND IMPROVEMENTS THEREON LOCATED AT 1929 PICO BOULEVARD, LOS ANGELES, CALIFORNIA, FREE AND CLEAR OF ALL INTERESTS, LIENS, CLAIMS AND ENCUMBRANCES AND GRANTING RELATED RELIEF;** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 13, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

PRINTED ON
RECYCLED PAPER
7016278v1

- 7 -

| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:08-bk-32333-BR |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Simon Aron    saron@wrslawyers.com
- Raymond H Aver    ray@averlaw.com
- Robert D Bass    rbass@greenbass.com
- Christine E Baur    christine.e.baur@bakernet.com, tracey.l.angelopoulos@bakernet.com;anne.w.hamann@bakernet.com;ali.m.m.mojdehi@bakernet.com; jane.b.mackie@bakernet.com
- Michael Jay Berger    michael.berger@bankruptcypower.com, michael.berger@bankruptcypower.com;cristina.frankian@bankruptcypower.com
- Stephen F Biegenzahn    efile@sfblaw.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Gillian N Brown    gbrown@pszjlaw.com, gbrown@pszjlaw.com
- Shirley Cho    scho@pszjlaw.com
- Matthew Clarke    mclarke@cappellonoel.com
- Russell Clementson    russell.clementson@usdoj.gov
- Alicia Clough    alicia.clough@kayescholer.com
- Marc S Cohen    mcohen@kayescholer.com
- Yona Conzevoy    yconzevoy@dwclaw.com
- Ashleigh A Danker    adanker@kayescholer.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com; jreinglass@rutterhobbs.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Richard K Diamond    rdiamond@dgdk.com
- Richard K Diamond    jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
- Caroline Djang    crd@jmbm.com
- Joseph A Eisenberg    jae@jmbm.com
- Robert Esensten    resensten@wcclaw.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Alan W Forsley    awf@fredmanlieberman.com, awf@fkllawfirm.com
- Heather Fowler    heather.fowler@lw.com, colleen.rico@lw.com
- Jon H Freis    jon@jhflaw.net
- Sandford Frey    Sfrey@cmkllp.com
- Vanessa B Fung    vfung@sobini.com
- Philip A Gasteier    pag@lnbrb.com
- Randi R Geffner    rgeffner@wcclaw.com
- Thomas M Geher    tmg@jmbm.com
- Barry S Glaser    bglaser@swjlaw.com
- Steven Glaser    sglaser@wwllp.com
- Jeffrey I Golden    jgolden@wgllp.com
- David Gould    dgould@davidgouldlaw.com
- Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
- M Jonathan Hayes    jhayes@polarisnet.net
- Jeffery D Hermann    jhermann@orrick.com
- Michael J Heyman    michael.heyman@klgates.com
- Eric P Israel    eisrael@dgdk.com
- Seymone Javaherian    sj@javlaw.com
- Ira Benjamin Katz    Ikatz@katzlaw.net
- George H Kim    george@gkimlaw.com
- Stuart I Koenig    Skoenig@cmkllp.com
- Michael S Kogan    mkogan@ecjlaw.com
- John P Kreis    jkreis@attglobal.net
- Jeffrey A Krieger    jkrieger@ggfirm.com
- Steven N Kurtz    lgreenstein@laklawyers.com, rfeldon@laklawyers.com
- Pamela Labruyere    pamela@sgsslaw.com
- Ronald L Leibow    rleibow@kayescholer.com
- Jennifer Leland    jleland@pwkllp.com
- John T Madden    jmadden@wgllp.com
- Harris M Madnick    hmmadnick@reederlugreen.com
- William Malcolm    bill@mclaw.org
- Elmer D Martin    elmermartin@msn.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com
- David W. Meadows    david@davidwmeadowslaw.com
- Hal M Mersel    mark.mersel@bryancave.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Ali M Mojdehi    ali.m.m.mojdehi@bakernet.com, andrew.mcdermott@bakernet.com;brian.byun@bakermckenzie.com
- Susan I Montgomery    susan@simontgomerylaw.com
- Monserrat Morales    mmorales@pwkllp.com
- Randall P Mroczynski    randym@cookseylaw.com
- Vicente Matias Murrell    murrell.vicente@pbgc.gov
- R. Todd Neilson    tneilson@ecf.epiqsystems.com, vdoran@lecg.com;sgreenan@lecg.com
- Mike D Neue    mneue@thelobelfirm.com, csolorzano@thelobelfirm.com
- David Norouzi    david@norouzi.us
- Scott H Noskin    snoskin@mirmanbubman.com
- William Novotny    william.novotny@mwmf.com
- Walter K Oetzell    woetzell@dgdk.com

| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:08-bk-32333-BR |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Sam S Oh    sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Jenny Y Park Garner    jpark@sheppardmullin.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
- David M Poitras    dpoitras@jmbm.com
- Samuel Price    sprice@donahoeyoung.com
- Uzzi O Raanan    uor@dgdk.com
- Christopher S Reeder    ecfnotices@reederlu.com
- Jeremy E Rosenthal    jrosenthal@sidley.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@pmcos.com
- Bruce S Schildkraut    bruce.schildkraut@usdoj.gov
- Benjamin Seigel    bseigel@buchalter.com, IFS_filing@buchalter.com
- David B Shemano    dshemano@pwkllp.com
- Brian P Simon    nightowl5755@yahoo.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- Ryan J Stonerock    rstonerock@wrslawyers.com
- Nico N Tabibi    nico@tabibilaw.com
- Sam Tabibian    sam.tabibian@gmail.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Howard J Weg    hweg@pwkllp.com
- Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com
- Monika S Wiener    wienerm@hbdlawyers.com
- Kimberly S Winick    kwinick@clarktrev.com
- Rebecca J Winthrop    winthropr@ballardspahr.com
- Beth Ann R Young    bry@lnbrb.com
- Mark T Young    myoung@donahoeyoung.com
- Afshin Youssefyeh    ady@adylaw.com

**II. SERVED BY THE COURT VIA U.S. MAIL:**

Curtin Meighan
Operations Manager
1929 Pico Blvd.
Los Angeles, CA 90067

Namco Financial, Inc.
c/o R. Todd Neilson
LECG
2049 Century Park East, Suite 2300
Los Angeles, CA 90067

Brian F. Steelman
Account Manager
Jones Lang LaSalle
2500 Citywest Blvd., Suite 900
Houston, TX 77042

Kenneth S. Fields
Attorney at Law
2029 Century Park East, 19th Floor
Los Angeles, CA 90067