David B. Shemano (State Bar No. 176020)
dshemano@pwkllp.com
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA 90067
Telephone: (310) 552-3100
Facsimile:  (310) 552-3101

Special Counsel for Bradley D. Sharp, Chapter 11 Trustee
for Namco Capital Group, Inc.

FILED & ENTERED

JUL 20 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:08-32333-BR |
| NAMCO CAPITAL GROUP, INC., | Chapter 11 |
| Debtor. | **ORDER AUTHORIZING CHAPTER 11 TRUSTEE TO EMPLOY ELITE PROPERTIES REALTY AS REAL ESTATE BROKER**<br><br>**NO HEARING REQUIRED PURSUANT TO LBR 2014-1(b)(1)(C)** |

The Bankruptcy Court has considered the Application Of The Chapter 11 Trustee For An Order Authorizing The Chapter 11 Trustee To Employ Elite Properties Realty As Real Estate Broker (the "Application") and the annexed Declaration of Phil Seymour (the "Seymour Declaration") filed in support thereof.  Based upon the record before the Bankruptcy Court, it appears that Elite Properties Realty (the "Broker") does not hold or represent any interest adverse to the estate in the matters on which it is to be employed, that the Broker is a disinterested person, that its employment is in the best interest of the estate, and that no hearing on the Application is required.  Accordingly, it is hereby

**ORDERED THAT:**

A. Pursuant to sections 327 and 328 of the Bankruptcy Code, the chapter 11 trustee (the "Trustee") is authorized to enter into the Residential Listing Agreement (Exclusive Authorization and

1 | Right to Sell) attached as Exhibit B to the Seymour Declaration (the "Agreement") and employ the
2 | Broker as real estate broker pursuant to the terms and conditions of the Agreement.
3 |     B.    The Trustee is authorized to pay Broker any commission due under the Agreement
4 | without further Order of the Bankruptcy Court.

###

DATED: July 20, 2010

_____
United States Bankruptcy Judge

| | |
|---|---|
| In re:  Namco Capital Group, Inc.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER:  2:08-bk-32333 BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Peitzman, Weg & Kempinsky, LLP
10100 Santa Monica Blvd., Suite 1450
Los Angeles, CA  90067

A true and correct copy of the foregoing document described **ORDER AUTHORIZING CHAPTER 11 TRUSTEE TO EMPLOY ELITE PROPERTIES REALTY AS REAL ESTATE BROKER,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **July 9, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Served by U.S. Mail**

The Honorable Barry Russell
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re: Namco Capital Group, Inc. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:08-bk-32333 BR |

**U.S. Trustee**
Russell Clementson
725 S Figueroa Ste 2600
Los Angeles, CA 90017

**Attorney for Committee**
Stuart I Koenig
633 W 5th St 51st Fl
Los Angeles, CA 90071

**Attorney for Trustee**
David M Poitras
1900 Ave Of The Stars 7Th Flr
Los Angeles, CA 90067

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **July 9, 2010** | **Rebecca Corpuz** | **/s/ Rebecca Corpuz** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

| | |
|---|---|
| In re: Namco Capital Group, Inc.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:08-bk-32333 BR |

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER AUTHORIZING CHAPTER 11 TRUSTEE TO EMPLOY ELITE PROPERTIES REALTY AS REAL ESTATE BROKER,** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **July 9, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Simon Aron     saron@wrslawyers.com
Raymond H Aver     ray@averlaw.com
Robert D Bass     rbass@greenbass.com
Christine E Baur     christine.e.baur@bakernet.com, tracey.l.angelopoulos@bakernet.com;anne.w.hamann@bakernet.com;ali.m.m.mojdehi@bakernet.com;jane.b.mackie@bakernet.com
Michael Jay Berger     michael.berger@bankruptcypower.com, michael.berger@bankruptcypower.com;cristina.frankian@bankruptcypower.com
Stephen F Biegenzahn     efile@sfblaw.com
J Scott Bovitz     bovitz@bovitz-spitzer.com
Gillian N Brown     gbrown@pszjlaw.com, gbrown@pszjlaw.com
Shirley Cho     scho@pszjlaw.com
Matthew Clarke     mclarke@cappellonoel.com
Russell Clementson     russell.clementson@usdoj.gov
Alicia Clough     alicia.clough@kayescholer.com
Marc S Cohen     mcohen@kayescholer.com
Yona Conzevoy     yconzevoy@dwclaw.com
Ashleigh A Danker     adanker@kayescholer.com
Brian L Davidoff     bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Melissa Davis     mdavis@shbllp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                   **F 9021-1.1**

| In re: Namco Capital Group, Inc.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:08-bk-32333 BR |
|---|---|

Daniel Denny    ddenny@gibsondunn.com
Richard K Diamond    rdiamond@dgdk.com
Richard K Diamond    jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
Caroline Djang    crd@jmbm.com
Joseph A Eisenberg    jae@jmbm.com
Robert Esensten    resensten@wcclaw.com
Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
Alan W Forsley    awf@fredmanlieberman.com, awf@fkllawfirm.com
Heather Fowler    heather.fowler@lw.com, colleen.rico@lw.com
Jon H Freis    jon@jhflaw.net
Sandford Frey    Sfrey@cmkllp.com
Vanessa B Fung    vfung@sobini.com
Philip A Gasteier    pag@lnbrb.com
Randi R Geffner    rgeffner@wcclaw.com
Thomas M Geher    tmg@jmbm.com
Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
Barry S Glaser    bglaser@swjlaw.com
Steven Glaser    sglaser@wwllp.com
Jeffrey I Golden    jgolden@wgllp.com
David Gould    dgould@davidgouldlaw.com
Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
Jeffery D Hermann    jhermann@orrick.com
Rochelle A Herzog    rherzog@gershlegal.com
Eric P Israel    eisrael@dgdk.com
Seymone Javaherian    sj@javlaw.com
Ira Benjamin Katz    Ikatz@katzlaw.net
George H Kim    george@gkimlaw.com
Stuart I Koenig    Skoenig@cmkllp.com
Michael S Kogan    mkogan@ecjlaw.com
John P Kreis    jkreis@attglobal.net
Jeffrey A Krieger    jkrieger@ggfirm.com
Steven N Kurtz    lgreenstein@laklawyers.com, rfeldon@laklawyers.com
Pamela Labruyere    pamela@sgsslaw.com
Ronald L Leibow    rleibow@kayescholer.com
Jennifer Leland    jleland@pwkllp.com
John T Madden    jmadden@wgllp.com
Harris M Madnick    hmmadnick@reederlugreen.com
William Malcolm    bill@mclaw.org
Elmer D Martin    elmermartin@gmail.com
Daniel J McCarthy    dmccarthy@hillfarrer.com
David W. Meadows    david@davidwmeadowslaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**

| In re: Namco Capital Group, Inc.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 2:08-bk-32333 BR |
|---|---|

Hal M Mersel    mark.mersel@bryancave.com
Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
Ali M Mojdehi    ali.m.m.mojdehi@bakernet.com, andrew.mcdermott@bakernet.com;brian.byun@bakermckenzie.com
Susan I Montgomery    susan@simontgomerylaw.com
Monserrat Morales    mmorales@pwkllp.com
Randall P Mroczynski    randym@cookseylaw.com
Vicente Matias Murrell    murrell.vicente@pbgc.gov
R. Todd Neilson    tneilson@ecf.epiqsystems.com, vdoran@lecg.com;sgreenan@lecg.com
Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
David Norouzi    david@norouzi.us
William Novotny    william.novotny@mwmf.com
Walter K Oetzell    woetzell@dgdk.com
Sam S Oh    sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com
Aram Ordubegian    ordubegian.aram@arentfox.com
Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
Jenny Y Park Garner    jpark@sheppardmullin.com
Lawrence Peitzman    lpeitzman@pwkllp.com
Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
David M Poitras    dpoitras@jmbm.com
Samuel Price    sprice@pooleshaffery.com
Uzzi O Raanan    uor@dgdk.com
Christopher S Reeder    ecfnotices@reederlu.com
Jeremy E Rosenthal    jrosenthal@sidley.com
Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com
Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
Bruce S Schildkraut    bruce.schildkraut@usdoj.gov
Benjamin Seigel    bseigel@buchalter.com, IFS_filing@buchalter.com
David B Shemano    dshemano@pwkllp.com
Brian P Simon    nightowl5755@yahoo.com
Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
Ryan J Stonerock    rstonerock@wrslawyers.com
Nico N Tabibi    nico@tabibilaw.com
Sam Tabibian    sam.tabibian@gmail.com
Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Howard J Weg    hweg@pwkllp.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**

| In re:  Namco Capital Group, Inc. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER:  2:08-bk-32333 BR |

Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com
Monika S Wiener    wienerm@hbdlawyers.com
Kimberly S Winick    kwinick@clarktrev.com
Rebecca J Winthrop    winthropr@ballardspahr.com
Richard Lee Wynne    rlwynne@jonesday.com, sjperry@jonesday.com
Beth Ann R Young    bry@lnbrb.com
Mark T Young    myoung@donahoeyoung.com
Afshin Youssefyeh    ady@adylaw.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9021-1.1**