STEPHEN L. JOSEPH, ESQ. (SBN 189234)
350 Bay Street, Suite 100-328
San Francisco, CA 94133
Telephone: 415-577-6660
Facsimile: 415-869-5380
sljoseph.law@earthlink.net

Attorney for BARRY BIJAN TODD

FILED & ENTERED

JUL 08 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor. | Case No: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE *HEARING RE: TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH DEFENDANT EPSILON ELECTRONICS, INC., A CALIFORNIA CORPORATION*** |

On July 1, 2011, Barry Bijan Todd filed the *Stipulation to Continue Hearing Re: Trustee's Motion to Approve Compromise with Defendant Epsilon Electronics, Inc., a California corporation* (the "Stipulation"). The Court has read and considered the Stipulation and finding good cause therefore,

**IT IS HEREBY ORDERED:**

The Stipulation is approved.

The hearing re: *Trustee's Motion to Approve Compromise with Defendant Epsilon Electronics, Inc., A California Corporation* shall be continued from July 12, 2011 to **September 20, 2011 at 2:00 p.m.** in courtroom 1668.

###

DATED: July 8, 2011

United States Bankruptcy Judge

| In re VE&E-Nevada, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 10-60843 ASW 11 |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Nossaman LLP, 445 S. Figueroa Street, 31st floor, Los Angeles, CA 90071**

The foregoing document described **ORDER APPROVING STIPULATION TO CONTINUE *HEARING RE: TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH DEFENDANT EPSILON ELECTRONICS, INC., A CALIFORNIA CORPORATION*** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __________________ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **June , 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 1, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**VIA PERSONAL DELIVERY**
The Honorable Barry Russell
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 1, 2011 | Mitchi Shibata | */s/ Mitchi Shibata* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re VE&E-Nevada, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 10-60843 ASW 11 |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **July 1, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

| In re VE&E-Nevada, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 10-60843 ASW 11 |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Simon Aron saron@wrslawyers.com
Raymond H Aver ray@averlaw.com
Andrew Bao aabao@wolfewyman.com
Robert D Bass rbass@greenbass.com
Christine E Baur christine.e.baur@bakernet.com, tracey.l.angelopoulos@bakernet.com;anne.w.hamann@bakernet.com;ali.m.m.mojdehi@bakernet.com;jane.b.mackie@bakernet.com
Michael Jay Berger michael.berger@bankruptcypower.com, maritza.arizaga@bankruptcypower.com
Richard S Berger rberger@lgbfirm.com, pbransten@lgbfirm.com;kmoss@lgbfirm.com
Stephen F Biegenzahn efile@sfblaw.com
J Scott Bovitz bovitz@bovitz-spitzer.com
David W Brody dbrody@brody-law.com, bknotice@brody-law.com
Alan F Broidy alan@broidylaw.com, sherrie@broidylaw.com
Gillian N Brown gbrown@pszjlaw.com, gbrown@pszjlaw.com
Richard Burstein rburstein@ebg-law.com, ecf@ebg-law.com
J Sheldon Capeloto jcapeloto@capelotolaw.com
Sara Chenetz chenetz@blankrome.com, chang@blankrome.com
Shirley Cho scho@pszjlaw.com
Matthew M Clarke mclarke@cappellonoel.com
Russell Clementson russell.clementson@usdoj.gov
Alicia Clough alicia.clough@kayescholer.com
Marc S Cohen mcohen@kayescholer.com
Yona Conzevoy yconzevoy@dwclaw.com
Donald H Cram dhc@severson.com
Ashleigh A Danker adanker@kayescholer.com
Brian L Davidoff bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Lesley Davis lesleydavislaw@gmail.com
Melissa Davis mdavis@shbllp.com
Daniel Denny ddenny@gibsondunn.com
Richard K Diamond rdiamond@dgdk.com
Richard K Diamond jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
Caroline Djang crd@jmbm.com
Joseph A Eisenberg jae@jmbm.com
Lei Lei Wang Ekvall lekvall@wgllp.com
Robert Esensten resensten@wcclaw.com
James R Felton jfelton@greenbass.com
Michael G Fletcher mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
Alan W Forsley awf@fredmanlieberman.com, awf@fkllawfirm.com
Heather Fowler heather.fowler@lw.com, colleen.rico@lw.com
Jon H Freis jon@jhflaw.net
Sandford Frey Sfrey@cmkllp.com
Vanessa B Fung vfung@sobini.com
Philip A Gasteier pag@lnbrb.com
Randi R Geffner rgeffner@wcclaw.com
Randi R Geffner rgeffner@wccelaw.com
Thomas M Geher tmg@jmbm.com
Julia P Gibbs legalgibbs@gmail.com
Daniel H Gill ecf@ebg-law.com, dgill@ebg-law.com
Bernard R Given bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com

| In re VE&E-Nevada, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 10-60843 ASW 11 |
|---|---|

Barry S Glaser bglaser@swjlaw.com
Steven Glaser sglaser@wwllp.com
Jeffrey I Golden jgolden@wgllp.com
Stanley E Goldich sgoldich@pszjlaw.com
Jeffrey S Goodfried jgoodfried@perkinscoie.com
David Gould dgould@gglawllp.com
Matthew Grimshaw mgrimshaw@rutan.com
Steven T Gubner sgubner@ebg-law.com, ecf@ebg-law.com
Peter J Gurfein pgurfein@lgbfirm.com, cscott@LGBFirm.com
Stella A Havkin havkinlaw@earthlink.net
Eric P Israel eisrael@dgdk.com
Seymone Javaherian sj@javlaw.com
David Joe djoe@rutterhobbs.com, calendar@rutterhobbs.com
Sheri Kanesaka sheri.kanesaka@bryancave.com
Jerome Kaplan kapkenkd@pacbell.net
Ira Benjamin Katz Ikatz@katzlaw.net
George H Kim george@gkimlaw.com
Yi S Kim ykim@greenbass.com
Stuart I Koenig Skoenig@cmkllp.com
Michael S Kogan mkogan@ecjlaw.com
Alan J Kornfeld akornfeld@pszjlaw.com, akornfeld@pszjlaw.com
John P Kreis jkreis@attglobal.net
Jeffrey A Krieger jkrieger@ggfirm.com
Pamela Labruyere pamela@sgsslaw.com
Ronald L Leibow rleibow@kayescholer.com
Jennifer Leland jleland@pwkllp.com
Mitchell B Ludwig mbl@kpclegal.com
John T Madden jmadden@wgllp.com
Harris M Madnick hmmadnick@reederlugreen.com
William Malcolm bill@mclaw.org
Elmer D Martin elmermartin@gmail.com
Daniel J McCarthy dmccarthy@hillfarrer.com
Ashley M McDow amcdow@mbnlawyers.com
Alexis M McGinness amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com
David W. Meadows david@davidwmeadowslaw.com
Hal M Mersel mark.mersel@bryancave.com
Elissa Miller emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
Ali M Mojdehi ali.mojdehi@bakermckenzie.com,
brian.byun@bakermckenzie.com,janet.gertz@bakermckenzie.com
Richard M Moneymaker rmm@moneymakerlaw.com
Susan I Montgomery susan@simontgomerylaw.com
Monserrat Morales mmorales@pwkllp.com
Randall P Mroczynski randym@cookseylaw.com
Vicente Matias Murrell murrell.vicente@pbgc.gov
R. Todd Neilson tneilson@ecf.epiqsystems.com, vdoran@brg-expert.com;sgreenan@brg-expert.com
Christopher R Nelson cnelson@erlaw.com
Mike D Neue mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
David Norouzi david@norouzi.us
William Novotny william.novotny@mwmf.com
Walter K Oetzell woetzell@dgdk.com
Sam S Oh sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com
Aram Ordubegian ordubegian.aram@arentfox.com
Shai S Oved ssoesq@aol.com
Malhar S Pagay mpagay@pszjlaw.com, mpagay@pszjlaw.com

| In re VE&E-Nevada, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 10-60843 ASW 11 |
|---|---|

Jenny Y Park Garner jpark@sheppardmullin.com
Leo D Plotkin lplotkin@lsl-la.com, dsmall@lsl-la.com
David M Poitras dpoitras@jmbm.com
Samuel Price sprice@pooleshaffery.com
Uzzi O Raanan uor@dgdk.com, DanningGill@Gmail.com
Russell H Rapoport rrapoport@prllplaw.com, lgillis@prllplaw.com
Christopher S Reeder ecfnotices@reederlu.com
Saul Reiss reisslaw@verizon.net
Ronald N Richards ron@ronaldrichards.com
Jeremy E Rosenthal jrosenthal@sidley.com
Neal Salisian neal.salisian@salisianlee.com
Damon G Saltzburg ds@srblaw.com, cs@srblaw.com
Henley L Saltzburg hls@srblaw.com, ar@srblaw.com
Gregory M Salvato gsalvato@pmcos.com, calendar@salvatolawoffices.com
Gregory M Salvato gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
Scott A Schiff sas@soukup-schiff.com
Bruce S Schildkraut bruce.schildkraut@usdoj.gov
Benjamin Seigel bseigel@buchalter.com, IFS_filing@buchalter.com
Steven M Sepassi steve@sepassilaw.com
Charles Shamash cs@locs.com, generalbox@locs.com
Terry D Shaylin tshaylin@karasiklaw.com
David B Shemano dshemano@pwkllp.com
Brian P Simon nightowl5755@yahoo.com
Steven R Skirvin srs@dkclaw.com
Robyn B Sokol ecf@ebg-law.com, rsokol@ebg-law.com
Ryan J Stonerock rstonerock@wrslawyers.com
Nico N Tabibi nico@tabibilaw.com
Sam Tabibian sam.tabibian@gmail.com
Derrick Talerico dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
David A Tilem davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
Alan G Tippie atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
Arvin Tseng atseng@troygould.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Matthew S Walker matthew.walker@pillsburylaw.com, sue.hodges@pillsburylaw.com;pamela.breeden@pillsburylaw.com
Howard J Weg hweg@pwkllp.com
Michael H Weiss mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com
Monika S Wiener mwiener@dl.com
Kimberly S Winick kwinick@clarktrev.com
Richard Lee Wynne rlwynne@jonesday.com, sjperry@jonesday.com
Beth Ann R Young bry@lnbrb.com
Mark T Young myoung@donahoeyoung.com
Afshin Youssefyeh ady@adylaw.com
Dean A Ziehl dziehl@pszjlaw.com, dziehl@pszjlaw.com