THOMAS M. GEHER (CA Bar No. 130588)
ALEXIS M. McGINNESS (CA Bar No. 241449)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
Email: tgeher@jmbm.com

Counsel for Bradley D. Sharp, Chapter 11 Trustee for Namco Capital Group, Inc.

**FILED & ENTERED**

**AUG 05 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NAMCO CAPITAL GROUP, INC.,<br><br>Debtor. | CASE NO.    2:08-bk-32333-BR<br><br>Chapter 11<br><br>**ORDER GRANTING** *MOTION OF BRADLEY D. SHARP, CHAPTER 11 TRUSTEE FOR NAMCO CAPITAL GROUP, INC., FOR AN ORDER APPROVING AND AUTHORIZING THE EXECUTION AND PERFORMANCE UNDER THE SETTLEMENT AGREEMENT BETWEEN THE ESTATE OF NAMCO CAPITAL GROUP, INC. AND OZORA TRADING, INC.*<br><br>**[NO HEARING REQUIRED]** |

On July 19, 2011, Bradley D. Sharp, Chapter 11 Trustee for Namco Capital Group, Inc. ("Trustee") filed that *Notice of Motion and Motion of Bradley D. Sharp, Chapter 11 Trustee for Namco Capital Group, Inc., for an Order Approving and Authorizing the Execution and Performance Under the Settlement Agreement Between the Estate of Namco Capital Group, Inc. and Ozora Trading, Inc.* [Docket No. 1484] (the "Motion"). The Court having considered the Motion; the Court finding that the time for opposition to the Motion having passed with no opposition to the Motion having been filed; the Court finding that notice and service of the Motion was proper; and good cause appearing therefor,

///

1 **IT IS HEREBY ORDERED** that the Motion is granted;

2 **IT IS FURTHER ORDERED** that the Trustee is hereby authorized to execute that *Settlement Agreement* attached to the Motion and to perform and take all actions necessary to perform under and effectuate such *Settlement Agreement*; and

5 **IT IS FURTHER ORDERED** that, pursuant to the terms of the *Settlement Agreement* attached to the Motion, the proof of claim filed by Ozora Trading, Inc., designated as Claim No. 198, is hereby reduced by the sum of $150,000 and shall be deemed to assert a general unsecured claim in the sum of $1,857,647.22.

###

DATED: August 5, 2011

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1900 Avenue of the Stars, Seventh Floor, Los Angeles, California  90067-4308

A true and correct copy of the foregoing document described as ***Order Granting Motion of Bradley D. Sharp, Chapter 11 Trustee for Namco Capital Group, Inc., for an Order Approving and Authorizing the Execution and Performance Under the Settlement Agreement Between the Estate of Namco Capital Group, Inc. and Ozora Trading, Inc.*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***August 4, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
*Served by Overnight Mail*:
Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 4, 2011 | Claudean Brandon | /s/ Claudean Brandon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order Granting Motion of Bradley D. Sharp, Chapter 11 Trustee for Namco Capital Group, Inc., for an Order Approving and Authorizing the Execution and Performance Under the Settlement Agreement Between the Estate of Namco Capital Group, Inc. and Ozora Trading, Inc.** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** ¥ Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_August 4, 2011_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                   **F 9021-1.1.NOTICE.ENTERED.ORDER**

## I. SERVED BY THE COURT VIA NEF:

- Simon Aron    saron@wrslawyers.com
- Raymond H Aver    ray@averlaw.com
- Andrew Bao    aabao@wolfewyman.com
- Robert D Bass    rbass@greenbass.com
- Christine E Baur    christine.e.baur@bakernet.com, tracey.l.angelopoulos@bakernet.com;anne.w.hamann@bakernet.com;ali.m.m.mojdehi@bakernet.com;jane.b.mackie@bakernet.com
- Michael Jay Berger    michael.berger@bankruptcypower.com, maritza.arizaga@bankruptcypower.com
- Stephen F Biegenzahn    efile@sfblaw.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- David W Brody    dbrody@brody-law.com, bknotice@brody-law.com
- Alan F Broidy    alan@broidylaw.com, sherrie@broidylaw.com
- Gillian N Brown    gbrown@pszjlaw.com, gbrown@pszjlaw.com
- Richard Burstein    rburstein@ebg-law.com, ecf@ebg-law.com
- J Sheldon Capeloto    jcapeloto@capelotolaw.com
- Michael F Chekian    mike@cheklaw.com, msalanick@cheklaw.com
- Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com;darling@blankrome.com
- Shirley Cho    scho@pszjlaw.com
- Matthew M Clarke    mclarke@cappellonoel.com
- Russell Clementson    russell.clementson@usdoj.gov
- Alicia Clough    alicia.clough@kayescholer.com
- Marc S Cohen    mcohen@kayescholer.com
- Yona Conzevoy    yconzevoy@dwclaw.com
- Donald H Cram    dhc@severson.com
- Ashleigh A Danker    adanker@kayescholer.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Lesley Davis    lesleydavislaw@gmail.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Richard K Diamond    rdiamond@dgdk.com
- Richard K Diamond    jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
- Caroline Djang    crd@jmbm.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Robert Esensten    resensten@wcclaw.com
- James R Felton    jfelton@greenbass.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Alan W Forsley    awf@fredmanlieberman.com, awf@fkllawfirm.com;addy@fkllawfirm.com
- Heather Fowler    heather.fowler@lw.com, colleen.rico@lw.com
- Jon H Freis    jon@jhflaw.net
- Sandford Frey    Sfrey@cmkllp.com
- Vanessa B Fung    vfung@sobini.com
- Philip A Gasteier    pag@lnbrb.com
- Randi R Geffner    rgeffner@wcclaw.com
- Elmer D Martin    elmermartin@gmail.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com
- Ashley M McDow    amcdow@mbnlawyers.com
- Alexis M McGinness    amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com
- David W. Meadows    david@davidwmeadowslaw.com
- Hal M Mersel    mark.mersel@bryancave.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Ali M Mojdehi    ali.mojdehi@bakermckenzie.com, brian.byun@bakermckenzie.com,janet.gertz@bakermckenzie.com
- Richard M Moneymaker    rmm@moneymakerlaw.com
- Susan I Montgomery    susan@simontgomerylaw.com
- Monserrat Morales    mmorales@pwkllp.com
- Randall P Mroczynski    randym@cookseylaw.com
- Vicente Matias Murrell    murrell.vicente@pbgc.gov
- Edmond Nassirzadeh    ed@nasslawfirm.com, ecfbestcase@gmail.com
- R. Todd Neilson    tneilson@ecf.epiqsystems.com, vdoran@brg-expert.com;sgreenan@brg-expert.com
- Christopher R Nelson    cnelson@erlaw.com
- Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Lisa N Nobles    lnobles@lgbfirm.com, ncereseto@lgbfirm.com;cscott@lgbfirm.com
- David Norouzi    david@norouzi.us
- William Novotny    william.novotny@mwmf.com
- Walter K Oetzell    woetzell@dgdk.com
- Sam S Oh    sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Shai S Oved    ssoesq@aol.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Jenny Y Park Garner    jpark@sheppardmullin.com
- Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
- David M Poitras    dpoitras@jmbm.com
- Samuel Price    sprice@pooleshaffery.com
- Uzzi O Raanan    uor@dgdk.com, DanningGill@Gmail.com
- Russell H Rapoport    rrapoport@prllplaw.com, lgillis@prllplaw.com
- Christopher S Reeder    CSReeder@rkmc.com, ECVong@rkmc.com;CCNaud@rkmc.com;LECalderon@rkmc.com
- Saul Reiss    reisslaw@verizon.net
- John P Reitman    jreitman@lgbfirm.com, pswierszcz@lgbfirm.com
- Ronald N Richards    ron@ronaldrichards.com
- Jeremy E Rosenthal    jrosenthal@sidley.com
- Neal Salisian    neal.salisian@salisianlee.com, richard.lee@salisianlee.com;christina.cordero@salisianlee.com
- Damon G Saltzburg    ds@srblaw.com, cs@srblaw.com
- Henley L Saltzburg    hls@srblaw.com,

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**

- Randi R Geffner    rgeffner@wccelaw.com
- Thomas M Geher    tmg@jmbm.com
- Julia P Gibbs    legalgibbs@gmail.com
- Daniel H Gill    ecf@ebg-law.com, dgill@ebg-law.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser    bglaser@swjlaw.com
- Steven Glaser    sglaser@wwllp.com
- Jeffrey I Golden    jgolden@wgllp.com
- Stanley E Goldich    sgoldich@pszjlaw.com
- Mark E Goodfriend    markgoodfriend@yahoo.com, lawofficesofmeg@gmail.com
- Andrew A Goodman    agoodman@goodmanfaith.com
- David Gould    dgould@gglawllp.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
- Stella A Havkin    havkinlaw@earthlink.net
- Eric P Israel    eisrael@dgdk.com
- Seymone Javaherian    sj@javlaw.com
- David Joe    djoe@rutterhobbs.com, calendar@rutterhobbs.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Sheri Kanesaka    sheri.kanesaka@bryancave.com
- Jerome Kaplan    kapkenkd@pacbell.net
- Ira Benjamin Katz    IKatz@GershuniKatz.com
- Talin Keshishian    tkeshishian@ebg-law.com, ecf@ebg-law.com
- George H Kim    george@gkimlaw.com
- John W Kim    jkim@nossaman.com
- Yi S Kim    ykim@greenbass.com
- Stuart I Koenig    Skoenig@cmkllp.com
- Michael S Kogan    mkogan@ecjlaw.com
- Alan J Kornfeld    akornfeld@pszjlaw.com, akornfeld@pszjlaw.com
- John P Kreis    jkreis@attglobal.net
- Jeffrey A Krieger    jkrieger@ggfirm.com
- Pamela Labruyere    pamela@sgsslaw.com
- Ronald L Leibow    rleibow@kayescholer.com
- Jennifer Leland    jleland@pwkllp.com
- Mitchell B Ludwig    mbl@kpclegal.com
- John T Madden    jmadden@wgllp.com
- Harris M Madnick    hmmadnick@reederlugreen.com
- William Malcolm    bill@mclaw.org
- ar@srblaw.com;lb@srblaw.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Scott A Schiff    sas@soukup-schiff.com
- Bruce S Schildkraut    bruce.schildkraut@usdoj.gov
- Benjamin Seigel    bseigel@buchalter.com, IFS_filing@buchalter.com
- Steven M Sepassi    steve@sepassilaw.com
- Charles Shamash    cs@locs.com, generalbox@locs.com
- Terry D Shaylin    tshaylin@karasiklaw.com
- David B Shemano    dshemano@pwkllp.com
- Brian P Simon    nightowl5755@yahoo.com
- Steven R Skirvin    srs@dkclaw.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- Ryan J Stonerock    rstonerock@wrslawyers.com
- Nico N Tabibi    nico@tabibilaw.com
- Sam Tabibian    sam.tabibian@gmail.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Matthew S Walker    matthew.walker@pillsburylaw.com, sue.hodges@pillsburylaw.com;pamela.breeden@pillsburylaw.com
- Michael A Wallin    mwallin@sheppardmullin.com
- Howard J Weg    hweg@pwkllp.com
- Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com
- Monika S Wiener    mwiener@dl.com
- Kimberly S Winick    kwinick@clarktrev.com
- Richard Lee Wynne    rlwynne@jonesday.com, sjperry@jonesday.com
- Beth Ann R Young    bry@lnbrb.com
- Mark T Young    myoung@donahoeyoung.com
- Afshin Youssefyeh    ady@adylaw.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**

**ADDITIONAL SERVICE INFORMATION (If needed):**

**II. TO BE SERVED BY THE LODGING PARTY**:

Ozora Trading, Incorporated
Attn:  Mr. Herschel Rahmanizad
          President and Agent for Service of Process
P O Box 67657
Los Angeles, CA 90067-0657

Ozora Trading, Incorporated, a California corporation
Herschel Rahmanizad
Agent for Service of Process
2056 Westwood Blvd
Los Angeles 90025

Ozora Trading, Incorporated
Attn:  Mr. Herschel Rahmanizad
          President and Agent for Service of Process
1816 South Oak Street
Los Angeles CA 90015

Ozora Trading, Incorporated
Attn:  Mr. Herschel Rahmanizad
          President and Agent for Service of Process
Mr. Hertzel Rahmanizad
441 S. Los Angeles St.
Los Angeles, CA 90013

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                             **F 9021-1.1.NOTICE.ENTERED.ORDER**