1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Robert B. Orgel (CA Bar No. 101875)
Stanley E. Goldich (CA Bar No. 92659)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail:   rpachulski@pszjlaw.com
          dgrassgreen@pszjlaw.com
          rorgel@pszjlaw.com
          sgoldich@pszjlaw.com
          mpagay@pszjlaw.com
Joint Special Counsel for Bradley D. Sharp, Chapter 11
Trustee for Namco Capital Group, Inc., and R. Todd Neilson,
Chapter 11 Trustee for Ezri Namvar

David W. Meadows (CA Bar No. 137052)
LAW OFFICES OF DAVID W. MEADOWS
1801 Century Park East, Suite 1235
Los Angeles, California  90067
Telephone: 310-557-8490
Fax:  310-557-8493
Email: david@davidwmeadowslaw.com
Bankruptcy Counsel to Beshmada, LLC, Beshmada of
Delaware, LLC, and Dimes, LLC, Debtors and Debtors in
Possession

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

16

17

18

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| 19 | In re: | Case No.: 2:08-bk-32333-BR |
|---|---|---|
| 20 | NAMCO CAPITAL GROUP, INC., a California corporation, | **NOTICE OF HEARING RE: JOINT MOTION OF TRUSTEES AND DIP DEBTORS FOR ORDER** |
| 21 | | **APPROVING DISCLOSURE STATEMENT** |
| | Debtor. | **WITH RESPECT TO JOINT CHAPTER 11 PLAN** |
| 22 | | **FOR NAMCO CAPITAL GROUP, INC., EZRI NAMVAR, BESHMADA, LLC, BESHMADA OF** |
| 23 | | **DELAWARE, LLC AND DIMES, LLC** |
| | | **PROPOSED BY CHAPTER 11 TRUSTEES AND** |
| 24 | | **DIP DEBTORS [DOCKET NO. 1470]** |
| 25 | | **Disclosure Statement Hearing** |
| | | Date:       October 5, 2011 |
| 26 | | Time:       10:00 a.m. |
| | | Place:      Courtroom 1668,   255 E. Temple Street |
| 27 | | Los Angeles, CA  90012 |
| | | Judge:     Hon. Barry Russell |
| 28 | | **Confirmation Hearing** |
| | | [To Be Set] |

DOCS_LA:243470.1 59701-00001

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**TO THE HONORABLE BARRY RUSSELL, THE OFFICE OF THE UNITED STATES
TRUSTEE, AND OTHER PARTIES IN INTEREST:**

      **PLEASE TAKE NOTICE** that Bradley D. Sharp, chapter 11 trustee for Namco Capital
Group, Inc., R. Todd Neilson, chapter 11 trustee for Ezri Namvar (collectively, the "Trustees") and
debtors in possession, Beshmada, LLC ("Beshmada"), Beshmada of Delaware, LLC ("Beshmada of
DE") and Dimes, Inc. ("Dimes," and collectively with Beshmada and Beshmada of DE, the "DIP
Debtors") have filed their *Disclosure Statement with Respect to Joint Chapter 11 Plan for Namco
Capital Group, Inc, Ezri Namvar, Beshmada, LLC, Beshmada of Delaware, LLC And Dimes, LLC
Proposed by Chapter 11 Trustees And DIP Debtors* (the "Disclosure Statement") [Docket No. 108],
and their *Joint Chapter 11 Plan for Namco Capital Group, Inc, Ezri Namvar, Beshmada, LLC,
Beshmada of Delaware, LLC And Dimes, LLC Proposed by Chapter 11 Trustees And DIP Debtors*
[Docket No. 107] (the "Plan") and motion seeking approval thereof (the "Motion") in the above-
captioned chapter 11 case.

      **PLEASE TAKE FURTHER NOTICE** that a hearing regarding the granting of the Motion
and approval of the Disclosure Statement will be conducted on **October 5, 2011, at 10:00 a.m**. (the
"Disclosure Statement Hearing") before the Honorable Barry Russell, United States Bankruptcy
Judge, Courtroom 1668, 255 East Temple Street, Los Angeles, California.  The Disclosure Statement
Hearing may be adjourned from time to time by announcement made in open court without further
written notice to parties in interest.  Section 1125(b) of the United States Bankruptcy Code prohibits
the solicitation of an acceptance or rejection of a plan prior to the distribution to creditors and
interest holders of a Bankruptcy Court-approved disclosure statement.

      Pursuant to Federal Rule of Bankruptcy Procedure 3017(a), (A) the Trustees and the DIP
Debtors have served the Motion and Disclosure Statement and Plan upon the Office of the United
States Trustee, counsel for the Official Committee of Unsecured Creditors in the Namco Case,
counsel for the Committee of Unsecured Creditors in the Ezri Case, counsel for Ezri Namvar, the
United States Securities and Exchange Commission and parties that have filed requests for special
notice, and (B) the Trustees will serve the Disclosure Statement and Plan upon parties who request
in writing copies of the Disclosure Statement and Plan.  Any written request should be directed to

DOCS_LA:243470.1 59701-00001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

the Trustees' and DIP Debtors' counsel at the address indicated in the upper left-hand corner of page one of this Notice.  The Disclosure Statement and Plan are also available for inspection at the Clerk's Office, 255 East Temple Street, Los Angeles, California.

Pursuant to Federal Rule of Bankruptcy Procedure 3017(a) and Local Bankruptcy Rule 3017-1(b), any objections to the Motion and Disclosure Statement shall be in writing, filed with the Court and served upon (A) counsel for the Trustees, (B) the Office of the United States Trustee, (C) counsel for the Official Creditors Committee in the Ezri Case; (D) counsel for the Official Creditors Committee in the Namco Case; and (E) counsel for Ezri Namvar so that they are filed and received no later than fourteen (14) days before the Disclosure Statement Hearing.

Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file and serve written opposition may be deemed by the Court to be consent to the granting of the relief requested at the Disclosure Statement Hearing.

DATED: August 30, 2011          **PACHULSKI STANG ZIEHL & JONES LLP**

By:   /s/Malhar S. Pagay
      Richard M. Pachulski
      Debra I. Grassgreen
      Robert B. Orgel
      Stanley E. Goldich
      Malhar S. Pagay

      Joint Special Counsel for Namco Trustee
      And Ezri Trustee

DATED: August 30, 2011          **LAW OFFICE OF DAVID W. MEADOWS**

By:   David W. Meadows
      David W. Meadows

      Counsel To Beshmada of DE, Beshmada
      and Dimes

DOCS_LA:243575.1 09242-001

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document described **NOTICE OF HEARING RE: JOINT MOTION OF TRUSTEES AND DIP DEBTORS FOR ORDER APPROVING DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN FOR NAMCO CAPITAL GROUP, INC., EZRI NAMVAR, BESHMADA, LLC, BESHMADA OF DELAWARE, LLC AND DIMES, LLC PROPOSED BY CHAPTER 11 TRUSTEES AND DIP DEBTORS [DOCKET NO. 1470]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 30, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

⊠  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **August 30, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⊠  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 30, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**By Federal Express**
Honorable Barry Russell
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

⊠  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 30, 2011 | Sophia L. Lee | /s/ Sophia L. Lee |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                          **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:243696.1 59925-001

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**08-bk-32333-BR electronically mailed to:**

Simon Aron on behalf of Plaintiff Khalil Varastehpour
saron@wrslawyers.com

Raymond H Aver on behalf of Creditor Ashland Properties LLC
ray@averlaw.com

Andrew Bao on behalf of Cross-Claimant FirstMerit Bank, N.A.
aabao@wolfewyman.com

Robert D Bass on behalf of Interested Party Courtesy NEF
rbass@greenbass.com

Christine E Baur on behalf of Creditor Feizollah Efraim
christine.e.baur@bakernet.com,
tracey.l.angelopoulos@bakernet.com;anne.w.hamann@bakernet.com;ali.m.m.mojdehi@bakernet.com;jane.b.m
ackie@bakernet.com

Michael Jay Berger on behalf of Interested Party Courtesy NEF
michael.berger@bankruptcypower.com, maritza.arizaga@bankruptcypower.com

Stephen F Biegenzahn on behalf of Debtor Ezri Namvar
efile@sfblaw.com

J Scott Bovitz on behalf of Creditor Arnel Investments, LLC
bovitz@bovitz-spitzer.com

David W Brody on behalf of Defendant American Savings Bank
dbrody@brody-law.com, bknotice@brody-law.com

Alan F Broidy on behalf of Defendant Benjamin Namvar
alan@broidylaw.com, sherrie@broidylaw.com

Gillian N Brown on behalf of Debtor Namco Capital Group Inc
gbrown@pszjlaw.com, gbrown@pszjlaw.com

Richard Burstein on behalf of Debtor Namco Capital Group Inc
rburstein@ebg-law.com, ecf@ebg-law.com

J Sheldon Capeloto on behalf of Defendant Center Bank, a California corporation
jcapeloto@capelotolaw.com

Michael F Chekian on behalf of Intervenor-Defendant Pacific Capital Bancorp
mike@cheklaw.com, msalanick@cheklaw.com

Sara Chenetz on behalf of Defendant Town & Country Bank, a Nevada State - Chartered Bank
chenetz@blankrome.com, chang@blankrome.com;darling@blankrome.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                    **F 9013-3.1.PROOF.SERVICE**

Shirley Cho on behalf of Trustee R. Todd Neilson (TR)
scho@pszjlaw.com

Matthew M Clarke on behalf of Plaintiff Kamran Pasadena Group, Inc.
mclarke@cappellonoel.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

Alicia Clough on behalf of Creditor Solomon Rastegar
alicia.clough@kayescholer.com

Marc S Cohen on behalf of Plaintiff Kamran Pasadena Group, Inc.
mcohen@kayescholer.com

Yona Conzevoy on behalf of Interested Party Informal Credit Group of Namco and Namvar
yconzevoy@dwclaw.com

Donald H Cram on behalf of Defendant Countrywide Commercial Real Estate Finance, Inc., a California
corporation
dhc@severson.com

Ashleigh A Danker on behalf of Defendant Kaye Scholer LLP
adanker@kayescholer.com

Brian L Davidoff on behalf of Creditor Mousa Namvar
bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com

Melissa Davis on behalf of Creditor Committee Committee of Unsecured Creditors (Estate of Ezri Namvar)
mdavis@shbllp.com

Lesley Davis on behalf of Plaintiff BRADLEY SHARP
lesleydavislaw@gmail.com

Daniel Denny on behalf of Interested Party Courtesy NEF
ddenny@gibsondunn.com

Richard K Diamond on behalf of Plaintiff R. Neilson
rdiamond@dgdk.com

Richard K Diamond on behalf of Trustee R. Todd Neilson (TR)
jlv@dgdk.com, rdiamond@ecf.epiqsystems.com

Caroline Djang on behalf of Plaintiff Bradley Sharp
crd@jmbm.com

Joseph A Eisenberg on behalf of Creditor Faramarz Massachi
jae@jmbm.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                          **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:243696.1 59925-001

Lei Lei Wang Ekvall on behalf of Interested Party Courtesy NEF
lekvall@wgllp.com

Robert Esensten on behalf of Plaintiff 26 Etehad, LLC
resensten@wcclaw.com

James R Felton on behalf of Defendant Eliaho Cohanim
jfelton@greenbass.com

Michael G Fletcher on behalf of Creditor Cathay Bank
mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com

Alan W Forsley on behalf of Creditor Fereshteh Kohanim
awf@fredmanlieberman.com, awf@fkllawfirm.com;addy@fkllawfirm.com

Heather Fowler on behalf of Interested Party Courtesy NEF
heather.fowler@lw.com, colleen.rico@lw.com

Jon H Freis on behalf of Interested Party Courtesy NEF
jon@jhflaw.net

Sandford Frey on behalf of Creditor Committee Abraham B. Assil Trust
Sfrey@cmkllp.com

Vanessa B Fung on behalf of Interested Party Courtesy NEF
vfung@sobini.com

Philip A Gasteier on behalf of Interested Party Courtesy NEF
pag@lnbrb.com

Randi R Geffner on behalf of Creditor 26 Etehad, LLC
rgeffner@wcclaw.com

Randi R Geffner on behalf of Plaintiff Sam Sohrab Shakib
rgeffner@wccelaw.com

Thomas M Geher on behalf of Counter-Claimant Bradley Sharp
tmg@jmbm.com

Julia P Gibbs on behalf of Plaintiff Park General Inc and Nasser Zaghi
legalgibbs@gmail.com

Daniel H Gill on behalf of Defendant Park General, Inc., a California corporation
ecf@ebg-law.com, dgill@ebg-law.com

Bernard R Given on behalf of Defendant Bank of Nevada, a Nevada corporation
bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com

Steven Glaser on behalf of Creditor Ashland Properties LLC
sglaser@wwllp.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:243696.1 59925-001

Barry S Glaser on behalf of Defendant George Eshaghian
bglaser@swjlaw.com

Jeffrey I Golden on behalf of Creditor Roya Boucherian
jgolden@wgllp.com

Stanley E Goldich on behalf of Trustee Bradley Sharp (TR)
sgoldich@pszjlaw.com

Mark E Goodfriend on behalf of Plaintiff Lavi Parviz
markgoodfriend@yahoo.com, lawofficesofmeg@gmail.com

Andrew A Goodman on behalf of Defendant All Century Inc., a California corporation
agoodman@goodmanfaith.com

David Gould on behalf of Interested Party Courtesy NEF
dgould@gglawllp.com

Matthew Grimshaw on behalf of Creditor Parviz Lavi
mgrimshaw@rutan.com

Steven T Gubner on behalf of Trustee Bradley Sharp (TR)
sgubner@ebg-law.com, ecf@ebg-law.com

Stella A Havkin on behalf of Defendant Malihe Lahijani
havkinlaw@earthlink.net

James KT Hunter on behalf of Plaintiff Bradley Sharp
jhunter@pszjlaw.com

Stephen E Hyam on behalf of Creditor Interested Party
shyam@clarktrev.com

Eric P Israel on behalf of Defendant Ezri Namvar
eisrael@dgdk.com

Seymone Javaherian on behalf of Interested Party Courtesy NEF
sj@javlaw.com

David Joe on behalf of Creditor Mousa Namvar
djoe@rutterhobbs.com, calendar@rutterhobbs.com

Lance N Jurich on behalf of Defendant Hartford Life Insurance Company, a Connecticut corporation
ljurich@loeb.com, kpresson@loeb.com

Sheri Kanesaka on behalf of Defendant Bank Midwest, National Association
sheri.kanesaka@bryancave.com, theresa.macaulay@bryancave.com

Jerome Kaplan on behalf of Counter-Claimant INTERNATIONAL VILLA, LLC, a Nevada limited liability
company

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:243696.1 59925-001

kapkenkd@pacbell.net

Ira Benjamin Katz on behalf of Interested Party Courtesy NEF
IKatz@GershuniKatz.com

Talin Keshishian on behalf of Defendant Namco Capital Group, Inc., c/o Bradley D. Sharp, Chapter 11 Trustee
tkeshishian@ebg-law.com, ecf@ebg-law.com

George H Kim on behalf of Counter-Claimant Business to Business Markets, Inc.
george@gkimlaw.com

John W Kim on behalf of Creditor Soheila Omrani
jkim@nossaman.com

Yi S Kim on behalf of Defendant California Wholesale Electric, Inc., a California corporation
ykim@greenbass.com

Stuart I Koenig on behalf of Creditor Committee Abraham B. Assil Trust
Skoenig@cmkllp.com

Michael S Kogan on behalf of Creditor Epsilon Electronics, Inc.
mkogan@ecjlaw.com

Alan J Kornfeld on behalf of Plaintiff Bradley Sharp
akornfeld@pszjlaw.com, akornfeld@pszjlaw.com

John P Kreis on behalf of Creditor DAN SHAVOLIAN
jkreis@attglobal.net

Jeffrey A Krieger on behalf of Defendant 450 Roxbury Properties II, LLC
jkrieger@ggfirm.com

Pamela Labruyere on behalf of Interested Party Courtesy NEF
pamela@sgsslaw.com

Ronald L Leibow on behalf of Defendant Rassol, LLC
rleibow@kayescholer.com

Jennifer Leland on behalf of Debtor Namco Capital Group Inc
jleland@pwkllp.com

Mitchell B Ludwig on behalf of Creditor KeyCorp Real Estate Capital Markets, Inc., Credit Suisse First Boston
Mortgage Securities Corp., Wells Fargo Bank, National Association, and Wells Fargo Bank, as Trustee
mbl@kpclegal.com

John T Madden on behalf of Creditor Roya Boucherian
jmadden@wgllp.com

Harris M Madnick on behalf of Creditor Hino-8, LLC
hmmadnick@reederlugreen.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                          **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:243696.1 59925-001

William Malcolm on behalf of Creditor Deutsche Trustee Co.
bill@mclaw.org

Elmer D Martin on behalf of Interested Party Courtesy NEF
elmermartin@gmail.com

Daniel J McCarthy on behalf of Attorney Daniel McCarthy
dmccarthy@hillfarrer.com

Ashley M McDow on behalf of Defendant Hanmi Bank, a California corporation
amcdow@mbnlawyers.com

Alexis M McGinness on behalf of Interested Party Courtesy NEF
amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Hal M Mersel on behalf of Interested Party Courtesy NEF
mark.mersel@bryancave.com

Elissa Miller on behalf of Creditor Bijan Kianmahd
emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com

Ali M Mojdehi on behalf of Attorney Baker & McKenzie LLP
ali.mojdehi@bakermckenzie.com, brian.byun@bakermckenzie.com,janet.gertz@bakermckenzie.com

Richard M Moneymaker on behalf of Defendant Kamran Raminfard
rmm@moneymakerlaw.com

Susan I Montgomery on behalf of Attorney Susan Montgomery
susan@simontgomerylaw.com

Monserrat Morales on behalf of Debtor Namco Capital Group Inc
mmorales@pwkllp.com

Randall P Mroczynski on behalf of Creditor Daimler Trust
randym@cookseylaw.com

Vicente Matias Murrell on behalf of Creditor Pension Benefit Guaranty Corporation
murrell.vicente@pbgc.gov

Edmond Nassirzadeh on behalf of Interested Party Courtesy NEF
ed@nasslawfirm.com, ecfbestcase@gmail.com

R. Todd Neilson on behalf of Accountant LECG LLC
tneilson@ecf.epiqsystems.com, vdoran@brg-expert.com;sgreenan@brg-expert.com

Christopher R Nelson on behalf of Defendant David Haghani
cnelson@erlaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:243696.1 59925-001

Mike D Neue on behalf of Creditor Committee Official Committee of Unsecured Creditors of Namco Capital Group, Inc.
mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com

Lisa N Nobles on behalf of Defendant Sharaheh Rastegar
lnobles@lgbfirm.com, ncereseto@lgbfirm.com;cscott@lgbfirm.com

David Norouzi on behalf of Interested Party Courtesy NEF
david@norouzi.us

William Novotny on behalf of Interested Party Mariscal, Weeks, McIntyre & Friedlander, P.A.
william.novotny@mwmf.com

Walter K Oetzell on behalf of Plaintiff R. Neilson
woetzell@dgdk.com

Sam S Oh on behalf of Interested Party Courtesy NEF
sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com

Aram Ordubegian on behalf of Plaintiff Wall Street Mart, L.P., a California limited partnership
ordubegian.aram@arentfox.com

Shai S Oved on behalf of Interested Party Iraj Shirazi
ssoesq@aol.com

Malhar S Pagay on behalf of Interested Party R. Neilson
mpagay@pszjlaw.com, mpagay@pszjlaw.com

Jenny Y Park Garner on behalf of Interested Party Courtesy NEF
jpark@sheppardmullin.com

Leo D Plotkin on behalf of Creditor Dr. David and York
lplotkin@lsl-la.com, dsmall@lsl-la.com

David M Poitras on behalf of Counter-Defendant Bradley Sharp
dpoitras@jmbm.com

Samuel Price on behalf of Creditor Arizona Tempe Town Lake, LLC
sprice@pooleshaffery.com

Uzzi O Raanan on behalf of Plaintiff R. Neilson
uor@dgdk.com, DanningGill@Gmail.com

Russell H Rapoport on behalf of Creditor B. L. Price Co., Inc.
rrapoport@prllplaw.com, lgillis@prllplaw.com

Christopher S Reeder on behalf of Creditor Hino-8, LLC
CSReeder@rkmc.com, ECVong@rkmc.com;CCNaud@rkmc.com;LECalderon@rkmc.com

Saul Reiss on behalf of Defendant Farzad Rahbar, an individual, Farzad Rahbar, and his successors, as trustees of the Feeley Family Trust Dated 08/27/98

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:243696.1 59925-001

reisslaw@verizon.net

John P Reitman on behalf of Defendant Sharaheh Rastegar
jreitman@lgbfirm.com, pswierszcz@lgbfirm.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com

Jeremy E Rosenthal on behalf of Creditor REB Malibu, LLC
jrosenthal@sidley.com

Neal Salisian on behalf of Cross Defendant Elwood RD LLC
neal.salisian@salisianlee.com, richard.lee@salisianlee.com;christina.cordero@salisianlee.com

Henley L Saltzburg on behalf of Counter-Claimant Believers, LLC
hls@srblaw.com, ar@srblaw.com;lb@srblaw.com

Damon G Saltzburg on behalf of Defendant Helen Shadi
ds@srblaw.com, cs@srblaw.com

Gregory M Salvato on behalf of Counter-Claimant Ashland Properties LLC
gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com

Gregory M Salvato on behalf of Creditor Haroon Moossai
gsalvato@pmcos.com, calendar@salvatolawoffices.com

Scott A Schiff on behalf of Defendant Gametronics, Inc., a California corporation
sas@soukup-schiff.com

Bruce S Schildkraut on behalf of U.S. Trustee United States Trustee (LA)
bruce.schildkraut@usdoj.gov

Benjamin Seigel on behalf of Petitioning Creditor Abraham Assil
bseigel@buchalter.com, IFS_filing@buchalter.com

Steven M Sepassi on behalf of Defendant Behnaz Shayefar
steve@sepassilaw.com

Charles Shamash on behalf of Defendant Minoo Zarabi
cs@locs.com, generalbox@locs.com

Terry D Shaylin on behalf of Defendant Rachel Mohaber
tshaylin@karasiklaw.com

David B Shemano on behalf of Attorney Peitzman Weg and Kempinsky
dshemano@pwkllp.com

Yuriko M Shikai on behalf of Special Counsel Neufeld Law Group
yshikai@nmgmlaw.com

Brian P Simon on behalf of Defendant Vicenti Asset, LLC, a California limited liability company

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

nightowl5755@yahoo.com

Steven R Skirvin on behalf of Defendant Flamingo West, LLC, a Nevada limited liability company
srs@dkclaw.com

Robyn B Sokol on behalf of Counter-Defendant Bradley Sharp
ecf@ebg-law.com, rsokol@ebg-law.com

Ryan J Stonerock on behalf of Plaintiff 26 Etehad, LLC
rstonerock@wrslawyers.com

Nico N Tabibi on behalf of Interested Party Courtesy NEF
nico@tabibilaw.com

Sam Tabibian on behalf of Interested Party Courtesy NEF
sam.tabibian@gmail.com

Derrick Talerico on behalf of Interested Party Derrick Talerico
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

David A Tilem on behalf of Interested Party Ilana Namvar
davidtilem@tilemlaw.com,
malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com

Alan G Tippie on behalf of Interested Party Courtesy NEF
atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Matthew S Walker on behalf of Defendant Wells Fargo Bank, National Association
matthew.walker@pillsburylaw.com, sue.hodges@pillsburylaw.com;pamela.breeden@pillsburylaw.com

Michael A Wallin on behalf of Defendant Midfirst Bank, a state savings bank aka Midfirst Bank, a federally
chartered savings association
mwallin@sheppardmullin.com

Howard J Weg on behalf of Debtor Namco Capital Group Inc
hweg@pwkllp.com

Michael H Weiss on behalf of Defendant Nahai Law Corporation, a California corporation
mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com

Monika S Wiener on behalf of Defendant Amona Investments, Inc., a California corporation
mwiener@dl.com

Kimberly S Winick on behalf of Interested Party Courtesy NEF
kwinick@clarktrev.com

Richard Lee Wynne on behalf of Trustee Bradley Sharp (TR)
rlwynne@jonesday.com, sjperry@jonesday.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                **F 9013-3.1.PROOF.SERVICE**

Beth Ann R Young on behalf of Attorney Beth Ann R. Young
bry@lnbrb.com

Mark T Young on behalf of Creditor Arizona Tempe Town Lake, LLC
myoung@donahoeyoung.com

Afshin Youssefyeh on behalf of Creditor Jack & Gitta Nagel Foundation
ady@adylaw.com

Dean A Ziehl on behalf of Plaintiff Bradley Sharp
dziehl@pszjlaw.com, dziehl@pszjlaw.com

**VIA U.S. MAIL:**

Ehsan Afaghi on behalf of Plaintiff David Zarabi
170 S Beverly Dr
Ste 315
Beverly Hills, CA 90212

Dorita Ashoori
1520 Camden Avenue, Apt 306
Los Angeles, CA 90025,

Berkeley Research Group LLC
2049 Century Park East
Suite 2525
Los Angeles, CA 90067

Keith A Bregman on behalf of Defendant Michel Nedjathaiem
11320 Magnolia Boulevard
N Hollywood, CA 91601

Victoria Brooke on behalf of Plaintiff Park General Inc and Nasser Zaghi
606 N 1st
San Jose, CA 95112

A Barry Cappello on behalf of Plaintiff Kamran Pasadena Group, Inc.
Cappello & Noel LLP
831 State Street
Santa Barbara, CA 93101

Cathay Bank
c/o Frandzel Robins Bloom & Csato LC
6500 Wilshire Blvd Ste 1700
Los Angeles, CA 90048

David Alan Cooper on behalf of Plaintiff Homayoun Namvar
417-B W Foothill Blvd
#511
Glendora, CA 91741

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Crowe Horwath LLP
15233 Ventura Blvd, 9th Floor
Sherman Oaks, CA 91403

Delson Brown Properties, LLC
c/o K&L Gates LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067

Elite Properties Realty
Attn Phil Peymour
148 S Beverly Dr
Beverly Hills, CA 90212

Robert P. Goe
Goe & Forsythe LLP
660 Newport Center Drive
Suite 320
Newport Beach, CA 92660

David Haghani
c/o Alexander Escandari
9100 Wilshire Blvd. #725
Beverly Hills, CA 90212

Alexander Haroonian
9025 Wilshire Blvd Ste 301
Beverly Hills, CA 90211

Alexander Haroonian on behalf of Defendant Magd Enterprises, Inc., a California corporation
Law Offices of Alexander Haroonian
9025 Wilshire Boulevard Suite 301
Beverly Hills, CA 90211

Teresa Y Hillery on behalf of Defendant Fidelity National Title Company
Fidelity National Law Group
915 Wilshire Blvd Ste 2100
Los Angeles, CA 90017

Eric P Israel
2029 Century Pk East 3rd Flr
Los Angeles, CA 90067-2904

Dugan P Kelley on behalf of Plaintiff Kamran Pasadena Group, Inc.
Christman Kelley & Clarke, PC
2570 Justin Road
Suite 240
Highland Village, TX 75077

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

DOCS_LA:243696.1 59925-001

Samuel Krane on behalf of Creditor Parviz Lavi
16255 Ventura Blvd Ste 600
Encino, CA 91436-2303

David R Krause-Leemon on behalf of Defendant DANIEL ISSAK
LUCE FORWARD HAMILTON & SCRIPPS
601 S Figueroa Ste 3900
Los Angeles, CA 90017

Daniel Krishel on behalf of Defendant Asset Foreclosure Services Inc
Krishel Law Offices
22837 Ventura Blvd #304
Woodland Hills, CA 91367

Lapico LLC and Picola 8 LLC
c/o Levinson Arshonsky & Kurtz, LLP
15303 Ventura Blvd., #1650
Sherman Oaks, CA 91403

Lee & Associates - Newport Beach, Inc.
3991 MacArthur Blvd Ste 100
Newport Beach, CA 92660

Paul H. Levine on behalf of Defendant Maya 7, LLC
Law Offices of Henry N. Jannol
10850 Wilshire Blvd Ste 825
Los Angeles, CA 90024

William N. Lobel on behalf of Creditor Committee Committee of Unsecured Creditors (Estate of Ezri Namvar)
840 Newport Center Dr, Ste 400
Newport Beach, CA 92660-6324

Ronald E Michelman on behalf of Creditor Lenmar Goshen
Michelman & Michelman LLP
20265 Ventura Blvd Ste D
Woodland Hills, CA 91364

Robert B Mobasseri on behalf of Defendant NAMTEL, INC., a California corporation
445 S Figueroa St Ste 2700
Los Angeles, CA 90071

Lawrence H Nagler on behalf of Defendant Beverly Hills Bancorp, Inc. a Delaware corporation
2300 S Sepulveda Blvd
Los Angeles, CA 90064-1911

Timothy Neufeld on behalf of Defendant Bradley Sharp
Neufeld Law Group
360 E 2nd St Ste 703
Los Angeles, CA 90012

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:243696.1 59925-001

Orrick, Herrington & Sutcliffe LLP
777 S. Figueroa St. Suite 3200
Los Angeles, CA 90017-5855

Parker, Milliken, Clark, O'Hara & Samuelian
c/o David K. Eldan
555 S. Flower St., 30th Fl.
Los Angeles, CA 90071-2440

Physicians Reciprocal Insurers
c/o Penelope Parmes, Esq.
Rutan & Tucker LLP
611 Anton Blvd #1400
Costa Mesa, CA 92626

David Pourbaba
8271 Melrose Ave #200
Los Angeles, CA 90046

Saul Reiss on behalf of Cross Defendant Mehrnaz Hekmatravan
Law Offices of Saul Reiss
2800 28th St
Ste 328
Santa Monica, CA 90405

Mohammad Reza-Karimi
3409 Overland Ave
Los Angeles, CA 90034

John M Rygh on behalf of Defendant Fidelity National Title Company
915 Wilshire Blvd Ste 2100
Los Angeles, CA 90017

Salvato Law Offices
333 So. Grand Avenue, 25th Floor
Los Angeles, CA 90071

Bradley D. Sharp (TR)
Development Specialist, Inc.
333 So. Grand Ave., Suite 4070
Los Angeles, CA 90071-1524

Shulman Hodges & Bastian LLP
26632 Towne Centre Dr, Ste 300
Foothill Ranch, CA 92610

Jeremy D Smith on behalf of Defendant Edward Lavi
Krane & Smith
16255 Ventura Blvd Ste 600
Encino, CA 91436

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                   **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:243696.1 59925-001

Stinson Morrison Hecker LLP
Attn: Christopher C. Simpson
1850 N. Central Avenue
Suite 2100
Phoenix, AZ 85004-4584

Marc Tavakoli on behalf of Debtor Namco Capital Group Inc
8900 W Olympic Blvd
Beverly Hills, CA 90211

Daniel J Uretsky on behalf of Plaintiff Khalil Varastehpour
Wolf Rifkin Shapiro Schulman & Rabkin LL
11400 W Olympic Blvd
Ninth Flr
Los Angeles, CA 90064-1582

Alireza Varastehpour
P.O. Box 491381
Los Angeles, CA 90049

David Zadeh
Fredman Lieberman LLP
1875 Century Park East, Suite 2200
Los Angeles, CA 90067

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:243696.1 59925-001