DAVID M. POITRAS P.C. (State Bar No. 141309)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080/Facsimile: (310) 203-0567
Email: dpoitras@jmbm.com

Counsel for Bradley D. Sharp, Chapter 11 Trustee
for Namco Capital Group, Inc.

RICHARD K. DIAMOND (State Bar No. 70634)
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077/Facsimile: (310) 277-5735
Email: rdiamond@dgdk.com

Attorneys for R. Todd Neilson,
Chapter 11 Trustee for Ezri Namvar

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>NAMCO CAPITAL GROUP, INC.,<br>a California corporation,<br><br>Debtor. | CASE NO.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON APPLICATIONS OF CHAPTER 11 TRUSTEES AND PROFESSIONALS FOR APPROVAL AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>Hearing:<br>Date:    October 5, 2011<br>Time:    10:00 a.m.<br>Place:    Courtroom 1668<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE AND INTERESTED PARTIES:**

PRINTED ON
RECYCLED PAPER

8011397v1

**PLEASE TAKE NOTICE** that on October 5, 2011 at 10:00 a.m., or as soon thereafter as the applicants can be heard, before the Honorable Barry Russell, United States Bankruptcy Judge, in Courtroom 1668, located at 255 East Temple Street, Los Angeles, California, the Bankruptcy Court will consider the applications of the chapter 11 trustees and professional persons listed below for allowance and payment of interim compensation and reimbursement of expenses for services rendered in connection with the chapter 11 cases of Namco Capital Group, Inc. ("Namco") and Ezri Namvar ("Namvar"). Bradley D. Sharp is the duly appointed, qualified and acting chapter 11 trustee for the Namco bankruptcy estate (the "Namco Trustee"), and R. Todd Neilson is the duly appointed, qualified and acting chapter 11 trustee for Namvar bankruptcy estate (the "Namvar Trustee") (the Namco Trustee and the Namvar Trustee are referred to hereinafter collectively as the "Trustees").

### NAMCO PROFESSIONALS

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Jeffer Mangels Butler & Mitchell LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067<br><br>Attn: David M. Poitras P.C.<br><br>*Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 10/1/2010 - 8/31/2011 | $1,229,618.50 | $41,483.71 | $1,271,102.21 |
| Bradley D. Sharp<br>333 South Grand Avenue<br>Suite 4070<br>Los Angeles, CA 90071<br><br>*Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 9/1/2010 - 7/31/2011 | $239,781.50 | $9,928.31 | $249,709.81 |

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Ezra Brutzkus Gubner LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br><br>Attn: Steven T. Gubner<br>Robyn B. Sokol<br><br>*Special Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 10/1/2010 - 8/31/2011 | $1,502,186.04 | $36,695.90 | $1,538,881.94 |
| LECG<br>2049 Century Park East, Suite 2300<br>Los Angeles, California 90067<br><br>Attn. David Judd<br><br>*Accountants to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 10/1/2010 - 02/28/2011 | $762,007.50 | $21,928.33 | $783,935.83[1] |
| BRG, LLP<br>2049 Century Park East, Suite 2525<br>Los Angeles, CA 90067<br><br>Attn: David Judd<br><br>*Accountants to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 03/1/2011 - 08/31/2011 | $1,226,291.50 | $21,928.33 | $1,228,257.49[2] |

---

[1] LECG's total fees and costs between the two estates is $783,935.83, which amount is split equally between the Namco and Namvar estates.

[2] BRG's total fees and costs between the two estates is $1,288,257.49, which amount is spit equally between the Namco and Namvar estates.

JMBM | Jeffer Mangels Butler & Mitchell LLP

PRINTED ON RECYCLED PAPER

8011397v1

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Peitzman, Weg & Kempinsky LLP<br>10100 Santa Monica Boulevard<br>Suite 1450<br>Los Angeles, CA 90067<br><br>Attn:   David B. Shemano<br><br>*Special Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 10/1/2010 - 8/31/2011 | $50,304.00 | $1,706.28 | $52,010.28 |
| Neufeld, Marks, Gralnek & Maker<br>360 East Second Street, Suite 703<br>Los Angeles, CA 90012<br><br>Attn:   Timothy L. Neufeld<br><br>*Special Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 10/1/2010 - 8/31/2011 | $32,188.50 | $2,256.96 | $34,445.46 |
| Creim, Macias, Koenig & Frey LLP<br>633 West 5th Street, Suite 5100<br>Los Angeles, CA 90071<br><br>Attn:   Stuart I. Koenig<br><br>*Counsel to the Official Committee of Unsecured Creditors of Namco Capital Group, Inc.* | 10/1/2010 - 8/15/2011 | $316,046.50 | $12,947.42 | $328,992.92 |
| Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard<br>11th Floor<br>Los Angeles, CA 90067<br><br>Attn: Gillian N. Brown<br><br>*Special Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 9/1/2010 - 7/31/2011 | $1,204,423.33 | $29,783.95 | $1,234,207.28 |

JMBM | Jeffer Mangels Butler & Mitchell LLP

PRINTED ON
RECYCLED PAPER

8011397v1

3

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Development Specialists, Inc.<br>333 South Grand Avenue, Suite 4070<br>Los Angeles, CA 90071-1544<br><br>Attn: Eric Held<br><br>*Financial Advisors to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 9/1/2010 - 7/31/2011 | $993,268.00 | $1,136.91 | $994,404.91 |
| Jones Day<br>555 South Flower Street<br>Los Angeles, CA 90071<br><br>Attn: Richard L. Wynne<br><br>*Special Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate* | 10/1/2010 - 08/31/2011 | $33,060.75 | $78.78 | $33,139.53[3] |
| FTI Consulting<br>633 West Fifth Street, 16th Floor<br>Los Angeles, CA 90071<br><br>Attn: M. Freddie Reiss<br><br>*Financial Advisers to the Official Committee of Unsecured Creditors of Namco Capital Group, Inc.* | 10/1/2010 - 8/31/2011 | $107,177.50 | $0.00 | $107,177.50 |
| The Lobel Firm, LLP<br>840 Newport Center Drive, Suite 750<br>Newport Beach, CA 92660<br><br>Attn: Mike Neue<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors of Namco Capital Group, Inc.* | 10/1/2010 - 8/31/2011 | $690,507.50 | $0.00 | 690,507.50 |

---

[3] Jones Day's total fees and costs between the two estates is $33,139.53, which amount is split equally between the Namco and Namvar estates.

PRINTED ON RECYCLED PAPER

8011397v1

4

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Intelligent Discovery Solutions, Inc.<br>1242 E. Lexington Ave., Suite 1200<br>Pomona, CA 91766<br><br>Attn: James Vaughn, Managing Director<br><br>*Computer Consultants* | 7/20/2011 - 8/26/2011 | $43,375.00 | $0.00 | $43,375.00[4] |

## NAMVAR PROFESSIONALS

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Danning, Gill, Diamond & Kollitz LLP<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067<br><br>Attn: Richard K. Diamond<br><br>*Counsel to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 11/19/2010 - 7/31/2011 | $1,276,283.00 | $23,439.10 | $1,299,722.10 |
| R. Todd Neilson<br>2049 Century Park East<br>Suite 2300<br>Los Angeles, CA 90067<br><br>*Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 9/1/2010 - 7/31/2011 | $333,400.75 | $4,283.77 | $337,684.52 |
| LECG<br>2049 Century Park East, Suite 2300<br>Los Angeles, California 90067<br><br>Attn. David Judd<br><br>*Accountants to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 10/1/2010 - 02/28/2011 | $762,007.50 | $21,928.33 | $783,935.83[5] |

---

[4] Intelligent's total fees and costs between the two estates is $43,375.00, which amount is split equally between the Namco and Namvar estates.

[5] *See* footnote 1.

JMBM | Jeffer Mangels Butler & Mitchell LLP

PRINTED ON RECYCLED PAPER

8011397v1

5

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| BRG, LLP<br>2049 Century Park East, Suite 2525<br>Los Angeles, CA 90067<br><br>Attn: David Judd<br><br>*Accountants to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 03/1/2011 - 08/31/2011 | $1,226,291.50 | $21,928.33 | $1,228,257.49[6] |
| Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard<br>11th Floor<br>Los Angeles, CA 90067<br><br>Attn: Gillian N. Brown<br><br>*Special Counsel to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 9/1/2010 - 7/31/2011 | $1,260,374.82 | $44,722.99 | $1,305,097.81 |
| Peregrine Realty Partners, LLC<br>444 South Flower Street, Suite 2150<br>Los Angeles, CA 90071<br><br>Attn: Bradley E. Lofgren, MAI<br><br>*Appraiser to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 8/24/2010 - 8/31/2011 | $13,685.00 | $0.00 | $13,685.00 |
| Shulman Hodges & Bastian LLP<br>26632 Towne Centre Drive, Suite 300 Foothill Ranch, CA 92610<br><br>Attn: Melissa R. Davis<br><br>*Counsel to the Official Committee of Unsecured Creditors of the Bankruptcy Estate of Ezri Namvar* | 10/1/2010 - 8/31/2011 | $149,128.00 | $3,831.74 | $152,959.74 |

---

[6] *See* footnote 2.

| Professional/Name | Time Period | Fees Requested | Expense Reimb. | Total |
|---|---|---|---|---|
| Elmer Dean Martin III<br>A Professional Corporation<br>P O Box 4670<br>22632 Golden Springs Drive<br>Suite 190<br>Diamond Bar, CA 91765<br><br>Attn: Elmer Dean Martin III<br><br>*Special Tax Counsel for R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 03/1/2011 - 08/31/2011 | $41,749.00 | $734.70 | $42,483.70 |
| Jones Day<br>555 South Flower Street<br>Los Angeles, CA 90071<br><br>Attn: Richard L. Wynne<br><br>*Special Counsel to R. Todd Neilson, Chapter 11 Trustee for the Ezri Namvar Bankruptcy Estate* | 10/1/2010 - 08/31/2011 | $33,060.75 | $78.78 | $33,139.53[7] |
| Intelligent Discovery Solutions, Inc.<br>1242 E. Lexington Ave., Suite 1200<br>Pomona, CA 91766<br><br>Attn: James Vaughn, Managing Director<br><br>*Computer Consultants* | 7/20/2011 - 8/26/2011 | $43,375.00 | $0.00 | $43,375.00[8] |

**PLEASE TAKE FURTHER NOTICE** that as of the date of this Notice, there are not sufficient funds available to pay the projected amount of allowed fees and costs in either the Namco or Namvar estates in full for the fourth interim fee applications upon allowance. The approximate amount of the fees and costs sought by the Trustees and professionals in connection with the fourth interim fee applications in these cases is $11.75 million. Notwithstanding the fact that the estates do not presently have sufficient funds on hand to pay the fees and costs as may be allowed by the Court, the Trustees believe that it is prudent to seek interim approval of fees and costs periodically

---

[7] *See* footnote 3.

[8] *See* footnote 4.

so that (1) the Court and parties in interest can review the various fee requests in a timely manner (and not after substantial time has passed between the time that the services were rendered and the applications are considered) and (2) prompt payment can be made as and when funds are available in the estates to pay allowed fees and costs.

In connection with the first, second and third interim allowances of fees and costs, the Trustees proposed that the allowed fees and costs of professionals employed in the Namco and Namvar chapter 11 cases be paid *pro rata* from available cash in both estates. This proposal was approved by the Court. At this point in time, as was the case in connection with the first through third round of fee applications, either estate may arguably make a claim to some or all of any assets held by the other estate. It may be some period of time before such issues are resolved or such issues may be resolved by the joint chapter 11 plan that the Trustees filed with the Court on July 5, 2011. Accordingly, the Trustees continue to believe that *pro rata* payment to all professionals employed in both cases is both necessary and appropriate. To the extent that it is later determined that one estate has paid a disproportionate share of such fees and costs, that estate will have an allowed administrative claim against the other estate for repayment of such disproportionate amount. Notwithstanding any future payment adjustment between the estates, no disgorgement of fees and costs will be required of any professional based upon the *pro rata* treatment proposed herein. Any objection to this proposal must be stated in writing and served not later than fourteen (14) days prior to the scheduled hearing date on the Applications.

**PLEASE TAKE FURTHER NOTICE THAT:**

1.    The Applications will be on file with the Court and available for inspection and copying at the Office of the Clerk, United States Bankruptcy Court, Los Angeles Division, 255 East Temple Street, Los Angeles, California 90012. The Applications will also be posted on the Trustees' website at www.namvar-namco-bankruptcy.com. A copy of the Applications may also be requested by contacting in writing the professional filing the same.

2.    Objections to the Applications, if any, must be in writing, filed with the United States Bankruptcy Court, and served on the United States Trustee, on the professional person to whom the objection is directed, and on counsel for the Trustees whose name and address appears in the upper left hand corner of the first page of this Notice. Any such objection not so filed and served may be deemed to have been waived.

3.    Pursuant to Local Bankruptcy Rule 9013-1(f), any objections to any of the Applications must be filed and served not later than fourteen (14) days prior to the scheduled hearing date. Failure to timely file and serve a proper objection may be deemed consent to the award and payment of fees and expenses as requested.

Respectfully submitted,

Date: September 12, 2011    JEFFER MANGELS BUTLER & MITCHELL LLP

By:    /s/ *David M. Poitras*
    DAVID M. POITRAS P.C.
    Attorneys for Bradley D. Sharp,
    Chapter 11 Trustee for Namco Capital Group, Inc.

PRINTED ON
RECYCLED PAPER
8011397v1

9

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Avenue of the Stars, Seventh Floor, Los Angeles, California 90067-4308

A true and correct copy of the foregoing document described as *NOTICE OF HEARING ON APPLICATIONS OF CHAPTER 11 TRUSTEES AND PROFESSIONALS FOR APPROVAL AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 12, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **September 12, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY OVERNIGHT MAIL**
Honorable Barry Russell
United States Bankruptcy Court
255 E. Temple St., Suite 1660
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 12, 2011 | Billie Terry | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

**I. TO BE SERVED BY THE COURT VIA NEF**

- Simon Aron    saron@wrslawyers.com
- Raymond H Aver    ray@averlaw.com
- Andrew Bao    aabao@wolfewyman.com
- Robert D Bass    rbass@greenbass.com
- Christine E Baur    christine.e.baur@bakernet.com, tracey.l.angelopoulos@bakernet.com;anne.w.hamann@bakernet.com;ali.m.m.mojdehi@bakernet.com;jane.b.mackie@bakernet.com
- Michael Jay Berger    michael.berger@bankruptcypower.com, maritza.arizaga@bankruptcypower.com
- Stephen F Biegenzahn    efile@sfblaw.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- David W Brody    dbrody@brody-law.com, bknotice@brody-law.com
- Alan F Broidy    alan@broidylaw.com, sherrie@broidylaw.com
- Gillian N Brown    gbrown@pszjlaw.com, gbrown@pszjlaw.com
- Richard Burstein    rburstein@ebg-law.com, ecf@ebg-law.com
- J Sheldon Capeloto    jcapeloto@capelotolaw.com
- Michael F Chekian    mike@cheklaw.com, msalanick@cheklaw.com
- Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com;darling@blankrome.com
- Shirley Cho    scho@pszjlaw.com
- Matthew M Clarke    mclarke@cappellonoel.com
- Russell Clementson    russell.clementson@usdoj.gov
- Alicia Clough    alicia.clough@kayescholer.com
- Marc S Cohen    mcohen@kayescholer.com
- Yona Conzevoy    yconzevoy@dwclaw.com
- Donald H Cram    dhc@severson.com
- Ashleigh A Danker    adanker@kayescholer.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Lesley Davis    lesleydavislaw@gmail.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Richard K Diamond    rdiamond@dgdk.com
- Richard K Diamond    jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
- Caroline Djang    crd@jmbm.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Robert Esensten    resensten@wcclaw.com
- James R Felton    jfelton@greenbass.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Alan W Forsley    awf@fredmanlieberman.com, awf@fkllawfirm.com;addy@fkllawfirm.com
- Heather Fowler    heather.fowler@lw.com, colleen.rico@lw.com
- Jon H Freis    jon@jhflaw.net
- Sandford Frey    Sfrey@cmkllp.com
- Vanessa B Fung    vfung@sobini.com
- Philip A Gasteier    pag@lnbrb.com
- Randi R Geffner    rgeffner@wcclaw.com
- Randi R Geffner    rgeffner@wccelaw.com
- Thomas M Geher    tmg@jmbm.com
- Julia P Gibbs    legalgibbs@gmail.com
- Daniel H Gill    ecf@ebg-law.com, dgill@ebg-law.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser    bglaser@swjlaw.com
- Steven Glaser    sglaser@wwllp.com
- Jeffrey I Golden    jgolden@wgllp.com
- Stanley E Goldich    sgoldich@pszjlaw.com
- Mark E Goodfriend    markgoodfriend@yahoo.com, lawofficesofmeg@gmail.com
- Andrew A Goodman    agoodman@goodmanfaith.com
- David Gould    dgould@gglawllp.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
- Stella A Havkin    havkinlaw@earthlink.net
- James KT Hunter    jhunter@pszjlaw.com
- Stephen E Hyam    shyam@clarktrev.com
- Eric P Israel    eisrael@dgdk.com
- Seymone Javaherian    sj@javlaw.com
- David Joe    djoe@rutterhobbs.com, calendar@rutterhobbs.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Sheri Kanesaka    sheri.kanesaka@bryancave.com, theresa.macaulay@bryancave.com
- Jerome Kaplan    kapkenkd@pacbell.net
- Ira Benjamin Katz    IKatz@GershuniKatz.com
- Talin Keshishian    tkeshishian@ebg-law.com, ecf@ebg-law.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

**I. TO BE SERVED BY THE COURT VIA NEF**

- George H Kim   george@gkimlaw.com
- John W Kim   jkim@nossaman.com
- Yi S Kim   ykim@greenbass.com
- Stuart I Koenig   Skoenig@cmkllp.com
- Michael S Kogan   mkogan@ecjlaw.com
- Alan J Kornfeld   akornfeld@pszjlaw.com, akornfeld@pszjlaw.com
- John P Kreis   jkreis@attglobal.net
- Jeffrey A Krieger   jkrieger@ggfirm.com
- Pamela Labruyere   pamela@sgsslaw.com
- Ronald L Leibow   rleibow@kayescholer.com
- Jennifer Leland   jleland@pwkllp.com
- Mitchell B Ludwig   mbl@kpclegal.com
- John T Madden   jmadden@wgllp.com
- Harris M Madnick   hmmadnick@reederlugreen.com
- William Malcolm   bill@mclaw.org
- Elmer D Martin   elmermartin@gmail.com
- Daniel J McCarthy   dmccarthy@hillfarrer.com
- Ashley M McDow   amcdow@mbnlawyers.com
- Alexis M McGinness   amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com
- David W. Meadows   david@davidwmeadowslaw.com
- Hal M Mersel   mark.mersel@bryancave.com
- Elissa Miller   emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Ali M Mojdehi   ali.mojdehi@bakermckenzie.com, brian.byun@bakermckenzie.com,janet.gertz@bakermckenzie.com
- Richard M Moneymaker   rmm@moneymakerlaw.com
- Susan I Montgomery   susan@simontgomerylaw.com
- Monserrat Morales   mmorales@pwkllp.com
- Randall P Mroczynski   randym@cookseylaw.com
- Vicente Matias Murrell   murrell.vicente@pbgc.gov
- Edmond Nassirzadeh   ed@nasslawfirm.com, ecfbestcase@gmail.com
- R. Todd Neilson   tneilson@ecf.epiqsystems.com, vdoran@brg-expert.com;sgreenan@brg-expert.com
- Christopher R Nelson   cnelson@erlaw.com
- Mike D Neue   mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Lisa N Nobles   lnobles@lgbfirm.com, ncereseto@lgbfirm.com;cscott@lgbfirm.com
- David Norouzi   david@norouzi.us
- William Novotny   william.novotny@mwmf.com
- Walter K Oetzell   woetzell@dgdk.com
- Sam S Oh   sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com
- Aram Ordubegian   ordubegian.aram@arentfox.com
- Shai S Oved   ssoesq@aol.com
- Malhar S Pagay   mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Jenny Y Park Garner   jpark@sheppardmullin.com
- Leo D Plotkin   lplotkin@lsl-la.com, dsmall@lsl-la.com
- David M Poitras   dpoitras@jmbm.com
- Samuel Price   sprice@pooleshaffery.com
- Uzzi O Raanan   uor@dgdk.com, DanningGill@Gmail.com
- Russell H Rapoport   rrapoport@prllplaw.com, lgillis@prllplaw.com
- Christopher S Reeder   CSReeder@rkmc.com, ECVong@rkmc.com;CCNaud@rkmc.com;LECalderon@rkmc.com
- Saul Reiss   reisslaw@verizon.net
- John P Reitman   jreitman@lgbfirm.com, pswierszcz@lgbfirm.com
- Ronald N Richards   ron@ronaldrichards.com
- Jeremy E Rosenthal   jrosenthal@sidley.com
- Neal Salisian   neal.salisian@salisianlee.com, richard.lee@salisianlee.com;christina.cordero@salisianlee.com
- Damon G Saltzburg   ds@srblaw.com, cs@srblaw.com
- Henley L Saltzburg   hls@srblaw.com, ar@srblaw.com;lb@srblaw.com
- Gregory M Salvato   gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Gregory M Salvato   gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Scott A Schiff   sas@soukup-schiff.com
- Bruce S Schildkraut   bruce.schildkraut@usdoj.gov
- Benjamin Seigel   bseigel@buchalter.com, IFS_filing@buchalter.com
- Steven M Sepassi   steve@sepassilaw.com
- Charles Shamash   cs@locs.com, generalbox@locs.com
- Terry D Shaylin   tshaylin@karasiklaw.com
- David B Shemano   dshemano@pwkllp.com
- Yuriko M Shikai   yshikai@nmgmlaw.com
- Brian P Simon   nightowl5755@yahoo.com
- Steven R Skirvin   srs@dkclaw.com
- Robyn B Sokol   ecf@ebg-law.com, rsokol@ebg-law.com
- Ryan J Stonerock   rstonerock@wrslawyers.com
- Nico N Tabibi   nico@tabibilaw.com
- Sam Tabibian   sam.tabibian@gmail.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION**

**I. TO BE SERVED BY THE COURT VIA NEF**

- Derrick Talerico   dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- David A Tilem   davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- Alan G Tippie   atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Matthew S Walker   matthew.walker@pillsburylaw.com, sue.hodges@pillsburylaw.com;pamela.breeden@pillsburylaw.com
- Michael A Wallin   mwallin@sheppardmullin.com
- Howard J Weg   hweg@pwkllp.com
- Michael H Weiss   mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com
- Monika S Wiener   mwiener@dl.com
- Kimberly S Winick   kwinick@clarktrev.com
- Richard Lee Wynne   rlwynne@jonesday.com, sjperry@jonesday.com
- Beth Ann R Young   bry@lnbrb.com
- Mark T Young   myoung@donahoeyoung.com
- Afshin Youssefyeh   ady@adylaw.com
- Dean A Ziehl   dziehl@pszjlaw.com, dziehl@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE

**SERVED BY U.S. MAIL**

NAMCO CAPITAL GROUP, INC.
Case No. 2:08-bk-32333 BR

**NAMCO PROFESSIONALS**

LECG
2049 Century Park East, Suite 2300
Los Angeles, California 90067

Attn. David Judd

*Accountants to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate*

Neufeld Law Group
360 East Second Street, Suite 703
Los Angeles, CA 90012

Attn: Timothy L. Neufeld

*Former Attorneys for Namco Capital Group, Inc., Debtor and Former Debtor-in-Possession and Special Counsel to the Namco Trustee*

FTI Consulting
633 West Fifth Street, 16th Floor
Los Angeles, CA 90071

Attn: M. Freddie Reiss

*Financial Advisers to the Official Committee of Unsecured Creditors of Namco Capital Group, Inc.*

Peregrine Realty Partners
444 South Flower Street, Suite 2150
Los Angeles, CA 90071

Attn: Bradley E. Lofgren, MAI

*Appraiser for Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate*

BRG, LLP
2049 Century Park East, Suite 2525
Los Angeles, California 90067

Attn. David Judd

*Accountants to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate*

Development Specialists, Inc.
333 South Grand Avenue, Suite 4070
Los Angeles, CA 90071-1544

Attn: Eric Held

*Financial Advisors to Bradley D. Sharp, Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate*

Intelligent Discovery Solutions, Inc.
1242 E. Lexington Ave.
Suite 1200
Pomona, CA 91766

Attn: James Vaughn, Managing Director

*Computer Consultants*

**SERVED BY U.S. MAIL**

NAMCO CAPITAL GROUP, INC.
Case No. 2:08-bk-32333 BR

Debtor
Ezri Namvar
12855 Parkyns St.
Los Angeles, CA 90049

Chapter 11 Trustee for the Namco Capital Group Bankruptcy Estate
Bradley D. Sharp
333 South Grand Avenue, Suite 4070
Los Angeles, CA 90071

**REQUEST FOR SPECIAL NOTICE**
Attorneys for Marmar Goshen, LLC
Ronald E. Michelman, Esq.
MICHELMAN & MICHELMAN, LLP
20265 Ventura Blvd., Suite D
Woodland Hills, CA 91364

Attorneys for MAGD Enterprises, Inc.
Alexander Haroonian, Esq.
Law Offices of Alexander Haroonian
9025 Wilshire Blvd., Suite 301
Beverly Hills, CA 90211

Eximo, Inc.
3820 Del Amo Blvd
Suite 235
Torrance, CA 90503

Attorneys for Official Unsecured Creditors' Committee of Namco Capital Group, Inc.
M. Freddie Reiss
Amir Agam
FTI Consulting
633 West Fifth Street, 16th Floor
Los Angeles, CA 90071

Ehsan Afaghi
170 S Beverly Dr
Ste 315
Beverly Hills, CA 90212

In re: R. Todd Neilson v The Paul and Judith Laska Family Trust
Attnys for Paul & Judith Laska aka the Laska Family Trust
David S. White, Esq.
David S. White & Associates
12401 Wilshire Blvd., Suite 200
Los Angeles, CA 90025

A Barry Cappello
Cappello & Noel LLP
831 State Street
Santa Barbara, CA 93101

Dorita Ashoori
1520 Camden Avenue, Apt 306
Los Angeles, CA 90025

David Alan Cooper
417-B W Foothill Blvd
#511
Glendora, CA 91741

Cathay Bank
c/o Frandzel Robins Bloom & Csato LC
6500 Wilshire Blvd Ste 1700
Los Angeles, CA 90048

**SERVED BY U.S. MAIL**

Robert P. Goe
Goe & Forsythe LLP
660 Newport Center Drive
Suite 320
Newport Beach, CA 92660

Crowe Horwath LLP
15233 Ventura Blvd, 9th Floor
Sherman Oaks, CA 91403

Delson Brown Properties, LLC
c/o K&L Gates LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067

Elite Properties Realty
Attn Phil Peymour
148 S Beverly Dr
Beverly Hills, CA 90212

David Haghani
c/o Alexander Escandari
9100 Wilshire Blvd. #725
Beverly Hills, CA 90212

Teresa Y Hillery
Fidelity National Law Group
915 Wilshire Blvd Ste 2100
Los Angeles, CA 90017

Samuel Krane
16255 Ventura Blvd Ste 600
Encino, CA 91436-2303

Dugan P Kelley
Cappello & Noel LLP
831 State St
Santa Barbara, CA 93101

Lapico LLC and Picola 8 LLC
c/o Levinson Arshonsky & Kurtz, LLP
15303 Ventura Blvd., #1650
Sherman Oaks, CA 91403

David R Krause-Leemon
LUCE FORWARD HAMILTON & SCRIPPS
601 S Figueroa Ste 3900
Los Angeles, CA 90017

William N. Lobel
840 Newport Center Dr, Ste 400
Newport Beach, CA 92660-6324

Lee & Associates - Newport Beach, Inc.
3991 MacArthur Blvd Ste 100
Newport Beach, CA 92660

Timothy Neufeld
Neufeld Law Group
360 E 2nd St Ste 703
Los Angeles, CA 90012

Robert B Mobasseri
Law Office of Robert Mobasseri
445 S Figueroa St 27th Fl
Los Angeles, CA 90071

**SERVED BY U.S. MAIL**

Richard Pachulski
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Bl Ste 1100
Los Angeles, CA 90067-4003

Physicians Reciprocal Insurers
c/o Penelope Parmes, Esq.
Rutan & Tucker LLP
611 Anton Blvd #1400
Costa Mesa, CA 92626

Saul Reiss
Law Offices of Saul Reiss
2800 28th St
Ste 328
Santa Monica, CA 90405

David Pourbaba
8271 Melrose Ave #200
Los Angeles, CA 90046

John M Rygh
915 Wilshire Blvd Ste 2100
Los Angeles, CA 90017

Mohammad Reza-Karimi
3409 Overland Ave
Los Angeles, CA 90034

Stinson Morrison Hecker LLP
Attn: Christopher C. Simpson
1850 N. Central Avenue
Suite 2100
Phoenix, AZ 85004-4584

Shulman Hodges & Bastian LLP
26632 Towne Centre Dr, Ste 300
Foothill Ranch, CA 92610

Daniel J Uretsky
Wolf Rifkin Shapiro Schulman & Rabkin LL
11400 W Olympic Blvd
Ninth Flr
Los Angeles, CA 90064-1582

Kasra Torabi
Pacifica International Law Group LLP
15233 Ventura Bl PH 16
Sherman Oaks, CA 91403

Dugan P. Kelley
Christman, Kelley & Clarke
831 State Street
Santa Barbara, CA 93101

David Zadeh
Fredman Lieberman LLP
1875 Century Park East, Suite 2200
Los Angeles, CA 90067