| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STEVEN T. GUBNER - SBN 156593<br>ROBYN B. SOKOL - SBN 159506<br>EZRA BRUTZKUS GUBNER LLP<br>21650 Oxnard Street, Ste 500<br>Woodland Hills, CA 91367<br>Telephone 818-827-9000<br>Facsimile 818-827-9099<br>Emails: sgubner@ebg-law.com<br>rsokol@ebg-law.com<br>[x] ~~Attorney for Debtor(s)~~ ~~xxxxxxxx~~ Bradley D. Sharp, Ch. 11 Trustee<br>[ ] Debtor(s) appearing without an attorney | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: NAMCO CAPITAL GROUP, INC., a California corporation, | CASE NO.: 2:08-bk-32333-BR<br>CHAPTER: 11<br><br>**NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)**<br><br>[No hearing unless requested in writing] |
|---|---|
| Debtor(s). | |

**TO THE U.S. TRUSTEE AND ALL PARTIES IN INTEREST. PLEASE TAKE NOTICE THAT:**

1. Movant(s) Bradley D. Sharp, Ch. 11 Trustee, has filed a motion entitled Notice of Stipulation for Compromise Between Trustee and Defendant Armed Forces Bank and Motion to Approve Compromise; Stipulation for Compromise Between Trustee and Defendant Armed Forces Bank, *etc*.

2. Movant(s) is requesting that the court grant the motion without a hearing, as provided for in LBR 9013-1(o).

3. The motion is based upon the legal and factual grounds set forth in the Motion and briefly described in the attached description of relief sought. (*Check appropriate box below*):

   [x] The full motion ~~is attached hereto, or~~ was filed with the Court and served on 8/25/2011 on the same parties served here
   [ ] The full motion has been filed with the court, and a detailed description of the relief sought is attached hereto.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party objecting to the motion may request a hearing on the motion. The deadline for filing and

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011　　　　　　　　　　　　　　　　　　Page 1　　　　　　　　**F 9013-1.2.NOTICE.NO.HEARING**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　F901312N

serving a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F).  If you fail to comply with this deadline, the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion without further hearing and notice.

Date: <u>September 14, 2011</u>

Respectfully submitted,

By: <u>/s/ Robyn B. Sokol</u>
     Signature of Movant or attorney for Movant

Name: <u>Robyn B. Sokol, Attorney for Movant</u>
         Type name of Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2011*     Page 2     **F 9013-1.2.NOTICE.NO.HEARING**

| In re: NAMCO CAPITAL GROUP, INC.<br><br>Debtor(s). | CHAPTER  11<br>CASE NUMBER  2:08-BK-32333-BR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.**

A true and correct copy of the foregoing document described **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **September 14, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Sheri Kanesaka**   –   sheri.kanesaka@bryancave.com (attorney for settling party)
**Office of the United States Trustee (LA)** – ustpregion16.la.ecf@usdoj.gov

☒    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **September 14, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**BY U.S. MAIL**

Honorable Barry Russell
United States Bankruptcy Court
Los Angeles Division - Roybal Federal Bldg.
255 E. Temple Street, Suite 1660
Los Angeles, CA  90012-3332

Debtor
Namco Capital Group Inc.
c/o Parham Naghdechi & Evelyn Lahiji
1518 Federal Ave., Apt. 204
Los Angeles, CA 90025

Mark Stingley
Bryan Cave LLP
One Kansas City Place
1200 Main Street, Suite 3500
Kansas City, MO 64105-2100

☒    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 14, 2011 | JENNIFER WARNER | /s/ Jennifer Warner |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                          F 9013-3.1

| In re: NAMCO CAPITAL GROUP, INC.                Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:08-BK-32333-BR |
|---|---|

## BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Simon Aron - saron@wrslawyers.com
Raymond H Aver - ray@averlaw.com
Andrew Bao - aabao@wolfewyman.com
Robert D Bass - rbass@greenbass.com
Christine E Baur - christine.e.baur@bakernet.com, tracey.l.angelopoulos@bakernet.com; anne.w.hamann@bakernet.com;
    ali.m.m.mojdehi@bakernet.com; jane.b.mackie@bakernet.com
Michael Jay Berger - michael.berger@bankruptcypower.com, cristina.frankian@bankruptcypower.com
Richard S Berger - rberger@lgbfirm.com, pbransten@lgbfirm.com;eborman@lgbfirm.com
Stephen F Biegenzahn - efile@sfblaw.com
J Scott Bovitz - bovitz@bovitz-spitzer.com
David W Brody - dbrody@brody-law.com, bknotice@brody-law.com
Alan F Broidy - alan@broidylaw.com, sherrie@broidylaw.com
Gillian N Brown - gbrown@pszjlaw.com, gbrown@pszjlaw.com
J Sheldon Capeloto - jcapeloto@capelotolaw.com
Michael F Chekian   Mike@ cheklaw.com, msalanick@cheklaw.com
Sara Chenetz - chenetz@blankrome.com, chang@blankrome.com
Shirley Cho - scho@pszjlaw.com
Matthew M Clarke - mclarke@cappellonoel.com
Russell Clementson - russell.clementson@usdoj.gov
Alicia Clough - alicia.clough@kayescholer.com
Marc S Cohen - mcohen@kayescholer.com
Yona Conzevoy - yconzevoy@dwclaw.com
Donald H Cram - dhc@severson.com
Ashleigh A Danker - adanker@kayescholer.com
Brian L Davidoff - bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Melissa Davis - mdavis@shbllp.com
Daniel Denny - ddenny@gibsondunn.com
Richard K Diamond - rdiamond@dgdk.com
Richard K Diamond - jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
Caroline Djang - crd@jmbm.com
Joseph A Eisenberg - jae@jmbm.com
Lei Lei Wang Ekvall - lekvall@wgllp.com
David K Eldan - malvarado@pmcos.com, rpinal@pmcos.com;calendar@pmcos.com
Robert Esensten - resensten@wcclaw.com
James R Felton - jfelton@greenbass.com
Michael G Fletcher - mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
Alan W Forsley - awf@fredmanlieberman.com, awf@fkllawfirm.com
Heather Fowler - heather.fowler@lw.com, colleen.rico@lw.com
Jon H Freis - jon@jhflaw.net
Sandford Frey - Sfrey@cmkllp.com
Vanessa B Fung - vfung@sobini.com
Philip A Gasteier - pag@lnbrb.com
Randi R Geffner - rgeffner@wcclaw.com
Randi R Geffner - rgeffner@wccelaw.com
Thomas M Geher - tmg@jmbm.com
Julia P Gibbs - legalgibbs@gmail.com
Bernard R Given - bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
Barry S Glaser - bglaser@swjlaw.com
Steven Glaser - sglaser@wwllp.com
Jeffrey I Golden - jgolden@wgllp.com
Stanley E Goldich - sgoldich@pszjlaw.com
Jeffrey S Goodfried - jgoodfried@perkinscoie.com
David Gould - dgould@gglawllp.com
Matthew Grimshaw - mgrimshaw@rutan.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                              F 9013-3.1

| In re: NAMCO CAPITAL GROUP, INC.                                    Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:08-BK-32333-BR |
|---|---|

~~Peter J Gurfein - pgurfein@lgbfirm.com~~ (requested removal)
Stella A Havkin - havkinlaw@earthlink.net
Eric P Israel - eisrael@dgdk.com
Seymone Javaherian - sj@javlaw.com
David Joe - djoe@rutterhobbs.com, calendar@rutterhobbs.com
Lance N Jurich - ljurich@loeb.com, kpresson@loeb.com
Jerome Kaplan - kapkenkd@pacbell.net
Ira Benjamin Katz - Ikatz@katzlaw.net
George H Kim - george@gkimlaw.com
John W Kim – jkim@nossaman.com
Yi S Kim - ykim@greenbass.com
Stuart I Koenig - Skoenig@cmkllp.com
Michael S Kogan - mkogan@ecjlaw.com
Alan J Kornfeld - akornfeld@pszjlaw.com, akornfeld@pszjlaw.com
John P Kreis - jkreis@attglobal.net
Jeffrey A Krieger - jkrieger@ggfirm.com
Pamela Labruyere - pamela@sgsslaw.com
Ronald L Leibow - rleibow@kayescholer.com
Jennifer Leland - jleland@pwkllp.com
Mitchell B Ludwig - mbl@kpclegal.com
John T Madden - jmadden@wgllp.com
Harris M Madnick - hmmadnick@reederlugreen.com
William Malcolm - bill@mclaw.org
Elmer D Martin - elmermartin@gmail.com
Daniel J McCarthy - dmccarthy@hillfarrer.com
Ashley M McDow - amcdow@mbnlawyers.com
Alexis M McGinness - amm@jmbm.com, vr@jmbm.com
David W. Meadows - david@davidwmeadowslaw.com
Hal M Mersel - mark.mersel@bryancave.com
Elissa Miller - emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
Ali M Mojdehi - ali.mojdehi@bakermckenzie.com, brian.byun@bakermckenzie.com,janet.gertz@bakermckenzie.com
Richard M Moneymaker - rmm@moneymakerlaw.com
Susan I Montgomery - susan@simontgomerylaw.com
Monserrat Morales - mmorales@pwkllp.com
Randall P Mroczynski - randym@cookseylaw.com
Vicente Matias Murrell - murrell.vicente@pbgc.gov
R. Todd Neilson - tneilson@ecf.epiqsystems.com, vdoran@brg-expert.com;sgreenan@brg-expert.com
Christopher R Nelson - cnelson@erlaw.com
Mike D Neue - mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
Lisa N Nobles – Lnobles@LGBFirm.com, MSaldana@LGBFirm.com;cscott@LGBFirm.com
David Norouzi – david@norouzi.us
William Novotny - william.novotny@mwmf.com
Walter K Oetzell - woetzell@dgdk.com
Sam S Oh - sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com
Aram Ordubegian - ordubegian.aram@arentfox.com
Shai S Oved - ssoesq@aol.com
Malhar S Pagay - mpagay@pszjlaw.com, mpagay@pszjlaw.com
Jenny Y Park Garner - jpark@sheppardmullin.com
Leo D Plotkin - lplotkin@lsl-la.com, dsmall@lsl-la.com
David M Poitras - dpoitras@jmbm.com
Samuel Price - sprice@pooleshaffery.com
Uzzi O Raanan - uor@dgdk.com, DanningGill@Gmail.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 9013-3.1

| In re: NAMCO CAPITAL GROUP, INC.   Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:08-BK-32333-BR |
|---|---|

Russell H Rapoport - rrapoport@prllplaw.com, lgillis@prllplaw.com
Christopher S Reeder - ecfnotices@reederlu.com
Saul Reiss - reisslaw@verizon.net
John P Reitman – jreitman@lgbfirm.com, pswierszcz@lgbfirm.com
Ronald N Richards - ron@ronaldrichards.com
Jeremy E Rosenthal - jrosenthal@sidley.com
Neal Salisian - neal.salisian@salisianlee.com
Damon G Saltzburg - ds@srblaw.com, cs@srblaw.com
Henley L Saltzburg - hls@srblaw.com
Gregory M Salvato - gsalvato@pmcos.com, calendar@salvatolawoffices.com
Gregory M Salvato - gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
Scott A Schiff - sas@soukup-schiff.com
Bruce S Schildkraut - bruce.schildkraut@usdoj.gov
Benjamin Seigel - bseigel@buchalter.com, IFS_filing@buchalter.com
Steven M Sepassi - steve@sepassilaw.com
Charles Shamash - cs@locs.com, generalbox@locs.com
Terry D Shaylin - tshaylin@karasiklaw.com
David B Shemano - dshemano@pwkllp.com
Brian P Simon - nightowl5755@yahoo.com
Steven R Skirvin - srs@dkclaw.com
Ryan J Stonerock - rstonerock@wrslawyers.com
Nico N Tabibi - nico@tabibilaw.com
Sam Tabibian - sam.tabibian@gmail.com
Derrick Talerico - dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
David A Tilem - davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com; dianachau@tilemlaw.com; kmishigian@tilemlaw.com
Alan G Tippie - atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
Arvin Tseng - atseng@troygould.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Matthew S Walker - matthew.walker@pillsburylaw.com, sue.hodges@pillsburylaw.com; pamela.breeden@pillsburylaw.com
Howard J Weg - hweg@pwkllp.com
Michael H Weiss - mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com
Monika S Wiener - mwiener@dl.com
Kimberly S Winick - kwinick@clarktrev.com
Richard Lee Wynne - rlwynne@jonesday.com, sjperry@jonesday.com
Beth Ann R Young - bry@lnbrb.com
Mark T Young - myoung@donahoeyoung.com
Afshin Youssefyeh - ady@adylaw.com
Dean A Ziehl - dziehl@pszjlaw.com, dziehl@pszjlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: NAMCO CAPITAL GROUP, INC. | Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:08-BK-32333-BR |
|---|---|---|

## BY U.S. MAIL

### COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Abraham B. Assil Trust
1000 Westgate Avenue, #100
Los Angeles, CA 90049
Attn: Abraham Assil

Artech Properties, LLC
Alex Hakakian, President
15478 Duomo Via
Los Angeles, CA 90077

Benjamin B. Efraim
5423 E Village Rd., Ste 200
Long Beach, CA 90808-1659

Fahadian Family Trust
P.O. Box 7333
Newport Beach, CA 92658
Attn: F. Jason Far-hadian, Esq

Joseph Ghadir
3001 Beverly Glen Circle
Los Angeles, CA 90077

### REQUEST FOR SPECIAL NOTICE

Attorneys for Marmar Goshen, LLC
Ronald E. Michelman, Esq.
Michelman & Michelman, LLP
20265 Ventura Blvd., Suite D
Woodland Hills, CA 91364

Attorneys for MAGD Enterprises, Inc.
Alexander Haroonian, Esq.
Law Offices of Alexander Haroonian
9025 Wilshire Blvd., Suite 301
Beverly Hills, CA 90211

Eximo, Inc.
3820 Del Amo Blvd., Suite 235
Torrance, CA 90503

Attorneys for Official Unsecured Creditors'
Committee of Namco Capital Group, Inc.
M. Freddie Reiss
Amir Agam
FTI Consulting
633 West Fifth Street, 16th Floor
Los Angeles, CA 90071

Attorneys for Iraj Shirazi
Shai Oved, Esq.
The Law Offices of Shai Oved
7445 Topanga Cyn Blvd., Suite 220
Canoga Park, CA 91303

Attorneys for Paul & Judith Laska
aka the Laska Family Trust
David S. White, Esq.
David S. White & Associates
12401 Wilshire Blvd., Suite 200
Los Angeles, CA 90025

Ehsan Afaghi, Esq.
170 S Beverly Dr., Suite 315
Beverly Hills, CA 90212

Dorita Ashoori
1520 Camden Avenue, Apt 306
Los Angeles, CA 90025

A Barry Cappello, Esq.
Cappello & Noel LLP
831 State Street
Santa Barbara, CA 93101

Cathay Bank
c/o Frandzel Robins Bloom & Csato LC
6500 Wilshire Blvd., Suite 1700
Los Angeles, CA 90048

David Alan Cooper, Esq.
417-B W Foothill Blvd., #511
Glendora, CA 91741

Crowe Horwath LLP
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403

Delson Brown Properties, LLC
c/o K&L Gates LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067

Elite Properties Realty
Attn: Phil Peymour
148 S Beverly Dr
Beverly Hills, CA 90212

Robert P. Goe, Esq.
Goe & Forsythe LLP
18101 Von Karman Ave, Suite 510
Irvine, CA 92612

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                              F 9013-3.1

| In re: NAMCO CAPITAL GROUP, INC.   Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:08-BK-32333-BR |
|---|---|

Mark E Goodfriend, Esq.
16255 Ventura Blvd., Suite 205
Encino, CA 91436

~~David Haghani~~
~~c/o Alexander Escandari, Esq.~~
~~9100 Wilshire Blvd., #725~~
~~Beverly Hills, CA 90212~~

Teresa Y Hillery, Esq.
Fidelity National Law Group
915 Wilshire Blvd., Suite 2100
Los Angeles, CA 90017

Eric P. Israel, Esq.
Danning Gill et al LLP
2029 Century Pk East, 3rd Floor
Los Angeles, CA 90067-2904

Dugan P. Kelley, Esq.
Christman, Kelley & Clarke
831 State Street
Santa Barbara, CA 93101

Samuel Krane, Esq.
16255 Ventura Blvd., Suite 600
Encino, CA 91436-2303

David R Krause-Leemon, Esq.
Luce Forward Hamilton & Scripps
601 S Figueroa Street, Suite 3900
Los Angeles, CA 90017

Lapico LLC and Picola 8 LLC
c/o Levinson Arshonsky & Kurtz, LLP
15303 Ventura Blvd., #1650
Sherman Oaks, CA 91403

Lee & Associates-Newport Beach, Inc
3991 MacArthur Blvd., Suite 100
Newport Beach, CA 92660

William N. Lobel
The Lobel Firm
840 Newport Center Dr., Suite 750
Newport Beach, CA 92660-6324

Robert B Mobasseri, Esq.
Law Office of Robert Mobasseri
445 South Figueroa St., 27th Floor
Los Angeles, CA 90071

Timothy Neufeld, Esq.
Neufeld, Marks, Gralnek & Maker
360 E. 2nd Street, Suite 703
Los Angeles, CA 90012

Richard Pachulski, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067-4003

Physicians Reciprocal Insurers
c/o Penelope Parmes, Esq.
Rutan & Tucker LLP
611 Anton Blvd , #1400
Costa Mesa, CA 92626

David Pourbaba
8271 Melrose Ave , #200
Los Angeles, CA 90046

Saul Reiss, Esq.
Law Offices of Saul Reiss
2800 28th St., Suite 328
Santa Monica, CA 90405

Mohammad Reza-Karimi
3409 Overland Ave
Los Angeles, CA 90034

John M Rygh, Esq.
Fidelity National Law Group
915 Wilshire Blvd., Suite 2100
Los Angeles, CA 90017

Shulman Hodges & Bastian LLP
26632 Towne Centre Dr., Suite 300
Foothill Ranch, CA 92610

Stinson Morrison Hecker LLP
Attn: Christopher C. Simpson
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004-4584

Kasra Torabi, Esq.
Pacifica International Law Group LLP
15233 Ventura Blvd., PH 16
Sherman Oaks, CA 91403

Daniel J Uretsky, Esq.
Wolf Rifkin Shapiro Schulman & Rabkin
11400 W Olympic Blvd., Ninth Fl
Los Angeles, CA 90064-1582

David Zadeh
Fredman Lieberman LLP
1875 Century Park East, Suite 2200
Los Angeles, CA 90067

<u>Attorney for Robert Frontera</u>
Scott L. Gilmore
Hill, Farrer & Burrill, LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147

Joseph Rabbani
10552 Clearwood Street
Los Angeles, CA 90077

John Rashti
207 E. Pico Blvd.
Los Angeles, CA 90015

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     **F 9013-3.1**